| | |
|---|---|
| 1 | MCDERMOTT WILL & EMERY LLP |
|  | WILLIAM G. GAEDE III (136184) |
| 2 | wgaede@mwe.com |
|  | 275 Middlefield Road, Suite 100 |
| 3 | Menlo Park, CA  94025-4004 |
|  | Telephone:      +1 650 815 7400 |
| 4 | Facsimile:       +1 650 815 7401 |
| 5 | MCDERMOTT WILL & EMERY LLP |
|  | JOSEPH R. ROBINSON (*Pro Hac Vice* pending) |
| 6 | jrobinson@mwe.com |
|  | HEATHER M. ETTINGER (*Pro Hac Vice* pending) |
| 7 | hettinger@mwe.com |
|  | 340 Madison Avenue |
| 8 | New York, NY 10173 |
|  | Telephone:       (212) 547-5509 |
| 9 | Facsimile:        (212) 547-5444 |
| 10 | Attorneys for *Plaintiffs* |
| 11 | THE BANCHERO LAW FIRM LLP |
|  | E. JEFFREY BANCHERO (93077) |
| 12 | jbanchero@bancherolaw.com |
|  | SCOTT R. RABER (194924) |
| 13 | sraber@bancherolaw.com |
|  | Four Embarcadero Center, 17th Floor |
| 14 | San Francisco, CA 94111 |
|  | Telephone:       (415) 398-7000 |
| 15 | Facsimile:        (415) 616-7000 |
| 16 | Attorneys for *Defendants Watson Pharmaceuticals,* |
|  | *Inc., Watson Laboratories, Inc.–Florida, Watson* |
| 17 | *Pharma, Inc., and ANDA, Inc.* |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
SILICON VALLEY

18 UNITED STATES DISTRICT COURT

19 NORTHERN DISTRICT OF CALIFORNIA

20 SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., | **CASE NO.  10-CV-05467 RS** |
| 22 | | |
| 23 | Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME FOR WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, ANDA, INC. AND WATSON PHARMA, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT; AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER THEREON** |
| 24 | v. | |
| 25 | IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.– FLORIDA, WATSON PHARMA, INC., and ANDA, INC., | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

DM_US 27357839-1.085199.0893

STIPULATION AND ORDER FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT
CASE NO. 10-CV-05467 RS

1  WHEREAS, Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.–Florida, ANDA, Inc. and Watson Pharma, Inc.'s (hereinafter "Watson Defendants") response to Plaintiffs' complaint is presently due January 3, 2011;

WHEREAS, Plaintiffs' counsel and Watson Defendants' counsel conferred and agreed that the Watson Defendants may extend the time within which to file its response to Plaintiffs' Complaint;

WHEREAS, the Watson Defendants dispute that personal jurisdiction exists over them generally in Northern District of California proceedings but do not contest personal jurisdiction for purposes of this action only.

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, as follows:

1. The Watson Defendants dispute that personal jurisdiction exists over them generally in the Northern District of California proceedings but do not contest personal jurisdiction for purposes of this action only;

2. The time for the Watson Defendants to answer or otherwise respond to Plaintiffs' Complaint shall be extended 24 days, up to and including January 27, 2011.

SO STIPULATED this 3rd day of January 2011.

MCDERMOTT WILL & EMERY LLP

By: */s/ William G. Gaede, III*
William G. Gaede, III

Attorneys for *Plaintiffs*

THE BANCHERO LAW FIRM LLP

By: */s/ Scott R. Raber*
Scott R. Raber

Attorneys for *Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.–Florida, ANDA, Inc. and Watson Pharma, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Scott R. Raber indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ *William G. Gaede, III*
William G. Gaede, III

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/6/11

HONORABLE RICHARD SEEBORG
United States District Court Judge

McDermott Will & Emery LLP
Attorneys At Law
Silicon Valley

DM_US 27357839-1.085199.0893

2

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**CASE NO. 10-CV-05467 RS**