| | |
|---|---|
| 1 | MCDERMOTT WILL & EMERY LLP |
| | WILLIAM G. GAEDE III (136184) |
| 2 | wgaede@mwe.com |
| | 275 Middlefield Road, Suite 100 |
| 3 | Menlo Park, CA  94025-4004 |
| | Telephone:    +1 650 815 7400 |
| 4 | Facsimile:     +1 650 815 7401 |
| 5 | MCDERMOTT WILL & EMERY LLP |
| | JOSEPH R. ROBINSON (*Pro Hac Vice*) |
| 6 | jrobinson@mwe.com |
| | HEATHER MOREHOUSE ETTINGER (*Pro Hac Vice*) |
| 7 | hettinger@mwe.com |
| | 340 Madison Avenue |
| 8 | New York, NY 10173 |
| | Telephone:     (212) 547-5509 |
| 9 | Facsimile:      (212) 547-5444 |
| 10 | Attorneys for *Plaintiffs* |
| 11 | THE BANCHERO LAW FIRM LLP |
| | E. JEFFREY BANCHERO (93077) |
| 12 | ejb@bancherolaw.com |
| | SCOTT R. RABER (194924) |
| 13 | sraber@bancherolaw.com |
| 14 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111 |
| 15 | Telephone:     (415) 398-7000 |
| | Facsimile:      (415) 616-7000 |
| 16 | |
| 17 | SUTHERLAND ASBILL & BRENNAN LLP |
| | JOHN L. NORTH (*Pro Hac Vice*) |
| 18 | john.north@sutherland.com |
| | JEFFREY J. TONEY (*Pro Hac Vice*) |
| 19 | jeffrey.toney@sutherland.com |
| | LAURA FAHEY FRITTS |
| 20 | laura.fritts@sutherland.com |
| | JONATHAN D. OLINGER (*Pro Hac Vice*) |
| 21 | jonathan.olinger@sutherland.com |
| | 999 Peachtree Street NE |
| 22 | Atlanta, GA 30309-3996 |
| | Telephone:     (404) 853-8000 |
| 23 | Facsimile:      (404) 853-8806 |
| 24 | Attorneys for *Defendants Watson Pharmaceuticals,* |
| | *Inc., Watson Laboratories, Inc.–Florida, Watson* |
| 25 | *Pharma, Inc. and Anda, Inc.* |
| 26 | |
| 27 | |
| 28 | |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
SILICON VALLEY

DM_US 27658323-1.085199.0893

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENSES AND COUNTERCLAIMS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiff,<br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendant. | CASE NO. 10-CV-05467 RS<br><br>STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, WATSON PHARMA, INC. AND ANDA, INC.'S DEFENSES AND COUNTERCLAIMS; AND [PROPOSED] ORDER THEREON |

WHEREAS, Plaintiffs' response to Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.–Florida, Watson Pharma, Inc., and Anda, Inc.'s ("Watson Defendants") Defenses and Counterclaims (Dkt. No. 54) filed January 21, 2011, are presently due February 11, 2011;

WHEREAS, Plaintiffs' counsel and Watson Defendants' counsel conferred and agreed that the Plaintiffs may extend the time within which to file their response to Watson Defendants' Defenses and Counterclaims;

IT IS HEREBY STIPULATED this 8th day of February 2011, by and between the parties hereto, through their respective counsel, as follows:

1. The time for the Plaintiffs to respond to the Watson Defendants' Defenses and Counterclaims shall be extended up to and including February 16, 2011.

| MCDERMOTT WILL & EMERY LLP | THE BANCHERO LAW FIRM LLP |
|---|---|
| By:   */s/ William G. Gaede, III*<br>         William G. Gaede, III<br><br>Attorneys for *Plaintiffs* | By:   */s/ Scott R. Raber*<br>         Scott R. Raber<br><br>*Attorneys for Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.–Florida, Watson Pharma, Inc. and Anda, Inc.* |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
SILICON VALLEY

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Scott R. Raber indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ William G. Gaede, III*
William G. Gaede, III

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/14/11

HONORABLE RICHARD SEEBORG
United States District Court Judge

McDermott Will & Emery LLP
Attorneys At Law
Silicon Valley

DM_US 27658323-1.085199.0893

2

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS**
**CASE NO. 10-CV-05467 RS**