| | |
|---|---|
| 1 | MCDERMOTT WILL & EMERY LLP |
| | WILLIAM G. GAEDE III (136184) |
| 2 | wgaede@mwe.com |
| | 275 Middlefield Road, Suite 100 |
| 3 | Menlo Park, CA  94025-4004 |
| | Telephone:      (650) 815-7400 |
| 4 | Facsimile:       (650) 815-7401 |
| 5 | MCDERMOTT WILL & EMERY LLP |
| | JOSEPH R. ROBINSON (*Pro Hac Vice*) |
| 6 | jrobinson@mwe.com |
| | HEATHER MOREHOUSE ETTINGER (*Pro Hac Vice*) |
| 7 | hettinger@mwe.com |
| | 340 Madison Avenue |
| 8 | New York, NY 10173 |
| | Telephone:      (212) 547-5509 |
| 9 | Attorneys for *Plaintiffs* |
| 10 | KNOBBE MARTENS OLSON & BEAR LLP |
| | WILLIAM R. ZIMMERMAN (195859) |
| 11 | bzimmerman@kmob.com |
| | SHEILA N. SWAROOP (203476) |
| 12 | sswaroop@kmob.com |
| | BEN KATZENELLENBOGEN (208527) |
| 13 | bkatzenellenbogen@kmob.com |
| | 2040 Main Street, 14th Floor |
| 14 | Irvine, CA 92614-3641 |
| | Telephone:      (949) 760-0404 |
| 15 | Facsimile:       (949) 760-9502 |
| | Attorney for *Defendant Impax Laboratories, Inc.* |
| 16 | THE BANCHERO LAW FIRM LLP |
| | E. JEFFREY BANCHERO (93077) |
| 17 | ejb@bancherolaw.com |
| | SCOTT R. RABER (194924) |
| 18 | sraber@bancherolaw.com |
| | Four Embarcadero Center, 17th Floor |
| 19 | San Francisco, California 94111 |
| | Telephone:      (415) 398-7000 |
| 20 | Facsimile:       (415) 616-7000 |
| 21 | SUTHERLAND ASBILL & BRENNAN LLP |
| | JOHN L. NORTH (*Pro Hac Vice*) |
| 22 | john.north@sutherland.com |
| | JEFFREY J. TONEY (*Pro Hac Vice*) |
| 23 | jeffrey.toney@sutherland.com |
| | LAURA FAHEY FRITTS (*Pro Hac Vice*) |
| 24 | laura.fritts@sutherland.com |
| | JONATHAN D. OLINGER (*Pro Hac Vice*) |
| 25 | jonathan.olinger@sutherland.com |
| | 999 Peachtree Street NE |
| 26 | Atlanta, GA 30309-3996 |
| | Telephone:      (404) 853-8000 |
| 27 | Attorneys for *Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.–Florida, Watson Pharma, Inc. and Anda, Inc.* |
| 28 | |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
SILICON VALLEY

DM_US 27698235-1.085199.0893

**STIPULATION AND ORDER TO CONTINUE CMC
AND RELATED AND ADR FILING DEADLINES
CASE NO. 10-CV-05467 RS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.– FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendant. | CASE NO. 10-CV-05467 RS<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND CONTINUE ADR DEADLINES; AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER<br><br>Honorable Richard Seeborg |

WHEREAS, the Case Management Conference is presently scheduled for 10:00 a.m. on March 10, 2011;

WHEREAS, Counsel for parties have conferred and concluded that scheduling conflicts exist which prevents one or more counsel from attending the Case Management Conference on the date presently set;

WHEREAS, Counsel for parties have agreed that April 14, 2011, is a date on which all counsel would be available to attend the Case Management Conference;

IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties hereto, through their respective counsel, as follows:

1.  The Case Management Conference presently set for March 10, 2011, be continued to April 14, 2011 at 10:00 a.m. in Courtroom 3 of this Court;

2.  The last day to meet and confer regarding the initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Fed. R. Civ. P. 26(f) and ADR L.R. 3-5 shall be March 24, 2010.

3. The last day to file the ADR Certification signed by Parties and Counsel pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b) shall be March 24, 2010.

4. The last day to file either a stipulation to an ADR process or a noted of need for an ADR phone conference pursuant to Civil L.R. 16-8(c) and ADR L.R. 3-5(b) and (c) shall be March 24, 2010; and,

5. The Joint Case Management Conference Statement shall be due April 7, 2011;

SO STIPULATED this 18th day of February 2011.

MCDERMOTT WILL & EMERY LLP

By: */s/ William G. Gaede, III*
William G. Gaede, III

Attorneys for *Plaintiffs*

KNOBBE MARTENS OLSON & BEAR LLP

By: */s/ Ben Katzenellenbogen*
Ben Katzenellenbogen

Attorneys for *Defendant Impax Laboratories, Inc.*

SUTHERLAND ASBILL & BRENNAN LLP

By: */s/ Laura Fahey Fritts*
Laura Fahey Fritts

Attorneys for *Defendant Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.–Florida, and Watson Pharma, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Ben Katzenellenbogen, Counsel for Impax, and Laura Fahey Fritts, Counsel for the Watson Defendants, indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ William G. Gaede, III*
William G. Gaede, III

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/18/11

HONORABLE RICHARD SEEBORG
United States District Court Judge