E. Jeffrey Banchero (SBN 93077)
ejb@bancherolaw.com
Scott R. Raber (SBN 194924)
sraber@bancherolaw.com
THE BANCHERO LAW FIRM LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:  415.398.7000
Facsimile:   415.616.7000

John L. North (Admitted Pro Hac Vice)
john.north@sutherland.com
Jeffrey J. Toney (Admitted Pro Hac Vice)
jeffrey.toney@sutherland.com
Laura Fahey Fritts (Admitted Pro Hac Vice)
laura.fritts@sutherland.com
Jonathan D. Olinger (Admitted Pro Hac Vice)
jonathan.olinger@sutherland.com
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE
Atlanta, Georgia  30309
Telephone:  404.853.8000
Facsimile:   404.853.8806

Attorneys for Defendants,
Watson Pharmaceuticals, Inc.,
Watson Laboratories, Inc.—Florida,
Watson Pharma, Inc., and Anda, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br> Defendants. | Case No. 10-CV-05467-RS <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the court, Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc. ("Watson Defendants") substitute Laura Fahey Fritts, now of Kasowitz, Benson, Torres & Friedman LLP, and previously *admitted pro hac vice* in this matter, as counsel of record in place of Sutherland Asbill & Brennan LLP.

Contact information for new counsel is as follows:

Laura Fahey Fritts, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, Georgia 30309
Phone: 404.260.6132
Fax: 404.393.0462
Email: lfritts@kasowitz.com

I consent to the above substitution.

Dated: May 12, 2011 [GMB]

_____
G. Michael Bryner
On Behalf of Watson Defendants

I consent to being substituted.

Dated: May 11, 2011

_____
Laura Fahey Fritts, Esq.

I consent to the above substitution.

Dated: May 11, 2011

_____
Laura Fahey Fritts, Esq.
Kasowitz, Benson, Torres & Friedman LLP

The substitution of attorney is hereby approved and so ORDERED.

Dated: _____  _____
United States District Court Judge

2

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY     CASE NO. 10-CV-05467-RS