1  E. Jeffrey Banchero (SBN 93077)
   ejb@bancherolaw.com
2  Scott R. Raber (SBN 194924)
   sraber@bancherolaw.com
3  THE BANCHERO LAW FIRM LLP
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111
   Telephone:     415.398.7000
5  Facsimile:     415.616.7000

6  John L. North (Admitted Pro Hac Vice)
   john.north@sutherland.com
7  Jeffrey J. Toney (Admitted Pro Hac Vice)
   jeffrey.toney@sutherland.com
8  Laura Fahey Fritts (Admitted Pro Hac Vice)
   laura.fritts@sutherland.com
9  Jonathan D. Olinger (Admitted Pro Hac Vice)
   jonathan.olinger@sutherland.com
10 SUTHERLAND ASBILL & BRENNAN LLP
   999 Peachtree Street, NE
11 Atlanta, Georgia  30309
   Telephone:     404.853.8000
12 Facsimile:     404.853.8806

13 Attorneys for Defendants,
   Watson Pharmaceuticals, Inc.,
14 Watson Laboratories, Inc.—Florida,
   Watson Pharma, Inc., and Anda, Inc.

15

16                UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                 SAN FRANCISCO DIVISION

19 SHIRE LLC, SUPERNUS                    Case No. 10-CV-05467-RS
   PHARMACEUTICALS, INC., AMY F.T.
20 ARNSTEN, PH.D., PASKO RAKIC,
   M.D., and ROBERT D. HUNT, M.D.,        CONSENT ORDER GRANTING
21                                        SUBSTITUTION OF ATTORNEY
           Plaintiffs,
22
   v.
23
   IMPAX LABORATORIES, INC.,
24 WATSON PHARMACEUTICALS, INC.,
   WATSON LABORATORIES, INC.—
25 FLORIDA, WATSON PHARMA, INC.,
   and ANDA, INC.,
26
           Defendants.
27

28

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY          CASE NO. 10-CV-05467-RS

1  Notice is hereby given that, subject to approval by the court, Watson Pharmaceuticals, Inc.,

2  Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc. ("Watson Defendants")

3  substitute John L. North, now of Kasowitz, Benson, Torres & Friedman LLP, and previously

4  *admitted pro hac vice* in this matter, as counsel of record in place of Sutherland Asbill & Brennan

5  LLP.

6  Contact information for new counsel is as follows:

7  John L. North, Esq.

8  Kasowitz, Benson, Torres & Friedman LLP
   1360 Peachtree Street, N.E., Suite 1150

9  Atlanta, Georgia 30309
   Phone:        404.260.6103

10 Fax:          404.393.0365
   Email:        jnorth@kasowitz.com

11

12

13 I consent to the above substitution.

14

15 Dated: May 12, 2011

   G. Michael Bryner
   On Behalf of Watson Defendants

16

17

18 I consent to being substituted.

19 Dated: May 12, 2011

20 John L. North, Esq.

21

22 I consent to the above substitution.

23 Dated: May 12, 2011

24 John L. North, Esq.
   Kasowitz, Benson ,Torres & Friedman LLP

25

26 The substitution of attorney is hereby approved and so ORDERED.

27

28 Dated: _____        _____
                                     United States District Court Judge

2