```
1   E. Jeffrey Banchero (SBN 93077)
    ejb@bancherolaw.com
2   Scott R. Raber (SBN 194924)
    sraber@bancherolaw.com
3   THE BANCHERO LAW FIRM LLP
    Four Embarcadero Center, 17th Floor
4   San Francisco, California 94111
    Telephone:   415.398.7000
5   Facsimile:   415.616.7000

6   Jeffrey J. Toney (Admitted Pro Hac Vice)
    john.north@sutherland.com
7   Jeffrey J. Toney (Admitted Pro Hac Vice)
    jeffrey.toney@sutherland.com
8   Laura Fahey Fritts (Admitted Pro Hac Vice)
    laura.fritts@sutherland.com
9   Jonathan D. Olinger (Admitted Pro Hac Vice)
    jonathan.olinger@sutherland.com
10  SUTHERLAND ASBILL & BRENNAN LLP
    999 Peachtree Street, NE
11  Atlanta, Georgia 30309
    Telephone:   404.853.8000
12  Facsimile:   404.853.8806

13  Attorneys for Defendants,
    Watson Pharmaceuticals, Inc.,
14  Watson Laboratories, Inc.—Florida,
    Watson Pharma, Inc., and Anda, Inc.
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br> Defendants. | Case No. 10-CV-05467-RS <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

1  Notice is hereby given that, subject to approval by the court, Watson Pharmaceuticals, Inc.,
2  Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc. ("Watson Defendants")
3  substitute Jeffrey J. Toney, now of Kasowitz, Benson, Torres & Friedman LLP, and previously
4  *admitted pro hac vice* in this matter, as counsel of record in place of Sutherland Asbill & Brennan
5  LLP.

6  Contact information for new counsel is as follows:

7  Jeffrey J. Toney, Esq.
8  Kasowitz, Benson, Torres & Friedman LLP
   1360 Peachtree Street, N.E., Suite 1150
9  Atlanta, Georgia 30309
   Phone:      404.260.6105
10 Fax:        404.393.9888
   Email:      jtoney@kasowitz.com
11

12
13  I consent to the above substitution.

14  Dated: May 12, 2011                        _____
                                                G. Michael Bryner
15                                              On Behalf of Watson Defendants

16

17  I consent to being substituted.
18

19  Dated: May 12, 2011                        _____
                                                Jeffrey J. Toney, Esq.
20

21  I consent to the above substitution.
22

23  Dated: May 12, 2011                        _____
                                                Jeffrey J. Toney, Esq.
24                                              Kasowitz, Benson, Torres & Friedman LLP

25

26  The substitution of attorney is hereby approved and so ORDERED.
27

28  Dated: _____              _____
                                                United States District Court Judge

2

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY             CASE NO. 10-CV-05467-RS