1 | E. Jeffrey Banchero (SBN 93077)
  | ejb@bancherolaw.com
2 | Scott R. Raber (SBN 194924)
  | sraber@bancherolaw.com
3 | THE BANCHERO LAW FIRM LLP
  | Four Embarcadero Center, 17th Floor
4 | San Francisco, California 94111
  | Telephone:   415.398.7000
5 | Facsimile:    415.616.7000

6 | John L. North (Admitted Pro Hac Vice)
  | jnorth@kasowitz.com
7 | Jeffrey J. Toney (Admitted Pro Hac Vice)
  | jtoney@kasowitz.com
8 | Laura Fahey Fritts (Admitted Pro Hac Vice)
  | lfritts@kasowitz.comcom
9 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
  | 1360 Peachtree Street, N.E., Suite 1150
10 | Atlanta, Georgia 30309
11 | Telephone:   404.260.6080
   | Facsimile:    404.260.6081
12 |
   | Attorneys for Defendants,
13 | Watson Pharmaceuticals, Inc.,
   | Watson Laboratories, Inc.—Florida,
14 | Watson Pharma, Inc., and Anda, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br> Defendants. | Case No. 10-CV-05467-RS <br><br> **WATSON DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** <br><br> Date:   June 2, 2011 <br> Time:   1:00 a.m. <br> Place:  Courtroom 3, 17th Floor <br> Judge:  Hon. Richard Seeborg |

Lead counsel for Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.-Florida, Watson Pharma, Inc., and Anda, Inc. (collectively, "Watson Defendants") reside in Atlanta, Georgia. Accordingly, Watson Defendants respectfully request to appear telephonically at the Case Management Conference scheduled for June 2, 2011, at 10:00 a.m. Clerk's Notice (D.I. 92). Of course, counsel gladly will appear in person if that is the Court's preference.

Dated: May 19, 2011					THE BANCHERO LAW FIRM LLP


							By:_____/s/_____
								E. Jeffrey Banchero
								Scott R. Raber
								Attorneys for Defendants,
								Watson Pharmaceuticals, Inc., Watson
								Laboratories, Inc.—Florida, Watson Pharma,
								Inc., and Anda, Inc.


Dated: May 19, 2011					KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


							By:____/s/_____Laura Fahey Fritts____
								John L. North (Admitted Pro Hac Vice)
								Jeffrey J. Toney (Admitted Pro Hac Vice)
								Laura Fahey Fritts (Admitted Pro Hac Vice)
								Attorneys for Defendants,
								Watson Pharmaceuticals, Inc., Watson
								Laboratories, Inc.—Florida, Watson Pharma,
								Inc., and Anda, Inc.