**United States District Court**
For the Northern District of California

***E-Filed 5/19/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRE LLC, | No. C 10-05467 RS |
|     Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| IMPAX LABORATORIES, INC., | |
|     Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of one or more of the parties, the Case Management Conference scheduled for June 2, 2011 at 10:00 a.m. shall be conducted by telephone. All parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference [or, immediately if it's within the week] to arrange their participation.

Dated: 5/19/11

For the Court,
RICHARD W. WIEKING, Clerk

By: *Corinne Lew*
Courtroom Deputy Clerk