MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

MCDERMOTT WILL & EMERY LLP
JOSEPH R. ROBINSON (*Pro Hac Vice*)
jrobinson@mwe.com
HEATHER MOREHOUSE ETTINGER (*Pro Hac Vice*)
Hettinger@mwe.com
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5509
Facsimile: (212) 547-5444

Attorneys for *Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br> v. <br><br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br> Defendants. | No. 10-CV-05467 RS <br><br> **PLAINTIFFS' REQUEST TO APPEAR IN PERSON AT CASE MANAGEMENT CONFERENCE** <br><br><br> Date: June 2, 2011 <br> Time: 10:00 a.m. <br> Courtroom: 3, 17th Floor <br><br> **Honorable Richard Seeborg** |

Lead counsel for Shire LLC, Supernus Pharmaceuticals, Inc., Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D., and Robert D. Hunt, M.D. (collectively "Plaintiffs") is located in the Northern District of California. Accordingly, Plaintiffs respectfully request to appear in person at the Case Management Conference scheduled for June 2, 2011, at 10:00 am. Clerk's Notice [Dkt. No. 92]. Plaintiffs would gladly appear in person and would not object to Watson Defendants' concurrent appearance telephonically, as requested by Watson Defendants on May 19, 2011 [Dkt. No. 98]. Should the Court prefer that all parties appear in the same manner, Plaintiffs respectfully

1 note that Watson Defendants have indicated in their request to appear telephonically, that they
2 will gladly appear in person.

                              Respectfully submitted,

                              MCDERMOTT WILL & EMERY LLP

Dated: May 19, 2011     By:    */s/ William G. Gaede, III*
                                          William G. Gaede, III

                              *Attorneys for Plaintiffs*

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

-2-

PLAINTIFFS' REQUEST TO APPEAR IN
PERSON AT CMC
CASE NO. 10-CV-05467 RS