UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 6/2/11            **Time in Court:** **15 min.**

**Case No.:** C 10-05467 RS

**Case Title:** Shire LLC, et al.,  v.  IMPAX Laboratories Inc., et al.,

**Appearances:**

    For Plaintiff(s):David Banchik, Heather Ettinger, William Gaede, Joseph Robinson (by telephone)

    For Defendant(s):William Zimmerman, John North, Benjamin Katzenellenbogen, Laura Fritts (by telephone)

**Deputy Clerk:** Corinne Lew      **Court Reporter:** Not Reported

## **PROCEEDINGS**

Initial Case Management Conference Held by Telephone.

## **SUMMARY**

Parties shall submit an updated proposed schedule and discovery plan by 6/9/11.