***E-Filed 10/5/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC; SUPERNUS PHARMACEUTICALS, INC.; AMY F.T. ARNSTEN, PH.D.; PASKO RAKIC, M.D.; and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC.; WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.−FLORIDA; WATSON PHARMA, INC.; and ANDA, INC., <br><br> Defendants. | No. C 10-5467 RS <br><br> **ORDER** |

The above captioned case is referred to a Magistrate Judge for all matters relating to discovery. Upon reassignment, the parties' submission entitled "joint notice of disputes on protective order" shall be forwarded to the referral Magistrate Judge.

IT IS SO ORDERED.

Dated: 10/5/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE