Norman E.B. Minnear
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, GA 30309
Telephone: (212) 506-1742
Facsimile: (212) 500-9563
Email: jminnear@kasowitz.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS, PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH. D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.-FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br> Defendants. | Case No.: C10-05467-RS <br><br> (PROPOSED) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Norman E.B. Minnear, an active member in good standing of the Bars of the State of California, Georgia, and New York and the United States District Courts for the Northern District of Georgia, Central District of California, Eastern District of California, and Southern District of New York; whose business address and telephone number is:

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway
New York, New York 10019-6799
Telephone: (212) 506-1742

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.-Florida, Watson Pharma, Inc., and ANDA, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

---

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. C10-05467-RS

10806010.1

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/21/11

_____
HONORABLE RICHARD G. SEEBORG,
UNITED STATES DISTRICT JUDGE