| | |
|---|---|
| 1 | MCDERMOTT WILL & EMERY LLP<br>WILLIAM G. GAEDE, III (136184) |
| 2 | wgaede@mwe.com<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025 |
| 3 | Telephone:     (650) 815-7400<br>Facsimile:      (650) 815-7401 |
| 4 | |
| 5 | MCDERMOTT WILL & EMERY LLP<br>JOSEPH R. ROBINSON (*Pro Hac Vice*)<br>jrobinson@mwe.com |
| 6 | HEATHER MOREHOUSE ETTINGER (*Pro Hac Vice*)<br>Hettinger@mwe.com<br>340 Madison Avenue |
| 7 | New York, NY 10173<br>Telephone:     (212) 547-5509<br>Facsimile:      (212) 547-5444 |
| 8 | Attorneys for *Plaintiffs* |
| 9 | KNOBBE, MARTENS, OLSON & BEAR, LLP<br>WILLIAM R. ZIMMERMAN (SBN 195859) |
| 10 | bzimmerman@kmob.com<br>SHEILA N. SWAROOP (SBN 203476) |
| 11 | sswaroop@kmob.com<br>BENJAMIN A. KATZENELLENBOGEN (SBN 208527)<br>bkatzenellenbogen@kmob.com |
| 12 | 2040 Main Street<br>Fourteenth Floor |
| 13 | Irvine, CA 92614<br>Telephone:     (949) 760-0404<br>Facsimile:      (949) 760-9502 |
| 14 | Attorneys for *Impax Laboratories, Inc.* |
| 15 | THE BANCHERO LAW FIRM LLP |
| 16 | E. Jeffrey Banchero (SBN 93077)<br>ejb@bancherolaw.com<br>Scott R. Raber (SBN 194924) |
| 17 | sraber@bancherolaw.com<br>THE BANCHERO LAW FIRM LLP |
| 18 | Four Embarcadero Center, 17th Floor<br>San Francisco, California  94111<br>Telephone:     415.398.7000 |
| 19 | Facsimile:      415.616.7000 |
| 20 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>John L. North (Admitted Pro Hac Vice) |
| 21 | jnorth@kasowitz.com<br>Jeffrey J. Toney (Admitted Pro Hac Vice) |
| 22 | jtoney@kasowitz.com<br>Laura Fahey Fritts (Admitted Pro Hac Vice)<br>lfritts@kasowitz.com |
| 23 | Jonathan D. Olinger (Admitted Pro Hac Vice)<br>jolinger@kasowitz.com |
| 24 | Norman E.B. Minnear (Admitted Pro Hac Vice)<br>jminnear@kasowitz.com<br>1360 Peachtree Street, N.E., Suite 1150 |
| 25 | Atlanta, GA 30309<br>Telephone:     404.260.6080<br>Facsimile:      404.260.6081 |
| 26 | |
| 27 | Attorneys for *Defendants, Watson Pharmaceuticals, Inc.,*<br>*Watson Laboratories, Inc.—Florida,*<br>*Watson Pharma, Inc., and Anda, Inc.* |
| 28 | |

DM_US 30654593-1.085199. 0893

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendants. | Case No. 10-CV-05467-RS (MEJ)<br><br>**STIPULATION FOR WAIVER OF REQUIREMENT FOR SERVICE OF PLAINTIFFS' INFRINGEMENT CONTENTIONS ON ALL PARTIES** |

Shire LLC, Supernus Pharmaceuticals, Inc., Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D. and Robert D. Hunt, M.D. (collectively, "Plaintiffs") and Impax Laboratories, Inc. ("Defendant Impax"), Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.- Florida, Watson Pharma, Inc., and Anda, Inc. (collectively, "Watson Defendants"; Plaintiffs and Defendants, collectively "Parties") hereby submit this stipulated request for an Order granting a waiver of the requirement under Fed. R. Civ. P. 5(a)(1)(C) and Patent Local Rule 3-1 in connection with service of Plaintiffs' Infringement Contentions.

Plaintiffs' Infringement Contentions as to Defendant Impax and as to Watson Defendants, both of which are due on Thursday November 3, 2011, each contains Highly Confidential Information of the respective defendant. Therefore, the Parties have agreed that Plaintiffs shall serve the Infringement Contentions as to Defendant Impax only on Defendant Impax's counsel, and that Plaintiffs shall serve the Infringement Contentions as to Watson Defendants only on Watson Defendants' counsel. The Parties agree that Plaintiffs shall not serve the Infringement Contentions as to Defendant Impax on Watson Defendants' counsel, and that Plaintiffs shall not serve the Infringement Contentions as to Watson Defendants on Defendant Impax's counsel. The Parties

therefore hereby submit this stipulated request that the requirement under Fed. R. Civ. P. 5(a)(1)(C) and Patent Local Rule 3-1, that discovery papers be served on every party, be waived.

SO STIPULATED this 2nd day of November 2011.

MCDERMOTT WILL & EMERY LLP

Dated: November 3, 2011   By:   */s/ William G. Gaede, III*
William G. Gaede, III

Attorneys for *Plaintiffs*

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 3, 2011   By:   */s/ Sheila N. Swaroop*
Sheila N. Swaroop

Attorneys for *Impax Laboratories, Inc.*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Dated: November 3, 2011   By:   */s/ Laura Fahey Fritts*
Laura Fahey Fritts

Attorneys for *Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Sheila N. Swaroop and Laura Fahey Fritts indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ William G. Gaede, III*
William G. Gaede, III

-oOo-

Pursuant to stipulation, and good cause appearing therefore, **IT IS SO ORDERED.** The Court hereby grants a waiver of requirement under Fed. R. Civ. P. 5(a)(1)(C) and Local Patent Rule 3-1 regarding service of Plaintiffs' Infringement Contentions.

DATED:_____

HONORABLE MARIA-ELENA JAMES
Chief United States Magistrate Judge