*E-Filed 11/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHIRE LLC, et al.,

Plaintiffs,

v.

IMPAX LABORATORIES, INC., et al.,

Defendants.

CASE NO. 10-CV-05467 RS

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Sarika Singh, whose business address and telephone number is McDermott Will & Emery, LLP, 340 Madison Ave, New York, NY 10173, (212) 547-5357

and who is an active member in good standing of the bar of the state of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/3/11

Honorable Richard Seeborg
United States District Judge