1  MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
2  wgaede@mwe.com
   275 Middlefield Road, Suite 100
   Menlo Park, CA 94025
3  Telephone:     (650) 815-7400
   Facsimile:     (650) 815-7401
4
   MCDERMOTT WILL & EMERY LLP
5  JOSEPH R. ROBINSON (*Pro Hac Vice*)
   jrobinson@mwe.com
   HEATHER MOREHOUSE ETTINGER (*Pro Hac Vice*)
6  Hettinger@mwe.com
   340 Madison Avenue
7  New York, NY 10173
   Telephone:     (212) 547-5509
8  Facsimile:     (212) 547-5444

   Attorneys for *Plaintiffs*

9  KNOBBE, MARTENS, OLSON & BEAR, LLP
   WILLIAM R. ZIMMERMAN (SBN 195859)
10 bzimmerman@kmob.com
   SHEILA N. SWAROOP (SBN 203476)
11 sswaroop@kmob.com
   BENJAMIN A. KATZENELLENBOGEN (SBN 208527)
12 bkatzenellenbogen@kmob.com
   2040 Main Street
   Fourteenth Floor
13 Irvine, CA 92614
   Telephone:     (949) 760-0404
14 Facsimile:     (949) 760-9502

   Attorneys for *Impax Laboratories, Inc.*

15
   THE BANCHERO LAW FIRM LLP
16 E. Jeffrey Banchero (SBN 93077)
   ejb@bancherolaw.com
   Scott R. Raber (SBN 194924)
17 sraber@bancherolaw.com
   THE BANCHERO LAW FIRM LLP
18 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111
   Telephone:     415.398.7000
19 Facsimile:     415.616.7000

20 KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   John L. North (Admitted Pro Hac Vice)
   jnorth@kasowitz.com
21 Jeffrey J. Toney (Admitted Pro Hac Vice)
   jtoney@kasowitz.com
22 Laura Fahey Fritts (Admitted Pro Hac Vice)
   lfritts@kasowitz.com
   Jonathan D. Olinger (Admitted Pro Hac Vice)
23 jolinger@kasowitz.com
   Norman E.B. Minnear (Admitted Pro Hac Vice)
24 jminnear@kasowitz.com
   1360 Peachtree Street, N.E., Suite 1150
25 Atlanta, GA 30309
   Telephone:     404.260.6080
   Facsimile:     404.260.6081
26
   Attorneys for *Defendants, Watson Pharmaceuticals, Inc.,*
27 *Watson Laboratories, Inc.—Florida,*
   *Watson Pharma, Inc., and Anda, Inc.*

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendants. | Case No. 10-CV-05467-RS (MEJ)<br><br>**STIPULATION FOR WAIVER OF REQUIREMENT FOR SERVICE OF PLAINTIFFS' INFRINGEMENT CONTENTIONS ON ALL PARTIES** |

Shire LLC, Supernus Pharmaceuticals, Inc., Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D. and Robert D. Hunt, M.D. (collectively, "Plaintiffs") and Impax Laboratories, Inc. ("Defendant Impax"), Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.- Florida, Watson Pharma, Inc., and Anda, Inc. (collectively, "Watson Defendants"; Plaintiffs and Defendants, collectively "Parties") hereby submit this stipulated request for an Order granting a waiver of the requirement under Fed. R. Civ. P. 5(a)(1)(C) and Patent Local Rule 3-1 in connection with service of Plaintiffs' Infringement Contentions.

Plaintiffs' Infringement Contentions as to Defendant Impax and as to Watson Defendants, both of which are due on Thursday November 3, 2011, each contains Highly Confidential Information of the respective defendant. Therefore, the Parties have agreed that Plaintiffs shall serve the Infringement Contentions as to Defendant Impax only on Defendant Impax's counsel, and that Plaintiffs shall serve the Infringement Contentions as to Watson Defendants only on Watson Defendants' counsel. The Parties agree that Plaintiffs shall not serve the Infringement Contentions as to Defendant Impax on Watson Defendants' counsel, and that Plaintiffs shall not serve the Infringement Contentions as to Watson Defendants on Defendant Impax's counsel. The Parties

therefore hereby submit this stipulated request that the requirement under Fed. R. Civ. P. 5(a)(1)(C) and Patent Local Rule 3-1, that discovery papers be served on every party, be waived.

SO STIPULATED this 2nd day of November 2011.

MCDERMOTT WILL & EMERY LLP

Dated: November 3, 2011    By:    */s/ William G. Gaede, III*
                                      William G. Gaede, III

Attorneys for *Plaintiffs*


KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 3, 2011    By:    */s/ Sheila N. Swaroop*
                                      Sheila N. Swaroop

Attorneys for *Impax Laboratories, Inc.*


KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Dated: November 3, 2011    By:    */s/ Laura Fahey Fritts*
                                      Laura Fahey Fritts

Attorneys for *Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc.*


**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Sheila N. Swaroop and Laura Fahey Fritts indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ William G. Gaede, III*
William G. Gaede, III

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-oOo-

Pursuant to stipulation, and good cause appearing therefore, **IT IS SO ORDERED.** The Court hereby grants a waiver of requirement under Fed. R. Civ. P. 5(a)(1)(C) and Local Patent Rule 3-1 regarding service of Plaintiffs' Infringement Contentions.

DATED: November 4, 2011

_____
HONORABLE MARIA-ELENA JAMES
Chief United States Magistrate Judge