1  E. Jeffrey Banchero (SBN 93077)
   ejb@bancherolaw.com
2  Scott R. Raber (SBN 194924)
   sraber@bancherolaw.com
3  THE BANCHERO LAW FIRM LLP
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111
   Telephone:     415.398.7000
5  Facsimile:     415.616.7000

6  John L. North (Admitted Pro Hac Vice)
   jnorth@kasowitz.com
7  Jeffrey J. Toney (Admitted Pro Hac Vice)
   jtoney@kasowitz.com
8  Laura Fahey Fritts (Admitted Pro Hac Vice)
   lfritts@kasowitz.com
9  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   1360 Peachtree Street, N.E., Suite 1150
10 Atlanta, Georgia  30309
   Telephone:     404.260.6080
11 Facsimile:     404.260.6081

12 Attorneys for Defendants,
   Watson Pharmaceuticals, Inc.,
13 Watson Laboratories, Inc.—Florida,
   Watson Pharma, Inc., and Anda, Inc.

14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18  SHIRE LLC, SUPERNUS                  Case No. 10-CV-05467-RS
    PHARMACEUTICALS, INC., AMY F.T.
19  ARNSTEN, PH.D., PASKO RAKIC,         **CONSENT ORDER GRANTING
    M.D., and ROBERT D. HUNT, M.D.,      SUBSTITUTION OF ATTORNEY**
20
         Plaintiffs,
21
    v.
22
    IMPAX LABORATORIES, INC.,
23  WATSON PHARMACEUTICALS, INC.,
    WATSON LABORATORIES, INC.—
24  FLORIDA, WATSON PHARMA, INC.,
    and ANDA, INC.,
25
         Defendants.
26

27

28

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY          CASE NO. 10-CV-05467-RS

Notice is hereby given that, subject to approval by the Court, Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc. ("Watson Defendants") substitute Scott R. Raber, now of the Rimon, P.C., as local counsel of record in place of the Banchero Law Firm LLP, in addition to Kasowitz, Benson, Torres & Friedman LLP

Contact information for new counsel is as follows:

Scott R. Raber, Esq.
Rimon, P.C.
220 Sansome Street, Suite 310
San Francisco, California  94104
Phone:       415.683.5472
Email:       scott.raber@rimonlaw.com

I consent to the above substitution.

Dated:  11·07·11

G. Michael Bryner
On Behalf of Watson Defendants

I consent to being substituted.

Dated:  10-27-2011

Scott R. Raber, Esq.

I consent to the above substitution.

Dated:  11-9-11

Scott R. Raber, Esq.
Rimon, P.C.

The substitution of attorney is hereby approved and so ORDERED.

Dated: _____        _____
                              United States District Court Judge.

2

*Shire LLC et al.  v.  Impax Laboratories, Inc., et al.*
Case No.: 10-CV-05467-RS

### ATTESTATION OF CONCURRENCE IN FILING

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from the other signatories listed on the signature pages.

In addition, pursuant to the final sentence of Section X.(B) of General Order No. 45, I have attached a scanned image of the signature pages, signed by the parties, of the document being electronically filed, in lieu of maintaining the paper record for subsequent production if required.

DATED:  November 9, 2011.

/s/ Scott R. Raber
Scott R. Raber (SBN 194924)
Rimon Law Group
220 Sansome Street, Suite 310
San Francisco, CA 94104
Tel: (415) 683-5472
E-Mail: scott.raber@rimonlaw.com

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY                    CASE NO. 10-CV-05467-RS