E. Jeffrey Banchero (SBN 93077)
ejb@bancherolaw.com
Scott R. Raber (SBN 194924)
sraber@bancherolaw.com
THE BANCHERO LAW FIRM LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:   415.398.7000
Facsimile:    415.616.7000

John L. North (Admitted Pro Hac Vice)
jnorth@kasowitz.com
Jeffrey J. Toney (Admitted Pro Hac Vice)
jtoney@kasowitz.com
Laura Fahey Fritts (Admitted Pro Hac Vice)
lfritts@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, Georgia 30309
Telephone:   404.260.6080
Facsimile:    404.260.6081

Attorneys for Defendants,
Watson Pharmaceuticals, Inc.,
Watson Laboratories, Inc.—Florida,
Watson Pharma, Inc., and Anda, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendants. | Case No. 10-CV-05467-RS<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the Court, Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc. ("Watson Defendants") substitute Scott R. Raber, now of the Rimon, P.C., as local counsel of record in place of the Banchero Law Firm LLP, in addition to Kasowitz, Benson, Torres & Friedman LLP

Contact information for new counsel is as follows:

Scott R. Raber, Esq.
Rimon, P.C.
220 Sansome Street, Suite 310
San Francisco, California 94104
Phone:    415.683.5472
Email:    scott.raber@rimonlaw.com

I consent to the above substitution.

Dated: 11-07-11

_____
G. Michael Bryner
On Behalf of Watson Defendants

I consent to being substituted.

Dated: 10-27-2011

_____
Scott R. Raber, Esq.

I consent to the above substitution.

Dated: 11-9-11

_____
Scott R. Raber, Esq.
Rimon, P.C.

The substitution of attorney is hereby approved and so ORDERED.

Dated: 11/15/11

_____
United States District Court Judge

2

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY                    CASE NO. 10-CV-05467-RS