Scott R. Raber (SBN 194924)
scott.raber@rimonlaw.com
RIMON P.C.
220 SANSOME STREET, SUITE 310
San Francisco, California 94104
Telephone: 415.683.5472
Facsimile: 800.930.7271

John L. North (Admitted Pro Hac Vice)
jnorth@kasowitz.com
Jeffrey J. Toney (Admitted Pro Hac Vice)
jtoney@kasowitz.com
Laura Fahey Fritts (Admitted Pro Hac Vice)
lfritts@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, Georgia 30309
Telephone: 404.260.6080
Facsimile: 404.260.6081

Attorneys for Defendants,
Watson Pharmaceuticals, Inc.,
Watson Laboratories, Inc.—Florida,
Watson Pharma, Inc., and Anda, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendants. | Case No. 10-CV-05467-RS<br><br>**[PROPOSED]** ORDER GRANTING WATSON DEFENDANTS' STIPULATED MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 TO CURE DOCKETING ERRORS |

Having considered Defendants' Watson Pharmaceuticals, Inc. ("Watson Pharmaceuticals"), Watson Laboratories, Inc.—Florida ("Watson-Florida"), Watson Pharma, Inc. ("Watson Pharma"), and Anda, Inc.'s (collectively, "Watson Defendants") Stipulated Motion for Administrative Relief Pursuant to Local Rule 7-11, the Court hereby ORDERS as follows:

1. The following attorneys shall be restored to the docket as counsel of record for the Watson Defendants, in addition to Scott R. Raber, Rimon, P.C.:

   Jeff Toney (jtoney@kasowitz.com)
   404-260-6105
   John North (jnorth@kasowitz.com)
   404-260-6103
   Laura Fahey Fritts (lfritts@kasowitz.com)
   404-260-6132
   Jonathan Olinger  (jolinger@kasowitz.com)
   404-260-6080
   Norman Minnear (nminnear@kasowitz.com)
   212-506-1742
   Kasowitz, Benson, Torres & Friedman LLP
   1360 Peachtree Street, N.E.
   Suite 1150
   Atlanta, GA 30309

2. The docket shall be corrected to reflect the fact that Watson Pharma, Inc. and Watson Laboratories, Inc.—Florida are two separate entities, each also represented by Rimon, P.C., Scott R. Raber, and the above attorneys from Kasowitz, Benson, Torres & Friedman LLP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  12/7/11

_____
The Honorable Richard Seeborg
United States District Court Judge