William R. Zimmerman (SBN 195859)
bzimmerman@kmob.com
Sheila N. Swaroop (SBN 203476)
sswaroop@kmob.com
Benjamin A. Katzenellenbogen (SBN 208527)
bkatzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Colin B. Heideman (SBN 238674)
colin.heideman@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1420 Fifth Avenue, Suite 3600
Seattle, WA 98101
Phone: (206) 405-2000
Facsimile: (206) 405-2001

Attorneys for Defendant
IMPAX LABORATORIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.– FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br> Defendants. | Civil Action No. 10-CV-05467 RS <br><br> **IMPAX LABORATORIES, INC.'S UNOPPOSED NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM** <br><br> **Honorable Richard Seeborg** <br><br> Hearing Date: March 8, 2012 <br> Time: 1:30 p.m. <br> Courtroom: 3, 17th Floor |

*1*                               **NOTICE OF MOTION**

*2*      PLEASE TAKE NOTICE THAT on March 8, 2012 at 1:30 p.m., or as soon thereafter as

*3* counsel may be heard, in the Courtroom of United States District Court Judge Richard Seeborg,

*4* located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Impax Laboratories,

*5* Inc. ("Impax") will and hereby does move this Court for an Order Granting Leave to File an

*6* Amended Answer and Counterclaims pursuant to Federal Rule of Civil Procedure 15 and the

*7* Court's Order Amending Case Management Schedule issued on September 29, 2011.

*8*      This unopposed Motion is based upon this Notice of Motion, the following

*9* Memorandum of Points and Authorities, the pleadings and papers on file, and such other and

*10* further argument as may be presented at the hearing on this motion.

*11*                      **MEMORANDUM OF POINTS AND AUTHORITIES**

*12* **I.**       **FACTUAL BACKGROUND**

*13*      On December 2, 2010, Plaintiffs brought this action against Impax and the Watson

*14* defendants alleging infringement of U.S. Patent Nos. 5,854,290; 6,287,599; and 6,811,794.

*15* Plaintiffs filed an amended complaint on January 4, 2011. Impax filed its Answer and

*16* Counterclaims on January 27, 2011. The Watson defendants also filed an Answer and

*17* Counterclaims, which included allegations of inequitable conduct. On August 29, 2011, the

*18* Court denied Plaintiffs' Motions to Dismiss and determined that the inequitable conduct

*19* allegations of the Watson defendants were sufficient. (*See* Doc. No. 107 (August 29, 2011

*20* Order Denying Motions to Dismiss) at 7-8.) On January 31, 2012, counsel of record for

*21* Plaintiffs confirmed via email that they do not oppose Impax's request for leave to amend its

*22* Answer and Counterclaims to add an affirmative defense and counterclaim of inequitable

*23* conduct that are substantially similar to the allegations by Watson previously found sufficient by

*24* the Court. (*See* Exhibit A.)

*25*      Accordingly, Impax seeks leave to amend its Answer and Counterclaims to include an

*26* affirmative defense and counterclaim of inequitable conduct. These additional allegations are

*27* set forth in the proposed First Amended Answer and Counterclaims, attached hereto as Exhibit

*28*

B.  This request is made in advance of the March 16, 2012 deadline to amend pleadings.  (*See* Doc. No. 119 (September 29, 2011 Order Amending Case Management Schedule) at 3.)

## II.  LEAVE TO AMEND SHOULD BE GRANTED

Impax's proposed amendments should be permitted because Plaintiffs do not oppose the amendment and none of the factors which could provide a basis for denying the amendment are present in this case.  *See* Fed. R. Civ. P. 15(a)(2); *Foman v. Davis*, 371 U.S. 178, 182, (1962); *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987).

## III.  CONCLUSION

For the reasons set forth above, Impax respectfully requests that the Court grant this unopposed Motion, and allow Impax to file its proposed Amended Answer and Counterclaims in this case.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 2, 2012         By:   /s/ *Benjamin A. Katzenellenbogen*
    William R. Zimmerman
    Sheila N. Swaroop
    Benjamin A. Katzenellenbogen
    Colin B. Heideman

Attorneys for Defendant
IMPAX LABORATORIES, INC.

12681510