# EXHIBIT A

| | |
|---|---|
| **From** | Ettinger, Heather [Hettinger@mwe.com] |
| **Sent** | Tuesday, January 31, 2012 11:37 AM |
| **To** | Ben.Katzenellenbogen |
| **Cc** | Bill.Zimmerman; Sheila.Swaroop; Karen.Cassidy; Consuelo.Gutierrez; Lisa.Luongo; 'jnorth@kasowitz.com'; 'LFritts@kasowitz.com'; 'JOlinger@kasowitz.com'; 'jminnear@kasowitz com'; Robinson, Joseph; Gaede, William |
| **Subject** | RE: Shire v. Impax [IWOV-DM_US FID2848322] |

Ben,

In response to your email below, Plaintiffs confirm that they will not oppose Impax seeking leave to amend its pleading to add an affirmative defense and counterclaim of inequitable conduct.

Best regards,
Heather

Heather Morehouse Ettinger, Ph.D.
Attorney: Intellectual Property, Media & Technology
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173

tel: 212 547.5402
fax: 212.547.5444
hettinger@mwe.com

---

**From:** Ben Katzenellenbogen [mailto:ben.katzenellenbogen@kmob.com]
**Sent:** Wednesday, January 25, 2012 1:56 PM
**To:** Ettinger, Heather
**Cc:** Bill.Zimmerman; Sheila.Swaroop; Karen.Cassidy; Consuelo.Gutierrez; Lisa.Luongo; 'jnorth@kasowitz.com'; 'LFritts@kasowitz.com'; 'JOlinger@kasowitz.com'; 'jminnear@kasowitz com'; Robinson, Joseph; Gaede, William
**Subject:** RE: Shire v. Impax [IWOV-DM_US.FID2848322]

Heather,

In response to your request, attached is a draft amended pleading that adds an affirmative defense and counterclaim of inequitable conduct.

The added language can be found in the Ninth Affirmative Defense, Paragraphs 36-45 of the Counterclaim, and Prayer for Relief paragraph F.

The language is generally the same as the language in the Watson defendants' allegations, which the Court determined adequately stated a claim in its Order Denying Motions to Dismiss on August 29, 2011. The only additions have been highlighted and may be found at 12 6-8, 12:13-15, 17:19-21, 18:13-14 and 18:24.

Please confirm that Plaintiffs would not oppose Impax seeking leave to make such an amendment.

Thanks,

Ben

Ben Katzenellenbogen
Partner
949-721-6374 Direct

**Knobbe Martens**
INTELLECTUAL PROPERTY LAW

---

**From:** Ettinger, Heather [mailto:Hettinger@mwe.com]
**Sent:** Monday, December 05, 2011 5:39 PM
**To:** Sheila.Swaroop
**Cc:** Bill.Zimmerman; Ben.Katzenellenbogen; Colin.Heideman; Karen.Cassidy; Lisa.Luongo; 'jnorth@kasowitz.com'; 'LFritts@kasowitz com'; 'JOlinger@kasowitz.com'; 'jminnear@kasowitz.com'; Robinson, Joseph; Gaede, William
**Subject:** RE: Shire v. Impax [IWOV-DM_US.FID2848322]

Dear Sheila,

Further to your letter of December 2 (attached to email below), Plaintiffs cannot determine whether or not they will oppose Impax's amended complaint without seeing a copy of the amended complaint. Therefore, Plaintiffs cannot confirm that they will not oppose Impax's amended complaint.

Best regards,
Heather

Heather Morehouse Ettinger, Ph.D.
Attorney: Intellectual Property, Media & Technology
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173

tel: 212 547.5402
fax: 212.547.5444
hettinger@mwe.com

---

**From:** Sheila.Swaroop [mailto:Sheila.Swaroop@kmob.com]
**Sent:** Friday, December 02, 2011 6:44 PM
**To:** Ettinger, Heather; Robinson, Joseph; Gaede, William
**Cc:** Bill.Zimmerman; Ben.Katzenellenbogen; Colin.Heideman; Karen.Cassidy; Lisa.Luongo; 'jnorth@kasowitz.com'; 'LFritts@kasowitz com'; 'JOlinger@kasowitz.com'; 'jminnear@kasowitz.com'
**Subject:** Shire v. Impax

Heather,

Please see the attached letter.

**Sheila Swaroop**

Partner
sswaroop@kmob.com
949-721-7646 Direct

**Knobbe Martens**
INTELLECTUAL PROPERTY LAW

2040 Main Street, 14th Floor
Irvine, CA 92614
www.kmob.com/sheila.swaroop

comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*******************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information  Any unauthorized review, use, disclosure or distribution is prohibited  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message