1  William R. Zimmerman (SBN 195859)
   bzimmerman@kmob.com
2  Sheila N. Swaroop (SBN 203476)
   sswaroop@kmob.com
3  Benjamin A. Katzenellenbogen (SBN 208527)
   bkatzenellenbogen@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
5  Fourteenth Floor
   Irvine, CA  92614
6  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
7
   Colin B. Heideman (SBN 238674)
8  colin.heideman@kmob.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
9  1420 Fifth Avenue, Suite 3600
   Seattle, WA 98101
10 Phone: (206) 405-2000
   Facsimile: (206) 405-2001
11
   Attorneys for Defendant
12 IMPAX LABORATORIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br> Defendants. | Civil Action No. 10-CV-05467 RS <br><br> **[PROPOSED] ORDER GRANTING IMPAX LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM** <br><br> **Honorable Richard Seeborg** |

*1*   The Court, having considered Defendant Impax Laboratories, Inc.'s ("Impax")

*2* Unopposed Motion for Leave to File Amended Answer and Counterclaims, the papers and

*3* arguments submitted by the parties, including oral argument if any, and good cause showing,

*4* HEREBY ORDERS THAT:

*5*   The Motion is hereby GRANTED.  Impax's Amended Answer to Plaintiff's Amended

*6* Complaint, Affirmative Defenses, and Counterclaims, attached as Exhibit B to the Unopposed

*7* Motion, shall be deemed filed as of the date of this Order.

*8*

*9*   **IT IS SO ORDERED.**

*10*

*11*  Dated: _____    _____
*12*                                                                Honorable Richard Seeborg
                                                                    United States District Court Judge

*13*

*14*

*15*

*16*

*17*

*18*

*19*

*20*

*21*

*22*

*23*

*24*

*25*

*26*

*27*

*28*