William R. Zimmerman (SBN 195859)
bzimmerman@kmob.com
Sheila N. Swaroop (SBN 203476)
sswaroop@kmob.com
Benjamin A. Katzenellenbogen (SBN 208527)
bkatzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Colin B. Heideman (SBN 238674)
colin.heideman@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1420 Fifth Avenue, Suite 3600
Seattle, WA 98101
Phone: (206) 405-2000
Facsimile: (206) 405-2001

Attorneys for Defendant
IMPAX LABORATORIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendants. | Civil Action No. 10-CV-05467 RS<br><br>**[PROPOSED] ORDER GRANTING IMPAX LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM**<br><br>**Honorable Richard Seeborg** |

No. 10-CV-05467 RS
Proposed Order Granting Motion for Leave

*1*   The Court, having considered Defendant Impax Laboratories, Inc.'s ("Impax")
*2* Unopposed Motion for Leave to File Amended Answer and Counterclaims, the papers and
*3* arguments submitted by the parties, including oral argument if any, and good cause showing,
*4* HEREBY ORDERS THAT:

*5*   The Motion is hereby GRANTED.  Impax's Amended Answer to Plaintiff's Amended
*6* Complaint, Affirmative Defenses, and Counterclaims, attached as Exhibit B to the Unopposed
*7* Motion, shall be deemed filed as of the date of this Order.

*9*   **IT IS SO ORDERED.**

*11* Dated:  2/2/12

Honorable Richard Seeborg
United States District Court Judge