MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE III (SBN 136184)
wgaede@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: (650) 815 7400
Facsimile: (650) 815 7401

MCDERMOTT WILL & EMERY LLP
JOSEPH R. ROBINSON (*Pro Hac Vice*)
jrobinson@mwe.com
HEATHER MOREHOUSE ETTINGER (*Pro Hac Vice*)
hettinger@mwe.com
SARIKA SINGH (*Pro Hac Vice*)
ssingh@mwe.com
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

Attorneys for *Shire LLC and Supernus Pharmaceuticals, Inc.*

WIGGIN AND DANA LLP
JOSEPH V. SAPHIA
jsaphia@wiggin.com
450 Lexington Avenue
38th Floor
New York, NY 10017
Telephone: (212) 490-1700
Facsimile: (212) 490-0536

Attorneys for *Amy F.T. Arnsten, Ph.D., Pasko Racik, M.D., and Robert D. Hunt, M.D.*

KNOBBE, MARTENS, OLSON & BEAR, LLP
WILLIAM R. ZIMMERMAN (SBN 195859)
bzimmerman@kmob.com
SHEILA N. SWAROOP (SBN 203476)
sswaroop@kmob.com
BENJAMIN A. KATZENELLENBOGEN (SBN 208527)
bkatzenellenbogen@kmob.com
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for *Impax Laboratories, Inc.*

RIMON P.C.
SCOTT R. RABER (SBN 194924)
scott.raber@rimonlaw.com
220 Sansome Street, Suite 310
San Francisco, California  94104
Telephone:     415.683.5472
Facsimile:     800.930.7271

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
JOHN L. NORTH (*Pro Hac Vice*)
jnorth@kasowitz.com
JEFFREY J. TONEY (*Pro Hac Vice*)
jtoney@kasowitz.com
LAURA FAHEY FRITTS (*Pro Hac Vice*)
lfritts@kasowitz.com
1360 Peachtree Street, N.E., Suite 1150
Atlanta, Georgia 30309
Telephone:     (404) 260-6080
Facsimile:     (404) 260-6081

Attorneys for *Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendant. | **CASE NO.  10-CV-05467 RS**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PARTIES TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT; AND [PROPOSED] ORDER THEREON** |

WHEREAS, Shire LLC, Supernus Pharmaceuticals, Inc., Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D., and Robert D. Hunt, M.D. (all collectively "Plaintiffs"); and Impax Laboratories, Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc. – Florida, Watson Pharma, Inc.,

DM_US 31816306-1.085199.0893

**STIP AND ORDER FOR EXT OF TIME TO FILE JOINT CLAIM COnstr AND PREHEARING STMNT CASE NO. 10-CV-05467 RS**

1

and Anda, Inc.'s (all collectively "Defendants") Joint Claim Construction and Prehearing Statement is presently due February 13, 2012;

WHEREAS, Plaintiffs' counsel and Defendants' counsel are continuing to confer in an effort to further narrow the claim construction issues to be presented to the Court and agree that extending the time within which to file the Joint Claim Construction and Prehearing Statement will assist them in reaching agreement on the meaning of additional terms;

IT IS HEREBY STIPULATED this 13th day of February 2012, by and between the parties hereto, through their respective counsel, as follows:

1. The time for the parties to file the Joint Claim Construction and Prehearing Statement shall be extended by four days up to and including February 17, 2012.

2. The parties shall finalize and exchange their Patent Local Rule 4-3(b) disclosures by February 13, 2012, as originally scheduled by the Court. Although the Parties are encouraged to reach agreement on the meaning of terms at any time, if a party proposes a different construction after February 13 and before the Joint Statement is filed on February 17 regarding a disputed term, the other parties to the litigation may cite to and comment on the change during the claim construction briefing and oral argument.

3. The proposed extension will not alter the other dates set forth in the Court's schedule set forth in its order dated September 29, 2011.

MCDERMOTT WILL & EMERY LLP

By: */s/ William G. Gaede, III*
William G. Gaede, III

Attorneys for *Shire LLC and Supernus Pharmaceuticals, Inc.*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: */s/ Laura Fahey Fritts*
Laura Fahey Fritts

Attorneys for *Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc.*

KNOBBE, MARTENS, OLSON & BEAR LLP

By: */s/ Benjamin A. Katzenellenbogen*
Benjamin A. Katzenellenbogen

Attorneys for *Impax Laboratories, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Laura Fahey Fritts and Benjamin A. Katzenellenbogen indicated by a "conformed" signatures (/s/) within this e-filed document.

*/s/ William G. Gaede, III*
William G. Gaede, III

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

HONORABLE RICHARD SEEBORG
United States District Court Judge