# I. CLAIM CONSTRUCTION PROPOSALS FOR THE '290 PATENT

Claim terms that are underlined and in bold are 10 most significant.
Text in italics indicates claim construction language that is the same in two or more of the parties' construction.
Underlined text highlights some of differences between constructions.

| '290 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| **'290 Patent Claim 1** | | | |
| 1. A method of **treating a behavioral disinhibition** | *Treating a disorder having prominent symptoms of lack of self-control of behavior including, but not limited to Attention-Deficit Hyperactivity Disorder, Conduct Disorder, Oppositional Defiant Disorder, Tourette's Syndrome, Lesch-Nyhan Syndrome, Post-traumatic Stress Disorder or dementia.* | *Treating a disorder having prominent symptoms of lack of self-control of behavior, including but not limited to Attention-Deficit Hyperactivity Disorder, Conduct Disorder, Oppositional Defiant Disorder, Tourette's Syndrome, Lesch-Nyhan Syndrome, Post-Traumatic Stress Disorder or dementia*, as distinguished from merely improving a symptom of such a disorder. | |
| in a primate | *A type of mammal that includes humans, and all species of prosimians, apes and monkeys of any age.* | | |
| **without inducing excessive sedation**, comprising | Without inducing sedation to an extent that impairs functioning. | This term is indefinite.<br><br>To the extent the Court finds this limitation can be construed, Defendants believe the only proper construction of this term would be "without inducing as much sedation as clonidine." | |

| '290 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| administering to the primate **a behavior inhibiting dose of guanfacine**, wherein the dose ranges between 0.01 mg/kg of body weight and 0.86 mg/kg of body weight. | An amount of guanfacine that improves self-control of behavior in the primate, and that is between 0.01 mg/kg of body weight and 0.86 mg/kg of body weight of the primate. | An amount of guanfacine, which improves self-control of behavior, that is between 0.01 mg/kg of body weight and 0.86 mg/kg of body weight of the primate. | |
| **'290 Patent Claim 2** | | | |
| 2. The method of claim 1, comprising the additional step of **readministering the dose at an interval required to obtain a desired level and duration of behavioral inhibition**. | *Administering an amount of guanfacine multiple times* within a single day or on multiple days to obtain a desired degree and length of time of the *improvement of self-control of behavior.* | *Administering an amount of guanfacine multiple times* as necessary to obtain

The term "desired level and duration" is indefinite

of *improvement of self-control of behavior*. | *Administering an amount of guanfacine multiple times* to obtain *improvement of self-control of behavior* over a longer period of time than would be achieved with a single administration. |
| **'290 Patent Claim 4** | | | |
| 4. The method of claim 1, wherein the primate is a human. | | | |
| **'290 Patent Claim 5** | | | |
| 5. The method of claim 4, wherein the dose ranges between about 0.03 mg/kg of body weight and about 0.25 mg/kg of body weight. | *Between 0.025 mg/kg of body weight and 0.255 mg/kg of body weight of the human.* | | |

| '290 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| **'290 Patent Claim 6** | | | |
| 6. The method of claim 1, wherein the behavioral disinhibition is one of Attention-Deficit Hyperactivity Disorder, Conduct Disorder, Oppositional-Defiant Disorder, Tourette's Syndrome, Lesch-Nyhan Syndrome, Post-Traumatic Stress Disorder and <u>dementia</u>. | An impairment in short- and long-term memory, associated with impairment in abstract thinking, impaired judgment, other disturbances of higher cortical function, or personality change, wherein the disturbance is severe enough to interfere significantly with work or usual social activities or relationships with others. | A disorder, including Alzheimer's disease, characterized by a loss of cognitive function. | |
| **'290 Patent Claim 7** | | | |
| 7. A method of **<u>inhibiting a disinhibitory behavior</u>** in a primate | *Improving any symptom associated with lack of self control of behavior, including, but not limited to, agitation, hyperactivity, distractibility, inattention, impulsivity, disorganization, uncontrolled aggression, self-mutilation, and uncontrolled movements.* | *Improving any symptom associated with lack of self-control of behavior, including but not limited to agitation, hyperactivity, distractibility, inattention, impulsivity, disorganization, uncontrolled aggression, self-mutilation, and uncontrolled movements*, <u>as distinguished from treating the underlying disorder.</u> | |

| '290 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| without inducing excessive sedation, comprising: administering to the primate a behavior inhibiting dose of guanfacine, wherein the dose ranges between 0.01 mg/kg of body weight and 0.86 mg/kg of body weight. | | *See above.* | |
| **'290 Patent Claim 8** | | | |
| 8. The method of claim 7, comprising the additional step of readministering the dose at an interval required to obtain a desired level and duration of behavioral inhibition. | | *See above.* | |
| **'290 Patent Claim 10** | | | |
| 10. The method of claim 7, wherein the primate is a human. | | | |
| **'290 Patent Claim 11** | | | |
| 11. The method of claim 10, wherein the dose ranges between about 0.03 mg/kg of body weight and about 0.25 mg/kg of body weight. | | *See above.* | |
| **'290 Patent Claim 12** | | | |
| 12. The method of claim 7, wherein the behavior is one of hyperactivity, agitation, | | | |

| '290 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| impulsivity, aggression, inattention, distractibility, disorganization, uncontrolled movements, and self-mutilation. | | | |

DM_US 31876243-2.085199.0893

## II. CLAIM CONSTRUCTION PROPOSALS FOR THE '599 PATENT

| '599 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| **'599 Patent Claim 1** | | | |
| 1. A pharmaceutical composition, comprising: | | | |
| (a) at least one pharmaceutically active agent that is pH dependent: | *Drug that has a different solubility at different pHs.* | | |

DM_US 31876243-2.085199.0893

| '599 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| (b) at least one **non-pH dependent sustained release agent**; and | Substance that, when the claimed composition is formulated, slows release of the active agent (*i.e.*, drug) from the composition over an extended period of time regardless of gastrointestinal pH. | Substance that slows the rate of release of the drug from the composition regardless of the pH of the surrounding media, <u>which specifically includes but is not necessarily limited to ethylcellulose, cellulose acetate, vinyl acetate/vinyl chloride copolymers, acrylate/methacrylate copolymers, polyethylene oxide, hydroxypropyl methylcellulose, carrageenan, alginic acid and salts thereof, hydroxyethyl cellulose, hydroxypropyl cellulose, karaya gum, acacia gum, tragacanth gum, locust bean gum, guar gum, sodium carboxymethyl cellulose, methyl cellulose, beeswax, carnauba wax, cetyl alcohol, hydrogenated vegetable oils, and stearyl alcohol</u>. | Substance, <u>which does not function as a pH dependent agent in the formulation</u>, that slows the rate of release of the drug from the composition regardless of the pH of the surrounding media.<br><br>Watson does not object to Impax's proposal to include a non-exclusive list. |

DM_US 31876243-2.085199.0893

| '599 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| (c) at least one **pH dependent agent that increases the rate of release of said at least one pharmaceutically active agent from the tablet at a pH in excess of 5.5**. | Substance that, when the claimed composition is formulated, increases the rate of release of the active agent (*i.e.*, drug) from the composition in an environment having a pH above 5.5 over when the composition is either (i) in an environment having a pH of 5.5 or less, or (ii) when the composition is formulated without the pH dependent agent. | Indefinite. | Substance, which does not function as a non-pH dependent agent in the formulation, that increases the rate of release of the drug from the composition in surrounding media having a pH above 5.5. |
| **'599 Patent Claim 2** | | | |
| 2. The composition of claim 1 wherein said at least one pH dependent agent is at least one **polymer that swells at a pH in excess of 5.5**. | *A molecule with many units joined to each other through chemical covalent bonds, often in a repeating manner*, which, when the claimed composition is formulated, expands at a pH above 5.5. | *A molecule with many units joined to each other through chemical covalent bonds, often in a repeating manner*, which expands in surrounding media having a pH above 5.5, which specifically includes but is not necessarily limited to, an acrylic acid copolymer, sodium alginate, carrageenan, alginic acid, pectin, and sodium carboxymethyl cellulose. | *A molecule with many units joined to each other through chemical covalent bonds, often in a repeating manner*, which expands in surrounding media having a pH above 5.5.<br><br>Watson does not object to Impax's proposal to include a non-exclusive list. |
| **'599 Patent Claim 4** | | | |
| 4. The composition of claim 1 wherein said at least one pH dependent agent | | *See above* | |

| '599 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| is at least one **agent that increases the solubility of said at least one pharmaceutically active agent at a pH of greater than 5.5**. | *Substance that*, when the claimed composition is formulated, *increases the amount* of the active agent (*i.e.*, drug) that dissolves in another substance in an environment having a pH above 5.5 over when the composition is either (i) in an environment having a pH of 5.5 or less, or (ii) when the composition is formulated without the agent that increases the amount of the active agent (*i.e.*, drug) that dissolves in another substance. | *Substance that increases the amount of the drug that will dissolve when the surrounding media has a pH above 5.5, which specifically includes but is not necessarily limited to, citric acid, fumaric acid, tartaric acid, adipic acid, glucono delta-lactone, and malic acid*. | *Substance that increases the amount of the drug that will dissolve when the surrounding media has a pH above 5.5.*<br><br>Watson does not object to Impax's proposal to include a non-exclusive list. |
| **'599 Patent Claim 5** | | | |
| 5. The composition of claim 1 wherein said at least one pharmaceutically active agent is selected from the group consisting of guanfacine hydrochloride, anagrelide, guanethidine monosulfate, quanadrel sulfate, resirpine, propanolol, metoprolol, atenolol, timolol, erythromycin, clonidine, chlorpheniramine, bromopheniramine, diltiazem, and scopolamine. | | *See above.* | |

| '599 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| **'599 Patent Claim 6** | | | |
| 6. The composition of claim 5 wherein said at least one pharmaceutically active agent guanfacine hydrochloride. | | | |
| **'599 Patent Claim 8** | | | |
| 8. The composition of claim 1 wherein said <u>non-pH-dependent sustained release agent</u> is selected from the group consisting of ethylcellulose, cellulose acetate, vinyl acetate/vinyl chloride copolymers, acrylate/methacrylate copolymers, polyethylene oxide, hydroxypropyl methylcellulose, Carrageen an, alginic acid and salts thereof, hydroxyethyl cellulose, hydroxypropyl cellulose, karaya gum, acacia gum, trgacanth gum, locust bean gum, guar gum, sodium carboxymethyl cellulose, methyl cellulose, beeswax, carnauba wax, cetyl alcohol, hydrogenated vegetable oils, and stearyl alcohol. | | *See above.* | |

| '599 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| **'599 Patent Claim 11** | | | |
| 11. The composition of claim 4 wherein said at least one <u>agent that increase the solubility of said at least one pharmaceutically active agent at a pH greater than 5.5</u> |  | *See above.* | |
| is at least one <u>organic acid</u>. | | *Carbon-containing substance that is an acid.* | |
| **'599 Patent Claim 12** | | | |
| 12. The composition of claim 11 wherein said at least one <u>organic acid</u> is selected from the group consisting of citric acid, fumaric acid, tartaric acid, adipic acid, glucono deltalactone, and malic acid. | | *See above.* | |
| **'599 Patent Claim 13** | | | |
| 13. The composition of claim wherein | | | |
| said <u>pH-dependent agent that increase the rate of release of the at least one pharmaceutically active agent from the tablet at a pH in excess of 5.5</u> | | *See above.* | |

-11-

| '599 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| is an <u>agent that maintains an acidic microenvironment in the composition</u>. | *Substance that keeps acidic, over a period of time*, the environment immediately around or in close proximity to the active agent (*i.e.*, drug) inside of the composition. | *Substance that keeps acidic, over a period of time*, a region immediately around or in close proximity to the drug, <u>which specifically includes but is not necessarily limited to, citric acid, fumaric acid, tartaric acid, adipic acid, glucono delta-lactone, and malic acid</u>. | *Substance that keeps acidic, over aperiod of time* a region immediately around or in close proximity to the drug.<br><br>Watson does not object to Impax's proposal to include a non-exclusive list. |
| **'599 Patent Claim 14** | | | |
| 14. The composition of claim 12 wherein said <u>organic acid</u> is fumaric acid. | | *See above.* | |
| **'599 Patent Claim 15** | | | |
| 15. The composition of claim 1 and further comprising a <u>binding agent</u>. | *Substance that aids in the binding of ingredients in a tablet.* | *Substance that aids in the binding of ingredients in a tablet*, <u>which specifically includes but is not necessarily limited to polyvinyl pyrrollidone, starch, methylcellulose, hydroxypropyl methylcellulose, carboxymethyl cellulose, sucrose solution, dextrose solution, acacia, tragacanth, and locust bean gum</u>. | *Substance that aids in the binding of ingredients in a tablet.*<br><br>Watson does not object to Impax's proposal to include a non-exclusive list. |

DM_US 31876243-2.085199.0893

| '599 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| **'599 Patent Claim 16** | | | |
| 16. The composition of claim 15 wherein said <u>binding agent</u> is selected from the group consisting of polyvinyl pyrrolidone, starch, methylcelluose, hydroxypropyl methylcelluose, carboxymethyl cellulose, sucrose solution, dextrose solution, acacia, tragacanth, and locust bean gum. | | *See above.* | |
| **'599 Patent Claim 17** | | | |
| 17. The composition of claim 16 wherein said <u>binder</u> is hydroxypropyl methylcellulose. | | *See "binding agent" above.* | |
| **'599 Patent Claim 18** | | | |
| 18. The composition of claim 1 wherein said <u>pharmaceutically active agent</u> | | *See above.* | |
| is present in the composition in <u>an amount of from about 0.1 wt. % to about 70 wt. %</u>. | | *An amount between 0.095 wt. % and 70.5 wt. %.* | |

| '599 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| **'599 Patent Claim 19** | | | |
| 19. The composition of claim 18 wherein said <u>pharmaceutically active agent</u> | | *See above.* | |
| is present in the composition in <u>an amount of from about 1 wt. % to about 40 wt. %</u>. | | *An amount between 0.95 wt. % and 40.5 wt. %.* | |
| **'599 Patent Claim 20** | | | |
| 20. The composition of claim 1 wherein said <u>non-pH-dependent sustained release agent</u> | | *See above.* | |
| is present in the composition in <u>an amount of from about 5 wt. % to about 50 wt. %</u>. | | *An amount between 4.5 wt. % and 50.5 wt. %.* | |
| **'599 Patent Claim 21** | | | |
| 21. The composition of claim 20 wherein said <u>non-pH-dependent sustained release agent</u> | | *See above.* | |
| is present in the composition in <u>an amount of from about 10 wt. % to about 30 wt. %</u>. | | *An amount between 9.95 wt. % and 30.5 wt. %.* | |
| **'599 Patent Claim 22** | | | |
| 22. The composition of claim 1 wherein said at least one <u>pH-dependent agent</u> | | *See above.* | |

DM_US 31876243-2.085199.0893

| '599 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| is present in the composition in <u>an amount of from about 0.5 wt. % to about 40 wt. %</u>. | | *An amount between 0.45 wt. % and 40.5 wt. %.* | |
| **'599 Patent Claim 23** | | | |
| 23. The composition of claim 22 wherein said at least one <u>pH-dependent agent</u> | | *See above.* | |
| is present in the composition in <u>an amount of from about 1 wt. % to about 20 wt. %</u>. | | *An amount between 0.95 wt. % and 20.5 wt. %.* | |
| **'599 Patent Claim 25** | | | |
| 25. The composition of claim 8 wherein said <u>non-pH-dependent sustained release agent</u> is hydroxypropyl methylcellulose. | | *See above.* | |
| **'599 Patent Claim 30** | | | |
| 30. The composition of claim 1 wherein said composition is in the form of a tablet. | | | |

-15-

## III. CLAIM CONSTRUCTION PROPOSALS FOR THE '794 PATENT

| '794 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| **'794 Patent Claim 3** | | | |
| 3. A method for treating an attention deficit disorder or attention deficit with hyperactivity disorder in a patient comprising administering to said patient a composition comprising | | | |
| (a) at least one <u>pharmaceutically active agent that is pH dependent</u>, said pharmaceutically active agent being quanfacine or quanfacine hydrochloride; | | *See above.* | |
| (b) at least one <u>non-pH dependent sustained release agent</u> selected from the group consisting of ethylcellulose, cellulose acetate, vinyl acetate/vinyl chloride copolymers, acrylate/methacrylate copolymers, polvethylene oxide, hydroxynropyl methylcellulose, carageenan, alginic acid and salts thereof, hydroxyethyl cellulose, hydroxypropyl cellulose, karaya gum, acacia gum, tragacanth gum, locust bean gum, guar gum, sodium carboxymethyl cellulose, methyl cellulose, beeswax, carnauba wax, cetyl alcohol, hydrogenated vegetable oils, and stearyl alcohol; and | | *See above.* | |

| '794 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| (c) at least one <u>pH dependent agent that increases the rate of release of said at least one pharmaceutically active agent from a tablet dosage form at a pH in excess of 5.5</u>; | | *See above.* | |
| which is given in <u>an amount effective to treat said attention deficit disorder or attention deficit with hyperactivity disorder in said patient</u>. | *An amount of the composition sufficient to eliminate or reduce one or more symptoms of attention deficit disorder or attention deficit with hyperactivity disorder, <u>whether during a single application of the amount or repeated applications</u>.* | *An amount of the composition sufficient to eliminate or reduce one or more symptoms of attention deficit disorder or attention deficit with hyperactivity disorder.* | |
| **'794 Patent Claim 4** | | | |
| 4. The method of claim 3, wherein said at least one pH-dependent agent is at least one polymer that <u>swells at a pH in excess of 5.5</u>. | | *See above.* | |

| '794 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| **'794 Patent Claim 8** | | | |
| 8. A method of **reducing the likelihood of side effects** associated with the administration of guanfacine, comprising | Reducing the probability of side effects resulting from guanfacine administration. | This phrase in the preamble should be construed as a statement of intended purpose that describes the result of performing the claim limitations and not as a substantive limitation of the claim.<br><br>If the Court were to determine that this phrase is a substantive limitation of the claim, this term would be indefinite. | Decreasing the incidence of side effects compared to administering the same amount of guanfacine as an immediate-release composition. |
| administering to a patient <u>a therapeutically effective amount</u> of a the position comprising | *An amount of the composition* effective to improve an undesirable condition. | *An amount of the composition* sufficient to eliminate or reduce one or more symptoms of one or more diseases. | |
| (a) at least one <u>pharmaceutically active agent that is pH dependent</u>, said pharmaceutically active agent being guanfacine or guanfacine hydrochloride; | | *See above.* | |

| '794 Patent Claim | Plaintiffs' Proposed Construction | Impax's Proposed Construction | Watson's Proposed Construction |
|---|---|---|---|
| (b) at least one <u>non-pH dependent sustained release agent</u> selected from the group consisting of ethylcellulose, celluipse acetate, vinyl acetate/vinyl chloride copolymers, acrylate/methacrylate copolymers, polyethylene oxide, hydroxynropyl methylcellulose, carageen an, glainic acid and salts thereof, hydroxyethyl cellulose, hydroxypropyl cellulose, karaya gum, acacia gum, tragacanth gum, locust bean gum, guar gum, sodium carboxymethyl cellulose, methyl cellulose, beeswax, carnauba wax, cetyl alcohol, hydrogenated vegetable oils, and stearyl alcohol; and | | *See above.* | |
| (c) at least one <u>pH dependent agent that increases the rate of release of said at least one pharmaceutically active agent from a tablet dosage form at a pH in excess of 5.5</u>. | | *See above.* | |
| **'794 Patent Claim 9** | | | |
| 9. The method of clalm [sic] 8, wherein said at least one <u>pH-dependent gent</u> is at least one polymer that <u>swells at a pH In excess of 5.5</u>. | | *See above.* | |

DM_US 31876243-2.085199.0893