Claim terms that are both underlined and in bold are the ten most significant.

Text in italics indicates claim construction language that is the same in Plaintiffs' and one or more of the defendants' constructions.

**U.S. PATENT NO. 5,854,290**

| CLAIM TERM – U.S. PATENT NO. 5,854,290 | CLAIM NUMBER(S) | PLAINTIFFS' PROPOSED CONSTRUCTION | INTRINSIC AND EXTRINSIC EVIDENCE |
|---|---|---|---|
| **treating a behavioral disinhibition** | 1, 2, 4-6 | *Treating a disorder having prominent symptoms of lack of self-control of behavior including, but not limited to Attention-Deficit Hyperactivity Disorder, Conduct Disorder, Oppositional Defiant Disorder, Tourette's Syndrome, Lesch-Nyhan Syndrome, Post-traumatic Stress Disorder or dementia.* | Abstract; Col. 3, ll. 1-7 |
| primate | 1, 4, 7, 10 | *A type of mammal that includes humans, and all species of prosimians, apes and monkeys of any age.* | |
| **without inducing excessive sedation** | 1, 2, 4-8, 10-12 | Without inducing sedation to an extent that impairs functioning. | Col. 2, ll. 24-28; Col. 8, ll. 45-46<br><br>The Oxford Encyclopedic English Dictionary 488 (Judy Pearsall & Bill Trumble eds., 3rd ed. 1996) [GUANHCL04635773-GUANHCL04635776] |
| **a behavior inhibiting dose of guanfacine**, wherein the dose ranges between 0.01 mg/kg of body weight and 0.86 mg/kg of body weight | 1, 7 | An amount of guanfacine that improves self-control of behavior in the primate, and that is between 0.01 mg/kg of body weight and 0.86 mg/kg of body weight of the primate. | |

- 1 -

| CLAIM TERM – U.S. PATENT NO. 5,854,290 | CLAIM NUMBER(S) | PLAINTIFFS' PROPOSED CONSTRUCTION | INTRINSIC AND EXTRINSIC EVIDENCE |
|---|---|---|---|
| **readministering the dose at an interval required to obtain a desired level and duration of behavioral inhibition** | 2, 8 | *Administering an amount of guanfacine multiple times within a single day or on multiple days to obtain a desired degree and length of time of the improvement of self-control of behavior.* | Col. 5, ll. 60-67<br><br>The Oxford Encyclopedic English Dictionary 437 (Judy Pearsall & Bill Trumble eds., 3rd ed. 1996) [GUANHCL04635773-GUANHCL04635775] |
| between about 0.03 mg/kg of body weight and about 0.25 mg/kg of body weight | 5, 11 | *Between 0.025 mg/kg of body weight and 0.255 mg/kg of body weight of the human.* | |
| dementia | 6 | An impairment in short- and long-term memory, associated with impairment in abstract thinking, impaired judgment, other disturbances of higher cortical function, or personality change, wherein the disturbance is severe enough to interfere significantly with work or usual social activities or relationships with others. | DSM-III-R (1987), p. 103 |
| **inhibiting a disinhibitory behavior** | 7, 8, 10-12 | *Improving any symptom associated with lack of self control of behavior, including, but not limited to, agitation, hyperactivity, distractibility, inattention, impulsivity, disorganization, uncontrolled aggression, self-mutilation, and uncontrolled movements.* | Col. 3, ll. 1-7 |

**U.S. PATENT NO. 6,287,599 (AND U.S. PATENT NO. 6,811,794, IF ALSO APPLICABLE)**

   Plaintiffs propose that terms that are in the claims of both the '794 and '599 patents should be construed consistently with the '599 patent.

| CLAIM TERM- U.S. PATENT NO. 6,287,599 (AND 6,811,794 if also applicable) | CLAIM NUMBER(S) | PLAINTIFFS' PROPOSED CONSTRUCTION | INTRINSIC AND EXTRINSIC EVIDENCE |
|---|---|---|---|
| pharmaceutically active agent that is pH dependent | 1 | *Drug that has a different solubility at different pHs.* | |
| **non-pH dependent sustained release agent** | 1, 2, 4-6, 8, 11-23, 25, 26, and 30 | Substance that, when the claimed composition is formulated, slows release of the active agent (*i.e.*, drug) from the composition over an extended period of time regardless of gastrointestinal pH. | Col. 1, ll. 7, 30<br><br>Remington's Pharmaceutical Sciences Eighteen Edition, 1677 (1990; Mack Publishing Company Easton, PA Alfonson R Gennaro Editor) [GUANHCL04635780-GUANHCL04635782]; Merriam-Webster's Medical Desk Dictionary 790 (1996) [GUANHCL04635767-GUANHCL04635769] |
| **pH dependent agent that increases the rate of release of said pharmaceutically active agent from the tablet at a pH in excess of 5.5** | 1, 2, 4-6, 8, 11-23, 25, 26, and 30 | Substance that, when the claimed composition is formulated, increases the rate of release of the active agent (*i.e.*, drug) from the composition in an environment having a pH above 5.5 over when the composition is either (i) in an environment having a pH of 5.5 or less, or (ii) when the composition is formulated without the pH dependent agent. | Col. 1, ll. 7, 30; Tables 2 and 4 |

| **CLAIM TERM- U.S. PATENT NO. 6,287,599 (AND 6,811,794 if also applicable)** | **CLAIM NUMBER(S)** | **PLAINTIFFS' PROPOSED CONSTRUCTION** | **INTRINSIC AND EXTRINSIC EVIDENCE** |
|---|---|---|---|
| **polymer that swells at a pH in excess of 5.5** | 2, 26 | *A molecule with many units joined to each other through chemical covalent bonds, often in a repeating manner*, which, when the claimed composition is formulated, expands at a pH above 5.5. | Polymer Science Dictionary, 355 (Mark S.M. Alger ed., 1990) [GUANHCL04635777-GUANHCL04635779] |
| **agent that increases the solubility of said pharmaceutically active agent at a pH of greater than 5.5** | 4, 11 | *Substance that*, when the claimed composition is formulated, *increases the amount* of the active agent (*i.e.*, drug) that dissolves in another substance in an environment having a pH above 5.5 over when the composition is either (i) in an environment having a pH of 5.5 or less, or (ii) when the composition is formulated without the agent that increases the amount of the active agent (*i.e.*, drug) that dissolves in another substance. | Col. 1, ll. 17-19, 30; Col. 4, l. 59 – Col. 5, l. 8; Col. 7, ll. 1-8; Col. 8, ll. 1-7; Tables 2 and 4<br><br>Merriam-Webster's Collegiate Dictionary 1119 (10th ed. 1994) [GUANHCL04635770-GUANHCL04635772] |
| organic acid | 11, 12, 14 | *Carbon-containing substance that is an acid.* | |
| agent that maintains an acidic microenvironment in the composition | 13 | *Substance that keeps acidic, over a period of time*, the environment immediately around or in close proximity to the active agent (*i.e.*, drug) inside of the composition. | |
| binding agent | 15-16, 17 | *Substance that aids in the binding of ingredients in a tablet.* | |
| an amount of from about 0.1 wt. % to about 70 wt. % | 18 | *An amount between 0.095 wt. % and 70.5 wt. %.* | |
| an amount of from about 1 wt. % to about 40 wt. %. | 19 | *An amount between 0.95 wt. % and 40.5 wt. %.* | |

- 4 -

| CLAIM TERM- U.S. PATENT NO. 6,287,599 (AND 6,811,794 if also applicable) | CLAIM NUMBER(S) | PLAINTIFFS' PROPOSED CONSTRUCTION | INTRINSIC AND EXTRINSIC EVIDENCE |
|---|---|---|---|
| an amount of from about 5 wt. % to about 50 wt. %. | 20 | *An amount between 4.5 wt. % and 50.5 wt. %.* | |
| an amount of from about 10 wt. % to about 30 wt. %. | 21 | *An amount between 9.95 wt. % and 30.5 wt. %.* | |
| an amount of from about 0.5 wt. % to about 40 wt. %. | 22 | *An amount between 0.45 wt. % and 40.5 wt. %.* | |
| an amount of from about 1 wt. % to about 20 wt. % | 23 | *An amount between 0.95 wt. % and 20.5 wt. %* | |

**U.S. PATENT NO. 6,811,794**

**The following are terms that are in the claims of the '794 patent but that are not in the claims of the '599 patent; Plaintiffs propose that terms that are in the claims of both the '794 and '599 patents should be construed consistently with the '599 patent.**

| CLAIM TERM- U.S. PATENT NO. 6,811,794 | CLAIM NUMBER(S) | PLAINTIFFS' PROPOSED CONSTRUCTION | INTRINSIC AND EXTRINSIC EVIDENCE |
|---|---|---|---|
| an amount effective to treat said attention deficit disorder or attention deficit with hyperactivity disorder in said patient | 3, 4 | *An amount of the composition sufficient to eliminate or reduce one or more symptoms of attention deficit disorder or attention deficit with hyperactivity disorder*, whether during a single application of the amount or repeated applications. | |
| **reducing the likelihood of side effects associated with the administration of guanfacine** | 8, 9 | Reducing the probability of side effects resulting from guanfacine administration. | Merriam-Webster's Collegiate Dictionary 673 (10th ed. 2002) [GUANHCL04635764-GUANHCL04635766]; TENEX label [GUANHCL04635783-GUANHCL04635789] |
| therapeutically effective amount | 8 | *An amount of the composition* effective to improve an undesirable condition. | |

- 6 -

DM_US 31875991-2.085199.0893