# EXHIBIT F

# IMPAX'S CLAIM CONSTRUCTION PROPSALS WITH INTRINSIC AND EXTRINSIC EVIDENCE

## I.  CLAIM CONSTRUCTION PROPOSALS WITH INTRINSIC AND EXTRINSIC EVIDENCE FOR THE '290 PATENT

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| **'290 Patent Claim 1** | |
| 1. A method of **treating a behavioral disinhibition** | *Treating a disorder having prominent symptoms of lack of self-control of behavior, including but not limited to Attention-Deficit Hyperactivity Disorder, Conduct Disorder, Oppositional Defiant Disorder, Tourette's Syndrome, Lesch-Nyhan Syndrome, Post-Traumatic Stress Disorder or dementia,* <u>as distinguished from merely improving a symptom of such a disorder.</u><br><br>Col. 1, ll. 13-18; col. 1, ll. 27-37; col. 1: ll. 43-48; col. 2, l. 66-col. 3, l. 19; col. 3, ll. 39-45.<br><br>Defs.' Opening Br. on Claim Construction at D.I. 93, p. 1 & Ex. 4, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0002959-3008).<br><br>*See generally*, Feb. 3, 2012 Deposition of Amy F.T. Arnsten in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 27, 2012 Deposition of Robert D. Hunt in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); *see e.g.* Hunt Dep. at 136:20-137:17. |
| in a <u>primate</u> | *A type of mammal that includes humans, and all species of prosimians, apes and monkeys of any age.*<br><br>Agreed; Defs.' Opening Br. on Claim Construction at D.I. 93, p. 1 & Ex. 4, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0002959-3008). |
| <u>**without inducing excessive sedation**</u>, comprising | This term is indefinite.<br><br>To the extent the Court finds this limitation can be construed, Defendants believe the only proper construction of this term would be "without inducing as much sedation as clonidine."<br><br>Figs. 2A, 2B, 3A, 3B, & 5C; col. 2, ll. 5-64; col. 3, l. 39 -col. 12, l. 65.<br><br>'290 Patent File History at GUANHCL00009917.<br><br>Pls.' Opening Br. on Claim Construction at D.I. 95, pp.1-2, 12-15, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0003009-3053); Pls. Opening Br. on Claim Construction at D.I. 89, pp. 16-19, *Shire v. Sandoz*, No. 1:11-cv-01110 (D. Col. Feb. 3, 2012) (IMPXGNF0003084-3131); Pls.' Rebuttal Br. on Claim Construction at D.I. 103, pp. 2-5, 7-8, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. May 6, 2011) (IMPXGNF0003054-3083). |

| | **Impax's Proposed Construction and Supporting Evidence** |
|---|---|
| | Hunt, *Clonidine Benefits Children with Attention Deficit Disorder and Hyperactivity:  Report of a Double-Blind Placebo-Crossover Therapeutic Trial*, J. of the Am. Acad. Of Child Psychiatry, 24, (1985)  pp. 617-629 (IMPXGNF0002629-2641). <br><br> *See generally*, Feb. 3, 2012 Deposition of Amy F.T. Arnsten in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 27, 2012 Deposition of Robert D. Hunt in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); *see e.g.* Hunt Dep. at 92:22-104:3. |
| administering to the primate **a behavior inhibiting dose of guanfacine**, wherein the dose ranges between <u>0.01</u> mg/kg of body weight and <u>0.86</u> mg/kg of body weight. | An amount of guanfacine, which improves self-control of behavior, that is between 0.01 mg/kg of body weight and 0.86 mg/kg of body weight of the primate. <br><br> Defs.' Opening Br. on Claim Construction at D.I. 93, p. 1 & Ex. 4, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0002959-3008); Pls. Opening Br. on Claim Construction at D.I. 89, pp. 23, 20-21 *Shire v. Sandoz*, No. 1:11-cv-01110 (D. Col. Feb. 3, 2012) (IMPXGNF0003009-3053). |
| **'290 Patent Claim 2** | |
| 2. The method of claim 1, comprising the additional step of **readministering the dose at an interval required to obtain** | *Administering an amount of guanfacine multiple times* as necessary to obtain <br><br> Pls.' Proposed Claim Constructions, *Shire v. Sandoz*, No. 1:11-cv-01110 (D. Col. Nov. 7, 2011) (IMPXGNF0003084-3131); <u>Webster's Third New Int'l Dictionary</u>, G & C Merriam Co. (1981), p. 1890 (IMPXGNF0003154-3156); Pls.' Opening Br. on Claim Construction at D.I. 95, pp.1-2, 15-18, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011); (IMPXGNF0003009-3053); Pls.' Rebuttal Br. on Claim Construction at D.I. 103, pp. 5-8, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. May 6, 2011) (IMPXGNF0003054-3083). <br><br> Kugler, *Differences in Psychic Performance with Guanfacine and Clonidine in Normotensive Subjects*, Br. J. Clin. Pharmac. (1980), pp. 71S-80S (IMPXGNF0002653–2662). <br><br> *See generally*, Feb. 3, 2012 Deposition of Amy F.T. Arnsten in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 27, 2012 Deposition of Robert D. Hunt in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.). |
| **a desired level and duration** | The term "desired level and duration" is indefinite. <br><br> Figs. 2A, 2B, 3A, 3B, 5, 5A, 5B, 5C, & 5D; col. 2, ll. 2-4; col. 2, ll. 5-64; col. 4, ll. 15-24; col. 4, l. 30-col. 12, l. 65; <br><br> Pls.' Opening Br. on Claim Construction at D.I. 95, pp.1-2, 15-18, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, |

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| | 2011) (IMPXGNF0003009-3053);  Pls. Opening Br. on Claim Construction at D.I. 89, pp. 19-21, *Shire v. Sandoz*, No. 1:11-cv-01110 (D. Col. Feb. 3, 2012) (IMPXGNF0003084-3131).<br><br>Hunt, et al, *The Use of Guanfacine in the Treatment of Children with ADHD*, Poster No. 27, NCDEU, May 31 – June 3, 1994 (IMPXGNF0002674-2678);  Hunt, et al, *The Use of Guanfacine in the Treatment of Children with Attention Deficit Hyperactivity Disorder (ADHD)*, Psychopharmacology Bulletin, Vol. 30, No. 4, p. 680 (IMPXGNF0002619).<br><br>Webster's College Dictionary, Random House (1997), p. 357 (IMPXGNF0003145-3148);  Cambridge Dictionaries Online, accessed at http://dictionary.cambridge.org/dictionary/american-english/desire_1?q=desire (IMPXGNF0003144).<br><br>*See generally*, Feb. 3, 2012 Deposition of Amy F.T. Arnsten in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 27, 2012 Deposition of Robert D. Hunt in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.). |
| **of behavioral inhibition**. | of *improvement of self-control of behavior*.<br><br>Pls.' Opening Br. on Claim Construction at D.I. 95, pp.1-2, 15-18, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0003009-3053); Pls. Opening Br. on Claim Construction at D.I. 89, pp. 19-21, *Shire v. Sandoz*, No. 1:11-cv-01110 (D. Col. Feb. 3, 2012) (IMPXGNF0003084-3131).<br><br>*See generally*, Feb. 3, 2012 Deposition of Amy F.T. Arnsten in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 27, 2012 Deposition of Robert D. Hunt in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.). |
| **'290 Patent Claim 4** | |
| 4. The method of claim 1, wherein the primate is a human. | |
| **'290 Patent Claim 5** | |
| 5. The method of claim 4, wherein the dose ranges between about 0.03 mg/kg of body weight and about 0.25 mg/kg of body weight. | *Between 0.025 mg/kg of body weight and 0.255 mg/kg of body weight of the human.*<br><br>*See generally*, Feb. 3, 2012 Deposition of Amy F.T. Arnsten in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 27, 2012 Deposition of Robert D. Hunt in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.). |

|  | **Impax's Proposed Construction and Supporting Evidence** |
|---|---|
| **'290 Patent Claim 6** | |
| 6. The method of claim 1, wherein the behavioral disinhibition is one of Attention-Deficit Hyperactivity Disorder, Conduct Disorder, Oppositional-Defiant Disorder, Tourette's Syndrome, Lesch-Nyhan Syndrome, Post-Traumatic Stress Disorder and <u>dementia</u>. | A disorder, including Alzheimer's disease, characterized by a loss of cognitive function.<br><br><u>Remington's Pharmaceutical Sciences</u>, 18th Ed., Mack Publishing Co. (1990), p. 677 (IMPXGNF0003135-313*8);* Dorland's Illustrated Medical Dictionary, 28th Ed., W.B. Saunders Company (1994), p. 439 (IMPXGNF0003132-3134); U.S. National Library of Medicine, A.D.A.M. Medical Encyclopedia accessed at http://www.ncbi.nlm.nih.gov/pubmedhealth/PMH0001748/ (page last updated Sept. 26, 2011) (IMPXGNF0003139-3143). |
| **'290 Patent Claim 7** | |
| 7. A method of **inhibiting a disinhibitory behavior** in a primate | *Improving any symptom associated with lack of self-control of behavior, including but not limited to agitation, hyperactivity, distractibility, inattention, impulsivity, disorganization, uncontrolled aggression, self-mutilation, and uncontrolled movements*, <u>as distinguished from treating the underlying disorder.</u><br><br>Col. 1, ll. 13-18; col. 1, ll. 27-37; col. 1: ll. 43-48; col. 2, l. 66-col. 3, l. 19; col. 3, ll. 39-45.<br><br>Defs.' Opening Br. on Claim Construction at D.I. 93, p. 1 & Ex. 4, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0002959-3008); Pls. Opening Br. on Claim Construction at D.I. 89, pp. 21-22, 20-21, *Shire v. Sandoz*, No. 1:11-cv-01110 (D. Col. Feb. 3, 2012) (IMPXGNF0003084-3131).<br><br>*See generally*, Feb. 3, 2012 Deposition of Amy F.T. Arnsten in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 27, 2012 Deposition of Robert D. Hunt in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); *see e.g.*. Hunt Dep. at 136:20-137:17. |
| <u>without inducing</u> <u>excessive sedation</u>, comprising:      administering to the primate <u>a behavior inhibiting dose</u> of guanfacine, wherein the dose ranges between <u>0.01 mg/kg of body weight and</u> | *See above.* |

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| 0.86 mg/kg of body weight. | |
| **'290 Patent Claim 8** | |
| 8. The method of claim 7, comprising the additional step of <u>readministering the dose at an interval required to obtain a desired level and duration of behavioral inhibition</u>. | *See above.* |
| **'290 Patent Claim 10** | |
| 10. The method of claim 7, wherein the primate is a human. | |
| **'290 Patent Claim 11** | |
| 11. The method of claim 10, wherein the dose ranges between <u>about</u> <u>0.03</u> mg/kg of body weight and <u>about</u> <u>0.25</u> mg/kg of body weight. | *See above.* |
| **'290 Patent Claim 12** | |
| 12. The method of claim 7, wherein the behavior is one of hyperactivity, agitation, impulsivity, aggression, inattention, distractibility, disorganization, uncontrolled movements, and self-mutilation. | |

## II. CLAIM CONSTRUCTION PROPOSALS WITH INTRINSIC AND EXTRINSIC EVIDENCE FOR THE '599 PATENT

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| **'599 Patent Claim 1** | |
| 1. A pharmaceutical composition, comprising: | |
| (a) at least one pharmaceutically <u>active agent that is pH dependent</u>: | *Drug that has a different solubility at different pHs.*<br><br>Agreed; Col. 1, ll. 19-30;<br><br>Defs.' Opening Br. on Claim Construction at D.I. 93, p. 1 & Ex. 4, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0002959-3008). |
| (b) at least one **non-pH dependent sustained release agent**; and | Substance that slows the rate of release of the drug from the composition regardless of the pH of the surrounding media, <u>which specifically includes but is not necessarily limited to ethylcellulose, cellulose acetate, vinyl acetate/vinyl chloride copolymers, acrylate/methacrylate copolymers, polyethylene oxide, hydroxypropyl methylcellulose, carrageenan, alginic acid and salts thereof, hydroxyethyl cellulose, hydroxypropyl cellulose, karaya gum, acacia gum, tragacanth gum, locust bean gum, guar gum, sodium carboxymethyl cellulose, methyl cellulose, beeswax, carnauba wax, cetyl alcohol, hydrogenated vegetable oils, and stearyl alcohol</u>**.**<br><br>Col 1, l. 58 – Col. 2, l. 1;<br><br>Pls.' Opening Br. on Claim Construction at D.I. 95, pp.2-7, 18-21, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011)(IMPXGNF0003009-3053); Pls.' Rebuttal Br. on Claim Construction at D.I. 103, pp. 9-15, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. May 6, 2011) (IMPXGNF0003054-3083).<br><br>*See generally,* Nov. 14, 2011 Deposition of Richard Ron-Kung Chang in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 10, 2012 Deposition of Xiaodi Guo in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Nov. 17, 2011 Deposition of Beth Anne Burnside in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); *see e.g.* Chang Dep. at 127:19-165:1; 255:2-268:14; Guo Dep. at 272:22-280:18. |

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| (c) at least one **pH dependent agent that increases the rate of release of said at least one pharmaceutically active agent from the tablet at a pH in excess of 5.5**. | Indefinite.<br><br>Col 1, ll. 10-13; col. 1, ll. 35-39; col.  2, ll. 8-18; Table 2; Table 4.<br><br>Pls.' Opening Br. on Claim Construction at D.I. 95, pp.2-7, 21-27, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0003009-3053); Pls. Opening Br. on Claim Construction at D.I. 89, pp. 25-31, *Shire v. Sandoz*, No. 1:11-cv-01110 (D. Col. Feb. 3, 2012) (IMPXGNF0003084-3131); Pls.' Rebuttal Br. on Claim Construction at D.I. 103, pp. 15-18, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. May 6, 2011) (IMPXGNF0003054-3083).<br><br>U.S. Patent No. 6,235,351, col. 11, ll. 33-63, Example 9, col. 13, ll. 24-65, Experimental Examples 2 and 3, Fig. 2, Fig. 3 (IMPXGNF0002853-2865);  U.S. Patent No. 4,968,508, col. 7, ll. 23-36, Examples 1-14 (IMPXGNF0002885–2897); Gabr, p. 200-202, Table 3, Fig. 2 (IMPXGNF0002584–2589);  Goracinova, p. 26-28, Figs. 4-7 (IMPXGNF0002601-2606); U.S. Patent No. 6,303,607, Table 4, Examples 1, 2A-2C (IMPXGNF0002799, IMPXGNF0002802); WO 99/66904, p. 1, ll. 7-13, p. 2, ll. 1-8, p. 2, ll. 27-28, p. 3, l. 3-p. 13, l. 11, Example 1, Example 2, p. 8, ll. 1-30, p. 15, l. 15-p. 16, l. 11 (IMPAXGNF0002935-2958); U.S. Patent No. 6,303,607, Abstract, col. 2, ll. 45-52, col. 4, ll. 1-67, col. 5, l. 19-col. 6, l. 4, Example 2 (IMPXGNF0002794-2806); Streubel, *pH-independent Release of a Weakly Basic Drug from Water-insoluble and –soluble Matrix Tablets*, J. of Controlled Release 67 (2000), 101-110, p. 101 (IMPXGNF0002397-2406).<br><br>EP01998126.5, EPO First Office Action, dated June 6, 2008, pp. 1-4 (IMPXGNF0003157-3160); EP01998126.5, Response to EPO First Office Action, dated December 22, 2008, pp. 1-22 (IMPXGNF0003161-3182); *see also* EP01998126.5 File History (IMPXGNF0003183-3393).<br><br>*See generally,* Nov. 14, 2011 Deposition of Richard Ron-Kung Chang in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 10, 2012 Deposition of Xiaodi Guo in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Nov. 17, 2011 Deposition of Beth Anne Burnside in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); *see e.g.* Burnside Dep. at 136:20-137:17; Chang Dep. at 93:10-95:8, 103:11-107:10, 127:19-165:1, 255:2-268:14; Guo Dep at 110:18-146:9, 209:9-210:10, 254:9-265:11, 272:22-280:18. |

| | **Impax's Proposed Construction and Supporting Evidence** |
|---|---|
| **'599 Patent Claim 2** | |
| 2. The composition of claim 1 wherein said at least one pH dependent agent is at least one **polymer that swells at a pH in excess of 5.5**. | *A molecule with many units joined to each other through chemical covalent bonds, often in a repeating manner,* which expands in surrounding media having a pH above 5.5, which specifically includes but is not necessarily limited to, an acrylic acid copolymer, sodium alginate, carrageenan, alginic acid, pectin, and sodium carboxymethyl cellulose**.**<br><br>Col. 2, ll. 19-22;<br><br>Polymer Science Dictionary, Mark S.M. Alger ed., (1993), p. 355 (IMPXGNF0003151-3153).<br><br>Pls.' Opening Br. on Claim Construction at D.I. 95, pp. 2-7, 28-29, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0003009-3053); Pls. Opening Br. on Claim Construction at D.I. 89, pp. 31-32, *Shire v. Sandoz*, No. 1:11-cv-01110 (D. Col. Feb. 3, 2012) (IMPXGNF0003084-3131); Pls.' Rebuttal Br. on Claim Construction at D.I. 103, p. 18, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. May 6, 2011) (IMPXGNF3054-3083).<br><br>*See generally,* Nov. 14, 2011 Deposition of Richard Ron-Kung Chang in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 10, 2012 Deposition of Xiaodi Guo in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Nov. 17, 2011 Deposition of Beth Anne Burnside in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); *see e.g.* Chang Dep. at 95:10-98:5. |
| **'599 Patent Claim 4** | |
| 4. The composition of claim 1 wherein said at least one pH dependent agent | *See above.* |
| is at least one **agent that increases the solubility of said at least one pharmaceutically active agent at a pH of greater than 5.5**. | *A substance that increases the amount of the drug that will dissolve when the surrounding media has a pH above 5.5,* which specifically includes but is not necessarily limited to, citric acid, fumaric acid, tartaric acid, adipic acid, glucono delta-lactone, and malic acid**.**<br><br>Col. 1, ll. 11-30; col. 1, ll. 35-39; col. 2, ll. 12-15; col. 2, ll. 28-34; Table 2, Table 4.<br><br>Pls.' Opening Br. on Claim Construction at D.I. 95, pp. 2-7, 31-32, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0003009-3053); Pls. Opening Br. on Claim Construction at D.I. 89, pp. 32-34, *Shire v. Sandoz*, No. 1:11-cv-01110 (D. Col. Feb. 3, 2012) (IMPXGNF0003084-3131); Pls.' Rebuttal Br. on Claim Construction at D.I. 103, |

| | **Impax's Proposed Construction and Supporting Evidence** |
|---|---|
| | pp. 20-21, 9-15, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. May 6, 2011) (IMPXGNF0003054-3083).<br><br>U.S. Patent No. 6,235,351, col. 11, ll. 33-63, Example 9, col. 13, ll. 24-65, Experimental Examples 2 and 3, Fig. 2, Fig. 3 (IMPXGNF0002853-2865); U.S. Patent No. 4,968,508, col. 7, ll. 23-36, Examples 1-14 (IMPXGNF0002885–2897); Gabr, p. 200-202, Table 3, Fig. 2 (IMPXGNF0002584–2589); Goracinova, p. 26-28, Figs. 4-7 (IMPXGNF0002601-2606); U.S. Patent No. 6,303,607, Table 4, Examples 1, 2A-2C (IMPXGNF0002799, IMPXGNF0002802); WO 99/66904, p. 1, ll. 7-13, p. 2, ll. 1-8, p. 2, ll. 27-28, p. 3, l. 3-p. 13, l. 11, Example 1, Example 2, p. 15, l. 15-p. 16, l. 11 (IMPAXGNF0002935-958); U.S. Patent No. 6,303,607, Abstract, col. 2, ll. 45-52, col. 4, ll. 1-67, col. 5, l. 19-col. 6, l. 4, Example 2 (IMPXGNF0002794-2806); Streubel, *pH-independent Release of a Weakly Basic Drug from Water-insoluble and –soluble Matrix Tablets*, J. of Controlled Release 67 (2000), 101-110, p. 101 (IMPXGNF0002397-2406).<br><br>EP01998126.5, EPO First Office Action, dated June 6, 2008, pp. 1-4 (IMPXGNF0003157-3160); EP01998126.5, Response to EPO First Office Action, dated December 22, 2008, pp. 1-22 (IMPXGNF0003161-3182); *see also* EP01998126.5 File History (IMPXGNF0003183-3393).<br><br>*See generally,* Nov. 14, 2011 Deposition of Richard Ron-Kung Chang in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 10, 2012 Deposition of Xiaodi Guo in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Nov. 17, 2011 Deposition of Beth Anne Burnside in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); *see e.g.* Chang Dep. at 101:3-103:8; Guo Dep. at 213:15-216:2. |
| **'599 Patent Claim 5** | |
| 5. The composition of claim 1 wherein said at least one pharmaceutically <u>active agent</u> is selected from the group consisting of guanfacine hydrochloride, anagrelide, guanethidine monosulfate, quanadrel sulfate, resirpine, propanolol, metoprolol, atenolol, timolol, erythromycin, clonidine, chlorpheniramine, bromopheniramine, | *See above.* |

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| diltiazem, and scopolamine. | |
| **'599 Patent Claim 6** | |
| 6. The composition of claim 5 wherein said at least one pharmaceutically active agent guanfacine hydrochloride. | |
| **'599 Patent Claim 8** | |
| 8. The composition of claim 1 wherein said <u>non-pH-dependent sustained release agent</u> is selected from the group consisting of ethylcellulose, cellulose acetate, vinyl acetate/vinyl chloride copolymers, acrylate/methacrylate copolymers, polyethylene oxide, hydroxypropyl methylcellulose, Carrageen an, alginic acid and salts thereof, hydroxyethyl cellulose, hydroxypropyl cellulose, karaya gum, acacia gum, trgacanth gum, locust bean gum, guar gum, sodium carboxymethyl cellulose, | *See above.* |

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| methyl cellulose, beeswax, carnauba wax, cetyl alcohol, hydrogenated vegetable oils, and stearyl alcohol. | |
| **'599 Patent Claim 11** | |
| 11. The composition of claim 4 wherein said at least one <u>agent that increase the solubility of said at least one pharmaceutically active agent at a pH greater than 5.5</u> | *See above.* |
| is at least one <u>organic acid.</u> | *A carbon-containing substance that is an acid.*<br><br>Agreed*; Col. 2, ll. 30-34.* |
| **'599 Patent Claim 12** | |
| 12. The composition of claim 11 wherein said at least one <u>organic acid</u> is selected from the group consisting of citric acid, fumaric acid, tartaric acid, adipic acid, glucono deltalactone, and malic acid. | *See above.* |
| **'599 Patent Claim 13** | |
| 13. The composition of claim wherein | |

| | **Impax's Proposed Construction and Supporting Evidence** |
|---|---|
| said <u>pH-dependent agent that increase the rate of release of the at least one pharmaceutically active agent from the tablet at a pH in excess of 5.5</u> | *See above.* |
| is an <u>agent that</u> <u>maintains an acidic microenvironment in the composition</u>. | *Substance that keeps acidic, over a period of time*, a region immediately around or in close proximity to the drug, <u>which specifically includes but is not necessarily limited to, citric acid, fumaric acid, tartaric acid, adipic acid, glucono delta-lactone, and malic acid</u>.<br><br>Col. 1, ll. 35-39; col. 2, ll. 12-15; col. 2, ll. 28-34;<br><br>Pls.' Opening Br. on Claim Construction at D.I. 95, pp.2-7, 33-34, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0003009-3053): Pls. Opening Br. on Claim Construction at D.I. 89, pp. 34-36, *Shire v. Sandoz*, No. 1:11-cv-01110 (D. Col. Feb. 3, 2012) (IMPXGNF0003084-3131); Pls.' Rebuttal Br. on Claim Construction at D.I. 103, pp. 21-23, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. May 6, 2011) (IMPXGNF0003054-3083).<br><br>Longman Dictionary of Contemporary English, accessed at http://www.ldoceonline.com/dictionary/maintain (IMPXGNF0003149-3150); Webster's College Dictionary, Random House (1997), p. 792 (IMPXGNF0003145-3148); WO 99/66904, p. 1, ll. 6-13, p. 2, ll. 1-8, p. 4, ll. 1-15, p. 5, l. 1-p. 7, l. 30, p. 8, ll. 7-8,  p. 10, l.7-p. 11, l. 3, p. 15, l. 15-p. 16, l. 11 (IMPAXGNF0002935-2958).<br><br>EP01998126.5, EPO First Office Action, dated June 6, 2008, pp. 1-4 (IMPXGNF0003157-3160); EP01998126.5, Response to EPO First Office Action, dated December 22, 2008, pp. 1-22 (IMPXGNF0003161-3182); *see also* EP01998126.5 File History (IMPXGNF0003183-3393).<br><br>*See generally,* Nov. 14, 2011 Deposition of Richard Ron-Kung Chang in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 10, 2012 Deposition of Xiaodi Guo in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Nov. 17, 2011 Deposition of Beth Anne Burnside in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); *see e.g.* Chang Dep. at 127:19-165:1. |

|  | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| **'599 Patent Claim 14** | |
| 14. The composition of claim 12 wherein said <u>organic acid</u> is fumaric acid. | *See above.* |
| **'599 Patent Claim 15** | |
| 15. The composition of claim 1 and further comprising a <u>binding agent</u>. | *Substance that aids in the binding of ingredients in a tablet,* <u>which specifically includes but is not necessarily limited to polyvinyl pyrrollidone, starch, methylcellulose, hydroxypropyl methylcellulose, carboxymethyl cellulose, sucrose solution, dextrose solution, acacia, tragacanth, and locust bean gum</u>**.** <br><br> Col. 3, ll. 7-14. <br><br> *See generally,* Nov. 14, 2011 Deposition of Richard Ron-Kung Chang in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 10, 2012 Deposition of Xiaodi Guo in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Nov. 17, 2011 Deposition of Beth Anne Burnside in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.). |
| **'599 Patent Claim 16** | |
| 16. The composition of claim 15 wherein said <u>binding agent</u> is selected from the group consisting of polyvinyl pyrrolidone, starch, methylcelluose, hydroxypropyl methylcelluose, carboxymethyl cellulose, sucrose solution, dextrose solution, acacia, tragacanth,and locust bean gum. | *See above.* |

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| **'599 Patent Claim 17** | |
| 17. The composition of claim 16 wherein said <u>binder</u> is hydroxypropyl methylcellulose. | *See* "binding agent" *above.* |
| **'599 Patent Claim 18** | |
| 18. The composition of claim 1 wherein said <u>pharmaceutically active agent</u> | *See above.* |
| is present in the composition in <u>an amount of from about 0.1 wt. % to about 70 wt. %</u>. | *An amount between 0.095 wt. % and 70.5 wt. %.* |
| **'599 Patent Claim 19** | |
| 19. The composition of claim 18 wherein said <u>pharmaceutically active agent</u> | *See above.* |
| is present in the composition in <u>an amount of from about 1 wt. % to about 40 wt. %</u>. | *An amount between 0.95 wt. % and 40.5 wt. %.* |
| **'599 Patent Claim 20** | |
| 20. The composition of claim 1 wherein said <u>non-pH-dependent sustained release agent</u> | *See above.* |
| is present in the composition in <u>an amount of from about 5 wt. % to about 50 wt. %</u>. | *An amount between 4.5 wt. % and 50.5 wt. %.* |

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| **'599 Patent Claim 21** | |
| 21. The composition of claim 20 wherein said <u>non-pH-dependent sustained release agent</u> | *See above.* |
| is present in the composition in <u>an amount of from about 10 wt. % to about 30 wt. %</u>. | *An amount between 9.95 wt. % and 30.5 wt. %.* |
| **'599 Patent Claim 22** | |
| 22. The composition of claim 1 wherein said at least one <u>pH-dependent agent</u> | *See above.* |
| is present in the composition in <u>an amount of from about 0.5 wt. % to about 40 wt. %</u>. | *An amount between 0.45 wt. % and 40.5 wt. %.* |
| **'599 Patent Claim 23** | |
| 23. The composition of claim 22 wherein said at least one <u>pH-dependent agent</u> | *See above.* |
| is present in the composition in <u>an amount of from about 1 wt. % to about 20 wt. %</u>. | *An amount between 0.95 wt. % and 20.5 wt. %.* |
| **'599 Patent Claim 25** | |
| 25. The composition of claim 8 wherein said <u>non-pH-dependent sustained release agent</u> is hydroxypropyl methylcellulose. | *See above.* |

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| **'599 Patent Claim 30** | |
| 30. The composition of claim 1 wherein said composition is in the form of a tablet. | |

### III.   CLAIM CONSTRUCTION PROPOSALS WITH INTRINSIC AND EXTRINSIC EVIDENCE FOR THE '794 PATENT

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| **'794 Patent Claim 3** | |
| 3. A method for treating an attention deficit disorder or attention deficit with hyperactivity disorder in a patient comprising administering to said patient a composition comprising | |
| (a) at least one <u>pharmaceutically active agent that is pH dependent</u>, said pharmaceutically active agent being quanfacine or quanfacine hydrochloride; | *See above.* |
| (b) at least one <u>non-pH dependent sustained release agent</u> selected from the group consisting of ethylcellulose, cellulose acetate, vinyl acetate/vinyl chloride copolymers, acrylate/methacrylate copolymers, polvethylene oxide, hydroxynropyl methylcellulose, carageenan, alginic acid and salts thereof, hydroxyethyl cellulose, hydroxypropyl cellulose, karaya gum, acacia gum, tragacanth gum, locust bean | *See above.* |

| | **Impax's Proposed Construction and Supporting Evidence** |
|---|---|
| gum, guar gum, sodium carboxymethyl cellulose, methyl cellulose, beeswax, carnauba wax, cetyl alcohol, hydrogenated vegetable oils, and stearyl alcohol; and | |
| (c) at least one <u>pH dependent agent that increases the rate of release of said at least one pharmaceutically active agent from a tablet dosage form at a pH in excess of 5.5</u>; | *See above.* |
| which is given in <u>an amount effective to treat said attention deficit disorder or attention deficit with hyperactivity disorder in said patient</u>. | *An amount of the composition sufficient to eliminate or reduce one or more symptoms of attention deficit disorder or attention deficit with hyperactivity disorder.*<br><br>Col. 3, ll. 40-47.<br><br>*See generally*, Feb. 3, 2012 Deposition of Amy F.T. Arnsten in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 27, 2012 Deposition of Robert D. Hunt in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Nov. 14, 2011 Deposition of Richard Ron-Kung Chang in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 10, 2012 Deposition of Xiaodi Guo in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Nov. 17, 2011 Deposition of Beth Anne Burnside in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.). |
| **'794 Patent Claim 4** | |
| 4. The method of claim 3, wherein said at least one pH-dependent agent is at least one polymer that <u>swells at a pH in excess of 5.5</u>. | *See above.* |
| **'794 Patent Claim 8** | |
| 8. A method of **reducing the likelihood of side effects** associated with the administration of guanfacine, | This phrase in the preamble should be construed as a statement of intended purpose that describes the result of performing the claim limitations and not as a substantive limitation of the claim.<br><br>If the Court were to determine that this phrase is a substantive limitation of the claim, this term would be indefinite. |

|  | **Impax's Proposed Construction and Supporting Evidence** |
|---|---|
| comprising | Col. 3, l. 40 – col. 4, l. 39; col. 7, ll. 5-42; col. 9, l. 35 – col. 14, l. 40.<br><br>Pls.' Opening Br. on Claim Construction at D.I. 95, pp.2-7, 34-37, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. Apr. 15, 2011) (IMPXGNF0003009-3053); Pls. Opening Br. on Claim Construction at D.I. 89, pp. 36-38, *Shire v. Sandoz*, No. 1:11-cv-01110 (D. Col. Feb. 3, 2012) (IMPXGNF0003084-3131); Pls.' Rebuttal Br. on Claim Construction at D.I. 103, pp. 23-24, *Shire v. Teva*, No. 1:10-cv-00329 (D. Del. May 6, 2011) (IMPXGNF0003054-3083).<br><br>EP01998126.5, EPO First Office Action, dated June 6, 2008, pp. 1-4 (IMPXGNF0003157-3160); EP01998126.5, Response to EPO First Office Action, dated December 22, 2008, pp. 1-22 (IMPXGNF0003161-3182); *see also* EP01998126.5 File History (IMPXGNF0003183-3393).<br><br>*See generally,* Nov. 14, 2011 Deposition of Richard Ron-Kung Chang in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 10, 2012 Deposition of Xiaodi Guo in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Nov. 17, 2011 Deposition of Beth Anne Burnside in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); *see e.g.* Guo Dep. at 222:9-225:15. |
| administering to a patient a therapeutically effective amount of a the position comprising | *An amount of the composition* sufficient to eliminate or reduce one or more symptoms of one or more diseases.<br><br>Col. 3, ll. 40-47.<br><br>*See generally,* Nov. 14, 2011 Deposition of Richard Ron-Kung Chang in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Jan. 10, 2012 Deposition of Xiaodi Guo in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.); Nov. 17, 2011 Deposition of Beth Anne Burnside in *Shire v. Teva*, No. 1:10-cv-00329 (D. Del.). |
| (a) at least one pharmaceutically active agent that is pH dependent, said pharmaceutically active agent being guanfacine or guanfacine hydrochloride; | *See above.* |
| (b) at least one non-pH dependent sustained release agent selected from the group consisting of ethylcellulose, | *See above.* |

| | Impax's Proposed Construction and Supporting Evidence |
|---|---|
| celluipse acetate, vinyl acetate/vinyl chloride copolymers, acrylate/methacrylate copolymers, polyethylene oxide, hydroxynropyl methylcellulose, carageen an, glainic acid and salts thereof, hydroxyethyl cellulose, hydroxypropyl cellulose, karaya gum, acacia gum, tragacanth gum, locust bean gum, guar gum, sodium carboxymethyl cellulose, methyl cellulose, beeswax, carnauba wax, cetyl alcohol, hydrogenated vegetable oils, and stearyl alcohol; and | |
| (c) at least one <u>pH dependent agent that increases the rate of release of said at least one pharmaceutically active agent from a tablet dosage form at a pH in excess of 5.5</u>. | *See above.* |
| **'794 Patent Claim 9** | |
| 9. The method of clalm [sic] 8, wherein said at least one <u>pH-dependent gent</u> is at least one polymer that <u>swells at a pH In excess of 5.5</u>. | *See above.* |