## I. WATSON'S CLAIM CONSTRUCTION PROPOSALS FOR THE '290 PATENT

Claim terms that are underlined and in bold are the 10 most significant.
Text in italics indicates claim construction language that is the same in two or more of the parties' constructions.
Underlined text highlights some of differences between constructions.

| '290 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| **'290 Patent Claim 1** | | |
| 1. A method of **treating a behavioral disinhibition** | *Treating a disorder having prominent symptoms of lack of self-control of behavior, including but not limited to Attention-Deficit Hyperactivity Disorder, Conduct Disorder, Oppositional Defiant Disorder, Tourette's Syndrome, Lesch-Nyhan Syndrome, Post-Traumatic Stress Disorder or dementia,* as distinguished from merely improving a symptom of such a disorder. | Dorland's Illustrated Medical Dictionary, 27th Ed., W.B. Saunders Company (1988), pages 1746-1747.<br><br>Col. 3, ll. 1-7. |
| in a primate | *A type of mammal that includes humans, and all species of prosimians, apes and monkeys of any age.* | n/a |
| **without inducing excessive sedation**, comprising | This term is indefinite.<br><br>To the extent the Court finds this limitation can be construed, Defendants believe the only proper construction of this term would be "without inducing as much sedation as clonidine." | Col. 2, ll. 14-16; Col. 2, ll. 5-58; Col. 3, l. 52 to Col. 4, l. 28; Col. 8, ll. 1-6; Col. 8, ll. 45-57; Col. 9 ll. 27-28; Examples 1, 2, 3, & 4; Figure 2.<br><br>'290 Prosec. Hist., Resp. to Office Action dated Sept. 2, 1997 at 3. |

| '290 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| administering to the primate **a behavior inhibiting dose of guanfacine**, wherein the dose ranges between 0.01 mg/kg of body weight and 0.86 mg/kg of body weight. | An amount of guanfacine, which improves self-control of behavior, that is between 0.01 mg/kg of body weight and 0.86 mg/kg of body weight of the primate. | n/a |
| **'290 Patent Claim 2** | | |
| 2. The method of claim 1, comprising the additional step of **readministering the dose at an interval required to obtain a desired level and duration of behavioral inhibition**. | *Administering an amount of guanfacine multiple times to obtain improvement of self-control of behavior over a longer period of time than would be achieved with a single administration.* | Col. 5, ll. 52-67; Col. 6, l. 64 – Col. 7, l. 10. |
| **'290 Patent Claim 4** | | |
| 4. The method of claim 1, wherein the primate is a human. | | |
| **'290 Patent Claim 5** | | |
| 5. The method of claim 4, wherein the dose ranges between about 0.03 mg/kg of body weight and about 0.25 mg/kg of body weight. | *Between 0.025 mg/kg of body weight and 0.255 mg/kg of body weight of the human.* | n/a |
| **'290 Patent Claim 6** | | |
| 6. The method of claim 1, wherein the behavioral disinhibition is one of Attention-Deficit Hyperactivity Disorder, Conduct Disorder, Oppositional-Defiant Disorder, Tourette's Syndrome, Lesch-Nyhan Syndrome, Post-Traumatic Stress Disorder and dementia. | A disorder, including Alzheimer's disease, characterized by a loss of cognitive function. | Dorland's Illustrated Medical Dictionary, 28th Ed., W.B. Saunders Company (1994), page 439.<br><br>U.S. National Library of Medicine, A.D.A.M. Medical Encyclopedia, Dementia; accessed at http://www.ncbi.nlm.nih.gov/pubmedhealth/PMH0001748/ . |

| '290 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| **'290 Patent Claim 7** | | |
| 7. A method of **inhibiting a disinhibitory behavior** in a primate | *Improving any symptom associated with lack of self-control of behavior, including but not limited to agitation, hyperactivity, distractibility, inattention, impulsivity, disorganization, uncontrolled aggression, self-mutilation, and uncontrolled movements, as distinguished from treating the underlying disorder.* | Dorland's Illustrated Medical Dictionary, 27th Ed., W.B. Saunders Company (1988), page 838.<br><br>Col. 3, ll. 7-11. |
| without inducing excessive sedation, comprising: administering to the primate a behavior inhibiting dose of guanfacine, wherein the dose ranges between 0.01 mg/kg of body weight and 0.86 mg/kg of body weight. | *See above.* | |
| **'290 Patent Claim 8** | | |
| 8. The method of claim 7, comprising the additional step of readministering the dose at an interval required to obtain a desired level and duration of behavioral inhibition. | *See above.* | |
| **'290 Patent Claim 10** | | |
| 10. The method of claim 7, wherein the primate is a human. | | |
| **'290 Patent Claim 11** | | |
| 11. The method of claim 10, wherein the dose ranges between about 0.03 mg/kg of body weight and about 0.25 mg/kg of body weight. | *See above.* | |

| '290 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| **'290 Patent Claim 12** | | |
| 12. The method of claim 7, wherein the behavior is one of hyperactivity, agitation, impulsivity, aggression, inattention, distractibility, disorganization, uncontrolled movements, and self-mutilation. | | |

## II. WATSON'S CLAIM CONSTRUCTION PROPOSALS FOR THE '599 PATENT

| '599 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| **'599 Patent Claim 1** | | |
| 1. A pharmaceutical composition, comprising: | | |
| (a) at least one pharmaceutically active agent that is pH dependent: | *Drug that has a different solubility at different pHs.* | Col. 1, ll. 8-10; Col. 1, ll. 14-30; Col. 1, ll. 40-43. |
| (b) at least one **non-pH dependent sustained release agent**; and | Substance, which does not function as a pH dependent agent in the formulation, that slows the rate of release of the drug from the composition regardless of the pH of the surrounding media.<br><br>Watson does not object to Impax's proposal to include a non-exclusive list. | Col. 1, ll. 14-19; Col. 1, l. 58 – Col. 2, l. 7. |
| (c) at least one **pH dependent agent that increases the rate of release of said at least one pharmaceutically active agent from the tablet at a pH in excess of 5.5**. | Substance, which does not function as a non-pH dependent agent in the formulation, that increases the rate of release of the drug from the composition in surrounding media having a pH above 5.5. | Col. 1, ll. 14-19; Col. 2, ll. 8-34. |
| **'599 Patent Claim 2** | | |
| 2. The composition of claim 1 wherein said at least one pH dependent agent is at least one **polymer that swells at a pH in excess of 5.5**. | *A molecule with many units joined to each other through chemical covalent bonds, often in a repeating manner*, which expands in surrounding media having a pH above 5.5.<br><br>Watson does not object to Impax's proposal to include a non-exclusive list. | Col. 1, ll. 14-19; Col. 2, ll. 19-22. |

| '599 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| **'599 Patent Claim 4** | | |
| 4. The composition of claim 1 wherein said at least one <u>pH dependent agent</u> is at least one **agent that increases the solubility of said at least one pharmaceutically active agent at a pH of greater than 5.5**. | *See above.* *Substance that increases the amount of the drug that will dissolve when the surrounding media has a pH above 5.5.* Watson does not object to Impax's proposal to include a non-exclusive list. | Col. 1, ll. 14-19; Col. 2, ll. 28-34. |
| **'599 Patent Claim 5** | | |
| 5. The composition of claim 1 wherein said at least one pharmaceutically <u>active agent</u> is selected from the group consisting of guanfacine hydrochloride, anagrelide, guanethidine monosulfate, quanadrel sulfate, resirpine, propanolol, metoprolol, atenolol, timolol, erythromycin, clonidine, chlorpheniramine, bromopheniramine, diltiazem, and scopolamine. | *See above.* | |
| **'599 Patent Claim 6** | | |
| 6. The composition of claim 5 wherein said at least one pharmaceutically active agent guanfacine hydrochloride. | | |

| '599 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| **'599 Patent Claim 8** | | |
| 8. The composition of claim 1 wherein said <u>non-pH-dependent sustained release agent</u> is selected from the group consisting of ethylcellulose, cellulose acetate, vinyl acetate/vinyl chloride copolymers, acrylate/methacrylate copolymers, polyethylene oxide, hydroxypropyl methylcellulose, Carrageen an, alginic acid and salts thereof, hydroxyethyl cellulose, hydroxypropyl cellulose, karaya gum, acacia gum, trgacanth gum, locust bean gum, guar gum, sodium carboxymethyl cellulose, methyl cellulose, beeswax, carnauba wax, cetyl alcohol, hydrogenated vegetable oils, and stearyl alcohol. | *See above.* | |
| **'599 Patent Claim 11** | | |
| 11. The composition of claim 4 wherein said at least one <u>agent that increase the solubility of said at least one pharmaceutically active agent at a pH greater than 5.5</u> | *See above.* | |
| is at least one <u>organic acid</u>. | *Carbon-containing substance that is an acid.* | Col. 2, ll. 30-34 |

| '599 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| **'599 Patent Claim 12** | | |
| 12. The composition of claim 11 wherein said at least one <u>organic acid</u> is selected from the group consisting of citric acid, fumaric acid, tartaric acid, adipic acid, glucono deltalactone, and malic acid. | *See above.* | |
| **'599 Patent Claim 13** | | |
| 13. The composition of claim wherein said <u>pH-dependent agent that increase the rate of release of the at least one pharmaceutically active agent from the tablet at a pH in excess of 5.5</u> | *See above.* | |
| is an <u>agent that maintains an acidic microenvironment in the composition</u>. | *Substance that keeps acidic, over a period of time, a region immediately around or in close proximity to the drug.* <br><br> Watson does not object to Impax's proposal to include a non-exclusive list. | Col. 2, ll. 28-34. |
| **'599 Patent Claim 14** | | |
| 14. The composition of claim 12 wherein said <u>organic acid</u> is fumaric acid. | *See above.* | |
| **'599 Patent Claim 15** | | |
| 15. The composition of claim 1 and further comprising a <u>binding agent</u>. | *Substance that aids in the binding of ingredients in a tablet.* <br><br> Watson does not object to Impax's proposal to include a non-exclusive list. | Col. 3, ll. 8-15. |

-8-

| '599 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| **'599 Patent Claim 16** | | |
| 16. The composition of claim 15 wherein said <u>binding agent</u> is selected from the group consisting of polyvinyl pyrrolidone, starch, methylcelluose, hydroxypropyl methylcelluose, carboxymethyl cellulose, sucrose solution, dextrose solution, acacia, tragacanth,and locust bean gum. | *See above.* | |
| **'599 Patent Claim 17** | | |
| 17. The composition of claim 16 wherein said <u>binder</u> is hydroxypropyl methylcellulose. | *See "binding agent" above.* | |
| **'599 Patent Claim 18** | | |
| 18. The composition of claim 1 wherein said <u>pharmaceutically active agent</u> | *See above.* | |
| is present in the composition in <u>an amount of from about 0.1 wt. % to about 70 wt. %</u>. | *An amount between 0.095 wt. % and 70.5 wt. %.* | Harvey, D., "Modern Analytical Chemistry," Chapter 2, pages 13-15, McGraw Hill (1996) |
| **'599 Patent Claim 19** | | |
| 19. The composition of claim 18 wherein said <u>pharmaceutically active agent</u> | *See above.* | |
| is present in the composition in <u>an amount of from about 1 wt. % to about 40 wt. %</u>. | *An amount between 0.95 wt. % and 40.5 wt. %.* | Harvey, D., "Modern Analytical Chemistry," Chapter 2, pages 13-15, McGraw Hill (1996) |

-9-

| '599 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| **'599 Patent Claim 20** | | |
| 20. The composition of claim 1 wherein said <u>non-pH-dependent sustained release agent</u> | *See above.* | |
| is present in the composition in <u>an amount of from about 5 wt. % to about 50 wt. %</u>. | *An amount between 4.5 wt. % and 50.5 wt. %.* | Harvey, D., "Modern Analytical Chemistry," Chapter 2, pages 13-15, McGraw Hill (1996) |
| **'599 Patent Claim 21** | | |
| 21. The composition of claim 20 wherein said <u>non-pH-dependent sustained release agent</u> | *See above.* | |
| is present in the composition in <u>an amount of from about 10 wt. % to about 30 wt. %</u>. | *An amount between 9.95 wt. % and 30.5 wt. %.* | Harvey, D., "Modern Analytical Chemistry," Chapter 2, pages 13-15, McGraw Hill (1996) |
| **'599 Patent Claim 22** | | |
| 22. The composition of claim 1 wherein said at least one <u>pH-dependent agent</u> | *See above.* | |
| is present in the composition in <u>an amount of from about 0.5 wt. % to about 40 wt. %</u>. | *An amount between 0.45 wt. % and 40.5 wt. %.* | Harvey, D., "Modern Analytical Chemistry," Chapter 2, pages 13-15, McGraw Hill (1996) |
| **'599 Patent Claim 23** | | |
| 23. The composition of claim 22 wherein said at least one <u>pH-dependent agent</u> | *See above.* | |
| is present in the composition in <u>an amount of from about 1 wt. % to about 20 wt. %</u>. | *An amount between 0.95 wt. % and 20.5 wt. %.* | Harvey, D., "Modern Analytical Chemistry," Chapter 2, pages 13-15, McGraw Hill (1996) |

| '599 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| **'599 Patent Claim 25** | | |
| 25. The composition of claim 8 wherein said <u>non-pH-dependent sustained release agent</u> is hydroxypropyl methylcellulose. | *See above.* | |
| **'599 Patent Claim 30** | | |
| 30. The composition of claim 1 wherein said composition is in the form of a tablet. | | |

### III. WATSON'S CLAIM CONSTRUCTION PROPOSALS FOR THE '794 PATENT

| '794 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| **'794 Patent Claim 3** | | |
| 3. A method for treating an attention deficit disorder or attention deficit with hyperactivity disorder in a patient comprising administering to said patient a composition comprising | | |
| (a) at least one <u>pharmaceutically active agent that is pH dependent</u>, said pharmaceutically active agent being quanfacine or quanfacine hydrochloride; | *See above.* | |
| (b) at least one <u>non-pH dependent sustained release agent</u> selected from the group consisting of ethylcellulose, cellulose acetate, vinyl acetate/vinyl chloride copolymers, acrylate/methacrylate copolymers, polvethylene oxide, hydroxynropyl methylcellulose, carageenan, alginic acid and salts thereof, hydroxyethyl cellulose, hydroxypropyl cellulose, karaya gum, acacia gum, tragacanth gum, locust bean gum, guar gum, sodium carboxymethyl cellulose, methyl cellulose, beeswax, carnauba wax, cetyl alcohol, hydrogenated vegetable oils, and stearyl alcohol; and | *See above.* | |

| '794 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| (c) at least one <u>pH dependent agent that increases the rate of release of said at least one pharmaceutically active agent from a tablet dosage form at a pH in excess of 5.5</u>; | *See above.* | |
| which is given in <u>an amount effective to treat said attention deficit disorder or attention deficit with hyperactivity disorder in said patient</u>. | *An amount of the composition sufficient to eliminate or reduce one or more symptoms of attention deficit disorder or attention deficit with hyperactivity disorder.* | Dorland's Illustrated Medical Dictionary, 27th Ed., W.B. Saunders Company (1988), pages 1746-1747. |
| **'794 Patent Claim 4** | | |
| 4. The method of claim 3, wherein said at least one pH-dependent agent is at least one polymer that <u>swells at a pH in excess of 5.5</u>. | *See above.* | |
| **'794 Patent Claim 8** | | |
| 8. A method of **reducing the likelihood of side effects** associated with the administration of guanfacine, comprising | Decreasing the incidence of side effects compared to administering the same amount of guanfacine as an immediate-release composition. | Col. 3, ll. 50-67; Example 5, Col. 11, l. 35 to Col. 14, l. 41; Tables 9 & 10. |
| administering to a patient <u>a therapeutically effective amount of a the position</u> comprising | *An amount of the composition* sufficient to eliminate or reduce one or more symptoms of one or more diseases. | Col. 3, ll. 43-55 |
| (a) at least one <u>pharmaceutically active agent that is pH dependent</u>, said pharmaceutically active agent being guanfacine or guanfacine hydrochloride; | *See above.* | |

| '794 Patent Claim | Watson's Proposed Construction | Intrinsic and Extrinsic Evidence Supporting Proposed Construction |
|---|---|---|
| (b) at least one <u>non-pH dependent sustained release agent</u> selected from the group consisting of ethylcellulose, celluipse acetate, vinyl acetate/vinyl chloride copolymers, acrylate/methacrylate copolymers, polyethylene oxide, hydroxynropyl methylcellulose, carageen an, glainic acid and salts thereof, hydroxyethyl cellulose, hydroxypropyl cellulose, karaya gum, acacia gum, tragacanth gum, locust bean gum, guar gum, sodium carboxymethyl cellulose, methyl cellulose, beeswax, carnauba wax, cetyl alcohol, hydrogenated vegetable oils, and stearyl alcohol; and | *See above.* | |
| (c) at least one <u>pH dependent agent that increases the rate of release of said at least one pharmaceutically active agent from a tablet dosage form at a pH in excess of 5.5</u>. | *See above.* | |
| **'794 Patent Claim 9** | | |
| 9. The method of clalm [sic] 8, wherein said at least one <u>pH-dependent gent</u> is at least one polymer that <u>swells at a pH In excess of 5.5</u>. | *See above.* | |