| | |
|---|---|
| 1 | Scott R. Raber (SBN 194924) |
| | scott.raber@rimonlaw.com |
| 2 | RIMON, P.C. |
| | 220 Sansome Street, Suite 310 |
| 3 | San Francisco, California 94104 |
| | Telephone:   415.683.5472 |
| 4 | Facsimile:   800.930.7271 |
| 5 | John L. North (Admitted Pro Hac Vice) |
| | jnorth@kasowitz.com |
| 6 | Jeffrey J. Toney (Admitted Pro Hac Vice) |
| | jtoney@kasowitz.com |
| 7 | Laura Fahey Fritts (Admitted Pro Hac Vice) |
| | lfritts@kasowitz.com |
| 8 | Jonathan D. Olinger (Admitted Pro Hac Vice) |
| | jolinger@kasowitz.com |
| 9 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | TWO MIDTOWN PLAZA, SUITE 1500 |
| 10 | 1349 West Peachtree Street, N.W. |
| | Atlanta, GA 30309 |
| 11 | Telephone:   404.260.6080 |
| | Facsimile:   404.260.6081 |
| 12 | |
| 13 | Norman E.B. Minnear (Admitted Pro Hac Vice) |
| | jminnear@kasowitz.com |
| | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 14 | 1633 Broadway |
| | New York, New York 10019 |
| 15 | Telephone:   212.506.1700 |
| | Facsimile:   212.500.3563 |
| 16 | Attorneys for Defendants Watson Pharmaceuticals, Inc., |
| | Watson Laboratories, Inc.—Florida, |
| 17 | Watson Pharma, Inc., and Anda, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., | Case No. 10-CV-05467-RS |
| | | |
| | Plaintiffs, | **DEFENDANTS WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, WATSON PHARMA, INC., AND ANDA INC.'S NOTICE OF CHANGE OF FIRM ADDRESS** |
| | v. | |
| | IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, WATSON PHARMA, INC., and ANDA, INC., | |
| | Defendants. | |

1  NOTICE IS HEREBY GIVEN that the address and contact information has changed for
2  certain counsel representing Defendants WATSON PHARMACEUTICALS, INC., WATSON
3  LABORATORIES, INC.-FLORIDA AND WATSON PHARMA, INC. (collectively "Watson").
4  Effective immediately, all papers, pleadings, electronic filings, correspondence and
5  communications directed to John L. North, Jeffrey J. Toney, Laura F. Fritts and Jonathan D.
6  Olinger, should be directed to:

>  John L. North
>  Jeffrey J. Toney
>  Laura F. Fritts
>  Jonathan D. Olinger
>  Kasowitz, Benson, Torres & Friedman LLP
>  Two Midtown Plaza, Suite 1500
>  1349 West Peachtree Street, N.W.
>  Atlanta, GA 30309
>  Phone: (404) 260-6080
>  Fax:(404) 260-6081
>  Email: jnorth@kasowitz.com; jtoney@kasowitz.com; lfritts@kasowitz.com; and jolinger@kasowitz.com

All contact information for Watson's other counsel of record remains the same.

Dated: February 29, 2012              RIMON, P.C.

                                      /s/ Scott R. Raber
                                      Scott R. Raber

                                      KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
                                      John L. North (*Pro Hac Vice*)
                                      jnorth@kasowitz.com
                                      Jeffrey J. Toney (*Pro Hac Vice*)
                                      jtoney@kasowitz.com
                                      Laura Fahey Fritts (*Pro Hac Vice*)
                                      lfritts@kasowitz.com
                                      Jonathan D. Olinger (*Pro Hac Vice*)
                                      jolinger@kasowitz.com
                                      Two Midtown Plaza, Suite 1500
                                      1349 West Peachtree Street, N.W.
                                      Atlanta, GA 30309
                                      Telephone:    404.260.6080
                                      Facsimile:    404.260.6081

                                      Attorneys for *Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify I am over eighteen years old, not a party to this litigation, and my business address is 220 Sansome Street, Suite 310, San Francisco, California 94104, and that on February 29, 2012 I caused a true copy of

**DEFENDANTS WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, WATSON PHARMA, INC., AND ANDA INC.'S NOTICE OF CHANGE OF FIRM ADDRESS**

to be served via electronic mail on the following counsel of record:

Heather M. Ettinger
Joseph R. Robinson
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
hettinger@mwe.com
jrobinson@mwe.com

William G. Gaede , III
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park, CA 94025-4004
wgaede@mwe.com

William R. Zimmerman
Sheila N. Swaroop
Benjamin A. Katzenellenbogen
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
bizmmerman@kmob.com
sswaroop@kmob.com
bkatzellenbogen@kmob.com

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on February 29, 2012.

                                                */s/ Scott R. Raber*
                                                  Scott R. Raber