1  William R. Zimmerman (SBN 195859)
   bzimmerman@kmob.com
2  Sheila N. Swaroop (SBN 203476)
   sswaroop@kmob.com
3  Benjamin A. Katzenellenbogen (SBN 208527)
   bkatzenellenbogen@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
5  Fourteenth Floor
   Irvine, CA  92614
6  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
7
   Colin B. Heideman (SBN 238674)
8  colin.heideman@kmob.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
9  1420 Fifth Avenue, Suite 3600
   Seattle, WA 98101
10 Phone: (206) 405-2000
   Facsimile: (206) 405-2001
11
   Attorneys for Defendant
12 IMPAX LABORATORIES, INC.

13
                    IN THE UNITED STATES DISTRICT COURT
14
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
                            SAN FRANCISCO DIVISION
16

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., | Civil Action No. 10-CV-05467 RS |
| Plaintiffs, | **IMPAX LABORATORIES, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS** |
| v. | |
| IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.– FLORIDA, WATSON PHARMA, INC., and ANDA, INC., | **Honorable Richard Seeborg** |
| | Hearing Date: April 26, 2012 |
| | Time: 1:30 p.m. |
| Defendants. | Courtroom: 3, 17th Floor |

*1*  Defendant Impax Laboratories, Inc. ("Impax") hereby notifies the Court of its
*2* withdrawal of its Motion for Leave to Amend Its Invalidity Contentions (Docket No. 145),
*3* currently on the Court's hearing calendar for April 26, 2012 at 1:30 p.m., subject to the Court's
*4* approval of the parties' stipulated resolution of that dispute.

*5*  The parties have stipulated to Impax amending its invalidity contentions, and will
*6* present that stipulation under separate cover. Unless the Court declines to approve the parties'
*7* stipulation, Impax respectfully requests that its motion for leave to amend be withdrawn.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 19, 2012    By:    /s/ *Benjamin A. Katzenellenbogen*
William R. Zimmerman
Sheila N. Swaroop
Benjamin A. Katzenellenbogen
Colin B. Heideman

Attorneys for Defendant
IMPAX LABORATORIES, INC.