IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SHIRE LLC,                                        No. C 10-05467 RS

        Plaintiff,

   v.                                         **CLERK'S NOTICE**

IMPAX LABORATORIES, INC.,

        Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The motion scheduled for hearing on **April 26, 2012 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco shall be submitted without oral argument pursuant to Civil Local Rule 7-1(b).  Accordingly, the motion hearing is vacated.

Dated: 4/19/12                                For the Court,
                                                      RICHARD W. WIEKING, Clerk

                                                      By: *Corinne Lew*
                                                      Courtroom Deputy Clerk