1  Scott R. Raber (SBN 194924)
   scott.raber@rimonlaw.com
2  RIMON, P.C.
   220 Sansome Street, Suite 310
3  San Francisco, California 94104
   Telephone:    415.683.5472
4  Facsimile:    800.930.7271

5  John L. North (Admitted Pro Hac Vice)
   jnorth@kasowitz.com
6  Jeffrey J. Toney (Admitted Pro Hac Vice)
   jtoney@kasowitz.com
7  Laura Fahey Fritts (Admitted Pro Hac Vice)
   lfritts@kasowitz.com
8  Jonathan D. Olinger (Admitted Pro Hac Vice)
   jolinger@kasowitz.com
9  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   1349 West Peachtree Street, N.W., Suite 1500
10 Atlanta, GA 30309
   Telephone:    404.260.6080
11 Facsimile:    404.260.6081

12 Norman E.B. Minnear (Admitted Pro Hac Vice)
   jminnear@kasowitz.com
13 KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   1633 Broadway
14 New York, New York 10019
   Telephone:    212.506.1700
15 Facsimile:    212.500.3563
   Attorneys for Defendants,
16 Watson Pharmaceuticals, Inc.,
   Watson Laboratories, Inc.—Florida,
17 Watson Pharma, Inc., and Anda, Inc.

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                          SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendants. | Case No. 10-CV-05467-RS<br><br>**DECLARATION OF JONATHAN D. OLINGER IN SUPPORT OF DEFENDANTS WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.-FLORIDA, WATSON PHARMA INC., AND ANDA, INC.'S OPPOSITION TO PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Date:      May 30, 2012<br>Time:      10:00 AM<br>Courtroom: 3, 17th Floor<br>Judge:     Hon. Richard Seeborg |

I, Jonathan D. Olinger, hereby declare as follows:

1. I am an attorney at the law firm Kasowitz, Benson, Torres, & Friedman LLP, counsel of record for Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.-Florida, Watson Pharma, Inc. and Anda, Inc. (collectively "Watson") in this action. I have been admitted to appear pro hac vice in this action.

2. I make this declaration in support of Watson's Opposition to Plaintiffs' Opening Claim Construction Brief.

3. The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

4. Attached hereto as Exhibit 1 is a true and correct copy of April 15, 2011 Plaintiffs' Opening Brief on Claim Construction, *Shire LLC, et al. v. Teva Pharms. USA, Inc., et al.*, No. 10-cv-329-SD (D. Del.), Dkt. No. 95.

5. Attached hereto as Exhibit 2 is a true and correct copy of February 3, 2012 Plaintiffs' Opening Brief on Claim Construction, *Shire LLC, et al. v. Sandoz Inc.*, No. 11-cv-1110-RJB-KMT (D. Col.), Dkt. No. 89.

6. Attached hereto as Exhibit 3 is a true and correct copy of March 22, 2012 Memorandum Opinion, *Shire LLC, et al. v. Teva Pharms. USA, Inc., et al.*, No. 10-cv-329-SD (D. Del.), Dkt. No. 228.

7. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 6,287,599.

8. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 6,811,794.

9. Attached hereto as Exhibit 6 is a true and correct copy of April 5, 2012 Plaintiffs' Motion for Reconsideration *Shire LLC, et al. v. Teva Pharms. USA, Inc., et al.*, No. 10-cv-329-SD (D. Del.), Dkt. No. 237.

10. Attached hereto as Exhibit 7 is a true and correct copy of April 10, 2012 Redacted Public Version of Plaintiffs' Brief in Support of Its Motion for Reconsideration *Shire LLC, et al. v. Teva Pharms. USA, Inc., et al.*, No. 10-cv-329-SD (D. Del.), Dkt. No. 241.

I declare under penalty of perjury under the laws of the Untied States that the foregoing is true and correct. Executed this 20th day of April 2012, in Atlanta, Georgia.

Dated: April 20, 2012         ___/s/ Jonathan D. Olinger_____
                              Jonathan D. Olinger

Attorney for *Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc.*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
JOHN L. NORTH (*Pro Hac Vice*)
jnorth@kasowitz.com
JEFFREY J. TONEY (*Pro Hac Vice*)
jtoney@kasowitz.com
LAURA FAHEY FRITTS (*Pro Hac Vice*)
lfritts@kasowitz.com
JONATHAN D. OLINGER (*Pro Hac Vice*)
jolinger@kasowitz.com
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, GA 30309
Telephone:   404.260.6080
Facsimile:    404.260.6081

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
NORMAN E.B. MINNEAR (*Pro Hac Vice*)
jminnear@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone:   212.506.1700
Facsimile:    212.500.3563
Attorneys for *Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc.*

RIMON, P.C.
SCOTT R. RABER (SBN 194924)
scott.raber@rimonlaw.com
220 Sansome Street, Suite 310
San Francisco, California  94104
Telephone:   415.683.5472
Facsimile:    800.930.7271