# EXHIBIT 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

SHIRE LLC, *et al.*,

        Plaintiffs,

   v.

TEVA PHARMACEUTICALS USA, INC., *et al.*,

        Defendants.

C.A. No. 10-329-RGA
(CONSOLIDATED CASE)

## PLAINTIFFS' MOTION FOR RECONSIDERATION IN PART OF
## THE COURT'S CLAIM CONSTRUCTION RULING

Plaintiffs / counterclaim defendants Shire LLC ("Shire"), Supernus Pharmaceuticals Inc. ("Supernus"), Amy F.T. Arnsten ("Dr. Arnsten"), Pasko Rakic ("Dr. Rakic"), and Robert D. Hunt ("Dr. Hunt") (collectively "Plaintiffs") respectfully request that the Court reconsider its claim construction order, in part. Specifically, Plaintiffs ask that the Court modify its claim construction for the term "non-pH dependent sustained release agent" by removing the clause "and that is not the pH dependent agent," and modify its claim construction for the term "pH dependent agent" by removing the clause "that is neither the non-pH dependent sustained release agent nor the pharmaceutically active agent, and."

Plaintiffs' opening brief in support of their motion is submitted herewith.

In accordance with District of Delaware Civil Local Rule 7.1.1, counsel for Plaintiffs has proposed the relief sought to counsel for Defendants regarding Plaintiffs' request that the Court reconsider its claim construction order, in part. However, at the time of the filing of this motion, Defendants have not agreed to the relief sought.

Dated: April 5, 2012          Respectfully submitted,

*Of Counsel*          /s/ *Francis DiGiovanni*
         Francis DiGiovanni (#3189)
Edgar H. Haug          Jeffrey L. Eichen (#5331)
Gregory Wesner          Connolly Bove Lodge & Hutz LLP
Jason A. Lief          The Nemours Building
Frommer Lawrence & Haug LLP          1007 North Orange Street
745 Fifth Avenue          P.O. Box 2207
New York, NY 10151          Wilmington, Delaware 19801
(212) 588-0800          Tel: (302) 658-9141
         Fax: (302) 658-5614
         fdigiovanni@cblh.com
         jeichen@cblh.com

4721425v1          *Attorneys for Plaintiffs*