MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:      (650) 815-7400
Facsimile:       (650) 815-7401

MCDERMOTT WILL & EMERY LLP
JOSEPH R. ROBINSON (*Pro Hac Vice*)
jrobinson@mwe.com
HEATHER MOREHOUSE ETTINGER (*Pro Hac Vice*)
hettinger@mwe.com
SARIKA SINGH (*Pro Hac Vice*)
ssingh@mwe.com
340 Madison Avenue
New York, NY  10173-1922
Telephone:      (212) 547-5400
Facsimile:       (212) 547-5444

*Attorneys for Plaintiffs Shire LLC, Supernus Pharmaceuticals, Inc., Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D., and Robert D. Hunt, M.D.*

WIGGIN AND DANA LLP
JOSEPH V. SAPHIA (*Pro Hac Vice*)
jsaphia@wiggin.com
ERIKA V. SELLI (*Pro Hac Vice*)
eselli@wiggin.com
450 Lexington Avenue
38th Floor
New York, NY 10017
Telephone: (212) 490-1700
Facsimile: (212) 490-0536

*Attorneys for Plaintiffs Amy F.T. Arnsten, Ph.D., Pasko Racik, M.D., and Robert D. Hunt, M.D.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendants. | No.  10-CV-05467 RS (MEJ)<br><br>**PLAINTIFFS' RENEWED JOINDER IN IMPAX LABORATORIES, INC.'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br><br>**Honorable Richard Seeborg** |

*Sidebar (rotated):* MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

1    Defendant Impax Laboratories, Inc. ("Impax") has filed two Administrative Motions to

2    File Under Seal [Dkt. Nos. 151 and 158] and Plaintiffs filed joinders to each of these motions

3    [Dkt. Nos. 159 and 160].   The Court subsequently issued an Order Denying Administrative

4    Motions to File Under Seal Without Prejudice denying both of Impax's motions [Dkt. No. 161].

5    Plaintiffs hereby renew their joinder in Impax's Administrative Motion to File Under Seal

6    [Dkt. No. 151] Exhibit A to the Joint Stipulation to Amend Impax Laboratories, Inc.'s Invalidity

7    Contentions [Dkt. No. 150], which is Impax's Fourth Supplemental Invalidity Contentions; and

8    Impax's Administrative Motion to File Under Seal [Dkt. No. 158] Impax's Opposition to

9    Plaintiffs' Opening Claim Construction Brief [Dkt. No. 156] and Exhibits C, K, and L to the

10   Declaration of Karen Cassidy in Support of Impax's Opposition to Plaintiffs' Opening Claim

11   Construction Brief [Dkt. No. 157].   Plaintiffs join in Impax's motions to preserve the

12   confidentiality of Plaintiffs' documents and nonpublic, trade secret and/or proprietary

13   information.  Plaintiffs request that (i) the redacted portions of Exhibit A to the Joint Stipulation

14   to Amend Impax Laboratories, Inc.'s Invalidity Contentions (the redacted version is attached

15   herewith as Exhibit 1); (ii) the redacted portions of Impax's Opposition to Plaintiffs' Opening

16   Claim Construction Brief, as redacted by Impax by its Motion to File Under Seal [Dkt. No. 151];

17   and (iii) Exhibits C, K, and L to the Declaration of Karen Cassidy in Support of Impax's

18   Opposition to Plaintiffs' Opening Claim Construction Brief,  be filed under seal.  This motion is

19   supported by the Declaration of William G. Gaede, III, filed herewith, which sets forth the basis

20   for filing under seal.

21   Plaintiffs respectfully request that the Court find good cause for ordering the pleadings

22   and exhibits identified above be filed under seal.

23   Dated:  _____May 3, 2012_____          Respectfully submitted,

24                                               MCDERMOTT WILL & EMERY LLP

25

26   By:   ____/s/ William G. Gaede, III_____
           William G. Gaede, III

27   *Attorneys for Plaintiffs*

28

Pltffs' Renewed Joinder in Admin. M/Seal
No. 10-CV-05467 RS (MEJ)