MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:      (650) 815-7400
Facsimile:       (650) 815-7401

MCDERMOTT WILL & EMERY LLP
JOSEPH R. ROBINSON (*Pro Hac Vice*)
jrobinson@mwe.com
HEATHER MOREHOUSE ETTINGER (*Pro Hac Vice*)
hettinger@mwe.com
SARIKA SINGH (*Pro Hac Vice*)
ssingh@mwe.com
340 Madison Avenue
New York, NY  10173-1922
Telephone:      (212) 547-5400
Facsimile:       (212) 547-5444

*Attorneys for Plaintiffs Shire LLC, Supernus Pharmaceuticals, Inc., Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D., and Robert D. Hunt, M.D.*

WIGGIN AND DANA LLP
JOSEPH V. SAPHIA (*Pro Hac Vice*)
jsaphia@wiggin.com
ERIKA V. SELLI (*Pro Hac Vice*)
eselli@wiggin.com
450 Lexington Avenue
38th Floor
New York, NY 10017
Telephone: (212) 490-1700
Facsimile: (212) 490-0536

*Attorneys for Plaintiffs Amy F.T. Arnsten, Ph.D., Pasko Racik, M.D., and Robert D. Hunt, M.D.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br>Plaintiffs, <br><br>v. <br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.– FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br>Defendants. | No.  10-CV-05467 RS (MEJ) <br><br>**DECLARATION OF WILLIAM G. GAEDE, III, IN SUPPORT OF PLAINTIFFS' RENEWED JOINDER IN IMPAX LABORATORIES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br>**Honorable Richard Seeborg** |

I, William G. Gaede, III, declare as follows:

1. I am a partner with McDermott Will & Emery LLP and counsel for Plaintiffs in the above-captioned matter. I have knowledge of the following, and if called as a witness, could and would testify competently to the contents herein.

2. Information redacted in Exhibit A to the Joint Stipulation to Amend Impax Laboratories, Inc.'s Invalidity Contentions [Dkt. No. 150], which is Impax's Fourth Supplemental Invalidity Contentions, the redacted version of which is attached as Exhibit 1, have been designated highly confidential – attorneys' eyes only and contain confidential business information of Plaintiffs.

3. Information redacted in Impax Laboratories, Inc.'s Opposition to Plaintiffs' Opening Claim Construction Brief [Dkt. No. 156] and Exhibits C, K, and L to the Declaration of Karen Cassidy in Support of Impax's Opposition to Plaintiffs' Opening Claim Construction Brief [Dkt. No. 157] have been designated highly confidential – attorneys' eyes only pursuant to the protective order in *Shire LLC et al. v. Teva Pharm.*, No. 10-329-RGA (D. Del. filed April 22, 2010) and contain confidential information of the Plaintiffs.

4. The information Plaintiffs request to be sealed contains highly confidential or confidential information of Plaintiffs, which information does include proprietary scientific research and development, confidential business information, and information which has not been made public and was submitted under seal in this case and, with respect to Impax Laboratories, Inc.'s Opposition to Plaintiffs' Opening Claim Construction Brief [Dkt. No. 156] and Exhibits C, K, and L to the Declaration of Karen Cassidy in Support of Impax's Opposition to Plaintiffs' Opening Claim Construction Brief [Dkt. No. 157], in *Shire LLC et al. v. Teva Pharm.*, No. 10-329-RGA (D. Del. filed April 22, 2010), in order to protect Plaintiffs' confidential information. The documents to be sealed contain highly or confidential, non-public information which, if made public, would potentially cause irreparable harm to Plaintiffs.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct, and that this declaration was executed in Menlo Park, California on
3  May 3, 2012.

                                           */s/ William G. Gaede, III*
                                                   William G. Gaede, III

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK