MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

MCDERMOTT WILL & EMERY LLP
JOSEPH R. ROBINSON (*Pro Hac Vice*)
jrobinson@mwe.com
HEATHER MOREHOUSE ETTINGER (*Pro Hac Vice*)
hettinger@mwe.com
SARIKA SINGH (*Pro Hac Vice*)
ssingh@mwe.com
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Plaintiffs Shire LLC, Supernus Pharmaceuticals, Inc., Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D., and Robert D. Hunt, M.D.*

WIGGIN AND DANA LLP
JOSEPH V. SAPHIA (*Pro Hac Vice*)
jsaphia@wiggin.com
ERIKA V. SELLI (*Pro Hac Vice*)
eselli@wiggin.com
450 Lexington Avenue
38th Floor
New York, NY 10017
Telephone: (212) 490-1700
Facsimile: (212) 490-0536

*Attorneys for Plaintiffs Amy F.T. Arnsten, Ph.D., Pasko Racik, M.D., and Robert D. Hunt, M.D.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.– FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br> Defendants. | No. 10-CV-05467 RS (MEJ) <br><br> **[PROPOSED] ORDER GRANTING IMPAX LABORATORIES, INC.'S ADMINISTRATIVE MOTION AND PLAINTIFFS' RENEWED JOINDER TO FILE UNDER SEAL** <br><br><br> **Honorable Richard Seeborg** |

IT IS SO ORDERED that the redacted portions of Exhibit A to the Joint Stipulation to Amend Impax Laboratories, Inc.'s Invalidity Contentions [Dkt. No. 150]; the redacted portions of Impax Laboratories, Inc.'s Opposition to Plaintiffs' Opening Claim Construction Brief [Dkt. No. 156] and Exhibits C, K, and L to the Declaration of Karen Cassidy in Support of Impax's Opposition to Plaintiffs' Opening Claim Construction Brief [Dkt. No. 157], shall be filed under seal.

SO ORDERED this \_\_\_\_ day of May 2012.

Honorable Richard Seeborg
Judge of the United States District Court

- 1 -

ORDER GRANTING IMPAX M/SEAL
AND PLTFFS' RENEWED JOINDER TO SEAL
No. 10-CV-05467 RS (MEJ)