Joseph R. Robinson (Admitted *Pro Hac Vice*)
joseph.robinson@troutmansanders.com
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, New York 10174
Tel: (212) 704-6000
Fax: (212) 704-6288

Matthew D. Murphey (SBN 194111)
matt.murphey@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California 92614-2545
Tel: (949) 622-2700
Fax: (949) 622-2739

Attorneys for Plaintiffs
SHIRE LLC, and SUPERNUS PHARMACEUTICALS, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.-FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br> Defendants. | Case No. 10-CV-05467 RS (MEJ) <br><br> **NOTICE OF APPEARANCE OF MATTHEW D. MURPHEY** <br><br><br> Judge: Hon. Richard Seeborg |

**TO THE CLERK OF THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that Matthew D. Murphey of Troutman Sanders LLP hereby enters his appearance in the above-entitled action as counsel of record for Plaintiffs SHIRE LLC, and SUPERNUS PHARMACEUTICALS, INC.

Mr. Murphey's contact information is as follows:

>Matthew D. Murphey (SBN 194111)
>matt.murphey@troutmansanders.com
>TROUTMAN SANDERS LLP
>5 Park Plaza, Suite 1400
>Irvine, California  92614-2545
>Tel:  (949) 622-2700
>Fax: (949) 622-2739

Dated: May 3, 2012                /s/ Matthew D. Murphey
                                  Matthew D. Murphey
                                  TROUTMAN SANDERS LLP
                                  Attorneys for Plaintiffs
                                  SHIRE LLC and SUPERNUS
                                  PHARMACEUTICALS, INC.