MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:      (650) 815-7400
Facsimile:       (650) 815-7401

MCDERMOTT WILL & EMERY LLP
SARIKA SINGH (*Pro Hac Vice*)
ssingh@mwe.com
340 Madison Avenue
New York, NY  10173-1922
Telephone:      (212) 547-5400
Facsimile:       (212) 547-5444

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br> Plaintiffs, <br> v. <br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.– FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br> Defendants. | No. 10-CV-05467 RS (MEJ) <br><br> **[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL** <br><br> **Honorable Richard Seeborg** |

This matter having come before this Court on McDermott Will & Emery's Notice of Withdrawal of Counsel, the Court having reviewed counsel's notice and good cause appearing therefore,

IT IS SO ORDERED that McDermott Will & Emery is hereby withdrawn as counsel of record for the Plaintiffs herein.  Troutman Sanders LLP has entered its appearance on behalf of the Plaintiffs, and all documents, correspondence and memoranda shall be sent to Matthew Daniel Murphey, Troutman Sanders LLP, 550 West B Street, Suite 400, San Diego, CA 92101-3599, Telephone - 619-235-4040, Facsimile - 619-231-8796, matt.murphey@troutmansanders.com.

1  SO ORDERED this 23rd day of May 2012.

_____
Honorable Richard Seeborg
Judge of the United States District Court