1 | MATTHEW D. MURPHEY (194111)
  | matt.murphey@troutmansanders.com
2 | TROUTMAN SANDERS LLP
3 | 5 Park Plaza, Suite 1400
  | Irvine, CA 92614-2545
4 | Telephone: (949) 622-2700 / Fax: (949) 622-2739

5 | JOSEPH R. ROBINSON (*Pro Hac Vice*)
  | joseph.robinson@troutmansanders.com
6 | HEATHER MOREHOUSE ETTINGER (*Pro Hac Vice*)
7 | heather.ettinger@troutmansanders.com
  | TROUTMAN SANDERS LLP
8 | The Chrysler Building
  | 405 Lexington Avenue
9 | New York, NY 10174
  | Tel: (212) 704-6000 / Fax: (212) 704-6288
10

11 | WILLIAM G. GAEDE, III (136184)
  | wgaede@mwe.com
12 | MCDERMOTT WILL & EMERY LLP
  | 275 Middlefield Road, Suite 100
13 | Menlo Park, CA 94025
  | Telephone: (650) 815-7400 / Fax: (650) 815-7401
14

15 | SARIKA SINGH (*Pro Hac Vice*)
  | ssingh@mwe.com
16 | MCDERMOTT WILL & EMERY LLP
  | 340 Madison Avenue
17 | New York, NY 10173-1922
  | Telephone: (212) 547-5400 / Fax: (212) 547-5444
18 | *Attorneys for Plaintiffs Shire LLC, Supernus*
19 | *Pharmaceuticals, Amy F.T. Arnsten, Ph.D., Pasko Rakic,*
  | *M.D., and Robert D. Hunt, M.D.*
20

  | JOSEPH V. SAPHIA (*Pro Hac Vice*)
21 | jsaphia@wiggin.com
  | ERIKA V. SELLI (*Pro Hac Vice*)
22 | eselli@wiggin.com
23 | WIGGIN AND DANA LLP
  | 450 Lexington Avenue, 38th Floor
24 | New York, NY 10017
  | Telephone: (212) 490-1700 / Fax: (212) 490-0536
25 | *Attorneys for Plaintiffs Amy F.T. Arnsten, Ph.D., Pasko*
  | *Rakic, M.D., and Robert D. Hunt, M.D.*
26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.-FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendants. | Case No. 10-CV-05467 RS (MEJ)<br><br>**PLAINTIFFS' CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>Judge: Hon. Richard Seeborg |

**NOTICE IS HEREBY GIVEN** that, subject to approval by the Court, Plaintiffs SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., hereby substitute Joseph R. Robinson and Heather Morehouse Ettinger, now of Troutman Sanders LLP, and previously admitted *pro hac vice* in this matter, as counsel of record in place of McDermott Will & Emery LLP.

Contact information of new counsel, Mr. Robinson and Dr. Ettinger, is as follows:

Joseph R. Robinson (Admitted *Pro Hac Vice*)
joseph.robinson@troutmansanders.com
Heather Morehouse Ettinger (Admitted *Pro Hac Vice*)
heather.ettinger@troutmansanders.com
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, New York 10174
Tel: (212) 704-6000
Fax: (212) 704-6288

I consent to the above substitution.

Dated: 5/23/12

By: David Banchik
On Behalf of Shire LLC

Dated: _____

By: Jack A. Khattar
On Behalf of Supernus Pharmaceuticals, Inc.

2
CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
1494359v1
10-CV-05467 RS (MEJ)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br>Plaintiffs, <br><br>v. <br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.-FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br>Defendants. | Case No. 10-CV-05467 RS (MEJ) <br><br>**PLAINTIFFS' CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br>Judge: Hon. Richard Seeborg |

**NOTICE IS HEREBY GIVEN** that, subject to approval by the Court, Plaintiffs SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., hereby substitute Joseph R. Robinson and Heather Morehouse Ettinger, now of Troutman Sanders LLP, and previously admitted *pro hac vice* in this matter, as counsel of record in place of McDermott Will & Emery LLP.

Contact information of new counsel, Mr. Robinson and Dr. Ettinger, is as follows:

> Joseph R. Robinson (Admitted *Pro Hac Vice*)
> joseph.robinson@troutmansanders.com
> Heather Morehouse Ettinger (Admitted *Pro Hac Vice*)
> heather.ettinger@troutmansanders.com
> TROUTMAN SANDERS LLP
> 405 Lexington Avenue
> New York, New York 10174
> Tel: (212) 704-6000
> Fax: (212) 704-6288

I consent to the above substitution.

Dated: _____

By: David Banchik
On Behalf of Shire LLC

Dated: _____

*[signature]*
By: Jack A. Khattar
On Behalf of Supernus Pharmaceuticals, Inc.

| | |
|---|---|
| 1  Dated: 5/24/2012 | By: Joseph V. Saphia<br>On Behalf of Amy F. T. Arnsten, Ph.D., Pasko Rakic, M.D., and Robert D. Hunt, M.D. |

I consent to being substituted.

Dated: _____

Joseph R. Robinson

I consent to being substituted.

Dated: _____

Heather Morehouse Ettinger, Ph.D.

I consent to the above substitution.

Dated: _____

Joseph R. Robinson
Troutman Sanders, LLP

Dated: _____

Heather Morehouse Ettinger, Ph.D.
Troutman Sanders, LLP

The substitution of attorneys is hereby approved and SO ORDERED.

Dated: _____

UNITED STATES DISTRICT COURT
JUDGE SEEBORG

# Consent Order

Dated: _____

By: Joseph V. Saphia
On Behalf of Amy F. T. Arnsten, Ph.D., Pasko Rakic, M.D., and Robert D. Hunt, M.D.

I consent to being substituted.

Dated: 5/23/12

_____
Joseph R. Robinson

I consent to being substituted.

Dated: May 23, 2012

_____
Heather Morehouse Ettinger, Ph.D.

I consent to the above substitution.

Dated: 2/23/12

_____
Joseph R. Robinson
Troutman Sanders, LLP

Dated: May 23 2012

_____
Heather Morehouse Ettinger, Ph.D.
Troutman Sanders, LLP

The substitution of attorneys is hereby approved and SO ORDERED.

Dated: 5/24/12

_____
UNITED STATES DISTRICT COURT
JUDGE SEEBORG