UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.-FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendants. | Case No. 10-CV-05467 RS (MEJ)<br><br>**ORDER AUTHORIZING COUNSEL FOR PLAINTIFFS TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**<br><br>Judge: Hon. Richard Seeborg |

Counsel for Shire LLC, Supernus Pharmaceuticals, Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D., and Robert D. Hunt, M.D. (collectively "Plaintiffs") respectfully requests permission to bring electronic equipment into the Courtroom for the Markman Hearing currently scheduled for Wednesday, May 30, 2012, at 10:00 a.m. in Courtroom 3.

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED as follows: Plaintiffs' request to bring electronic equipment into the courtroom for the May 30, 2012 hearing is GRANTED.

///

///

Plaintiffs (through their counsel Joseph R. Robinson, Heather M. Ettinger and/or Matthew D. Murphey), and/or their vendor, may bring the following equipment into the courtroom on Wednesday, May 30, 2012, at 9:00 a.m. for the 10:00 a.m. hearing: 2-3 laptops, 1 IPad, a projector; a handheld device ("clicker") for operation of the projector, a switch box for additional operation of the projector and all necessary monitors, cabling, speakers, extension cords, surge protectors and other equipment as reasonably needed to aid in the presentation in the operation of the aforementioned equipment.

IT IS SO ORDERED.

Dated: 5/25/12

HON. RICHARD SEEBORG
JUDGE, U.S. DISTRICT COURT