| | |
|---|---|
| 1 | Scott R. Raber (SBN 194924) |
| | scott.raber@rimonlaw.com |
| 2 | RIMON, P.C. |
| | 220 Sansome Street, Suite 310 |
| 3 | San Francisco, California 94104 |
| | Telephone: 415.683.5472 |
| 4 | Facsimile: 800.930.7271 |
| 5 | John L. North (Admitted Pro Hac Vice) |
| | jnorth@kasowitz.com |
| 6 | Jeffrey J. Toney (Admitted Pro Hac Vice) |
| | jtoney@kasowitz.com |
| 7 | Laura Fahey Fritts (Admitted Pro Hac Vice) |
| | lfritts@kasowitz.com |
| 8 | Jonathan D. Olinger (Admitted Pro Hac Vice) |
| | jolinger@kasowitz.com |
| 9 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | 1349 West Peachtree Street, N.W., Suite 1500 |
| 10 | Atlanta, GA 30309 |
| | Telephone: 404.260.6080 |
| 11 | Facsimile: 404.260.6081 |
| 12 | Norman E.B. Minnear (Admitted Pro Hac Vice) |
| | jminnear@kasowitz.com |
| 13 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | 1633 Broadway |
| 14 | New York, New York 10019 |
| | Telephone: 212.506.1700 |
| 15 | Facsimile: 212.500.3563 |
| 16 | *Attorneys for Defendants, Watson Pharmaceuticals, Inc.,* |
| | *Watson Laboratories, Inc.—Florida, Watson Pharma, Inc., and Anda, Inc.* |
| 17 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., | Case No. 10-CV-05467-RS |
| 22 | | **[PROPOSED] ORDER AUTHORIZING COUNSEL FOR WATSON DEFENDANTS TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM** |
| 23 | Plaintiffs, | |
| 24 | v. | **Judge:** Hon. Richard Seeborg |
| 25 | IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.— FLORIDA, WATSON PHARMA, INC., and ANDA, INC., | |
| 28 | Defendants. | |

1   Counsel for Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc. —Florida, Watson Pharma, Inc. and Anda, Inc.("Watson Defendants") respectfully request permission to bring electronic equipment into the Courtroom for the Markman Hearing currently scheduled for Wednesday, May 30, 2012 , at 10:00 a.m. in Courtroom 3.

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED as follows: Watson Defendants' request to bring electronic equipment into the courtroom for the May 30, 2012 hearing is GRANTED.

Watson Defendants by and through their counsel of record (Scott R. Raber, John L. North, Jeffrey J. Toney, Norman E.B. Minnear, Laura Fahey Fritts, and/or Jonathan D. Olinger), may bring into the courtroom on Wednesday, May 30, 2012, at 9:00 a.m. for the 10:00 a.m. hearing: 2-3 laptop computers, a projector, miscellaneous cables and power cords, and other equipment as reasonably needed to aid in the presentation and in the operation of the aforementioned equipment.

IT IS SO ORDERED.

Dated: 5/29/12   By: _____
Hon. Richard G. Seeborg
U.S. District Court Judge