1   William R. Zimmerman (SBN 195859)
    bzimmerman@kmob.com
2   Sheila N. Swaroop (SBN 203476)
    sswaroop@kmob.com
3   Benjamin A. Katzenellenbogen (SBN 208527)
    bkatzenellenbogen@kmob.com
4   KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street
5   Fourteenth Floor
    Irvine, CA  92614
6   Phone: (949) 760-0404
    Facsimile: (949) 760-9502
7
    Colin B. Heideman (SBN 238674)
8   colin.heideman@kmob.com
    KNOBBE, MARTENS, OLSON & BEAR, LLP
9   1420 Fifth Avenue, Suite 3600
    Seattle, WA 98101
10  Phone: (206) 405-2000
    Facsimile: (206) 405-2001
11
    Attorneys for Defendant
12  IMPAX LABORATORIES, INC.

13              IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16
    SHIRE LLC, SUPERNUS                     )
17  PHARMACEUTICALS, INC., AMY F.T.         )
    ARNSTEN, PH.D., PASKO RAKIC, M.D., and  )   Civil Action No. 10-CV-05467 RS
18  ROBERT D. HUNT, M.D.,                   )
                                            )   [PROPOSED] ORDER GRANTING
19              Plaintiffs,                 )   JOINT STIPULATION TO AMEND
                                            )   IMPAX LABORATORIES, INC.'S
20          v.                              )   INVALIDITY CONTENTIONS
                                            )
21  IMPAX LABORATORIES, INC.,               )
    WATSON PHARMACEUTICALS, INC.,           )
22  WATSON LABORATORIES, INC.–              )   Honorable Richard Seeborg
    FLORIDA, WATSON PHARMA, INC., and       )
23  ANDA, INC.,                             )
                                            )
24              Defendants.                 )
                                            )
25  _____  )

26

27

28

Having reviewed the Stipulation filed by the parties pursuant to Local Rule 7-1, and finding that good cause exists pursuant to N.D. Cal. Patent L.R. 3-6 to amend the Invalidity Contentions of Impax Laboratories, Inc.,

IT IS HEREBY ORDERED that Impax Laboratories, Inc. is allowed to amend its Invalidity Contentions as set forth in Impax's Fourth Supplemental Invalidity Contentions.

IT IS SO ORDERED.

Dated:__5/30/12_____                    _____
                                        Honorable Richard Seeborg
                                        United States District Court Judge

13078474
040612