IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC; SUPERNUS PHARMACEUTICALS, INC.; AMY F.T. ARNSTEN, PH.D.; PASKO RAKIC, M.D.; and ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.; WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.–FLORIDA; WATSON PHARMA, INC.; and ANDA, INC.,<br><br>Defendants. | No. C 10-5467 RS<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

Plaintiff Shire LLC moves for leave to file a motion for reconsideration of this court's claim construction order pursuant to Civil Local Rule 7-9. Defendants may, if they so elect, file a joint motion, no longer than fifteen written pages, responding to plaintiff's motion for leave to file a motion for reconsideration, within two weeks of the date of this order. No further submissions will be accepted at this time.

IT IS SO ORDERED.

Dated: 7/5/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE