1  JOSEPH R. ROBINSON (*Pro Hac Vice*)
   joseph.robinson@troutmansanders.com
2  HEATHER MOREHOUSE ETTINGER (*Pro Hac Vice*)
   heather.ettinger@troutmansanders.com
3  TROUTMAN SANDERS LLP
   The Chrysler Building
4  405 Lexington Avenue
   New York, NY 10174
5  Telephone: (212) 704-6000 / Fax: (212) 704-6288

6  MATTHEW D. MURPHEY (194111)
   matt.murphey@troutmansanders.com
   TROUTMAN SANDERS LLP
7  5 Park Plaza, Suite 1400
   Irvine, CA 92614-2545
8  Telephone: (949) 622-2700 / Fax: (949) 622-2739

9  *Attorneys for Plaintiffs Shire LLC, Supernus Pharmaceuticals, Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D., and Robert D. Hunt, M.D.*

10 JOSEPH V. SAPHIA (*Pro Hac Vice*)
   jsaphia@wiggin.com
11 ERICA V. SELLI (*Pro Hac Vice*)
   eselli@wiggin.com
12 WIGGIN AND DANA LLP
   450 Lexington Avenue, 38th Floor
13 New York, NY 10017
   Telephone: (212) 490-1700 / Fax: (212) 490-0536

14 *Attorneys for Plaintiffs Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D., and Robert D. Hunt, M.D.*

15
   WILLIAM R. ZIMMERMAN (SBN 195859)
16 bzimmerman@kmob.com
   SHEILA N. SWAROOP (SBN 203476)
17 sswaroop@kmob.com
   BENJAMIN A. KATZENELLENBOGEN (SBN 208527)
   bkatzenellenbogen@kmob.com
18 KNOBBE, MARTENS, OLSON & BEAR LLP
   2040 Main Street
19 14th Floor
   Irvine, CA 92614-3641
   Telephone: (949) 760-0404 / Fax: (949) 760-9502
20
   COLIN BARRY HEIDEMAN (SBN 238674)
21 colin.heideman@kmob.com
   KNOBBE MARTENS OLSON BEAR LLP
22 1420 Fifth Avenue
   Suite 3600
   Seattle, WA 98101
23 Telephone: (206) 405-2000 / Fax: (206) 405-2001

24 *Attorneys for Defendant Impax Laboratories, Inc.*

25 SCOTT R. RABER (SBN 194924)
   scott.raber@rimonlaw.com
   RIMON, P.C.
26 220 Sansome Street, Suite 310
   San Francisco, CA 94104
27 Telephone: (415) 683-5472 / Fax: (800) 930-7271

28 THIRD AMENDED JOINT CASE MANAGEMENT
   STATEMENT AND RULE 26(F) REPORT

10-CV-05467-RS (MEJ)

Active 20008992v1 242019.000002

JOHN L. NORTH (*Pro Hac Vice*)
jnorth@kasowitz.com
LAURA FAHEY FRITTS (*Pro Hac Vice*)
lfritts@kasowitz.com
JEFFREY J. TONEY (*Pro Hac Vice*)
jtoney@kasowitz.com
JONATHAN D. OLINGER (*Pro Hac Vice*)
jolinger@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309-3996
Telephone: (404) 260-6080 / Fax: (404) 260-6081

NORMAN E.B. MINNEAR (*Pro Hac Vice*)
jminnear@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700 / Fax: (212) 500-3563

*Attorneys for Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.–Florida, Watson Pharma, Inc., and Anda, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendants. | Case No. 10-CV-05467-RS (MEJ)<br><br>**THIRD AMENDED JOINT CASE MANAGEMENT STATEMENT AND RULE 26(F) REPORT**<br><br>Date:   July 12, 2012<br>Time:   10:00 a.m.<br>Place:  Courtroom 3 - 17th Floor<br>          (Telephonic)<br>Judge: Hon. Richard Seeborg |

THIRD AMENDED JOINT CASE MANAGEMENT
STATEMENT AND RULE 26(F) REPORT

10-CV-05467-RS (MEJ)

TROUTMAN SANDERS LLP
5 PARK PLAZA, STE. 1400
IRVINE, CA 92614

Active 20008992v1 242019.000002

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

## A.  DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

**The following progress or changes have occurred since the last case management statement filed by the parties:**

### I.  STATEMENT OF FACTS

On February 2, 2012, Impax amended its pleadings to add an affirmative defense and counterclaim of unenforceability of the '290 patent.

On March 22, 2012, U.S. Patent No. 5,854,290 was dedicated to the public by its inventors: Plaintiffs Amy F.T. Arnsten, Ph.D., Robert D. Hunt, M.D. and the estate of Dr. Patricia Goldman-Rakic.  On May 14, 2012, Plaintiffs submitted a letter to the FDA requesting delisting of that patent, and this request has already been noted in the Electronic Orange Book.  The FDA has not yet actually delisted the '290 patent, and it remains listed in the Orange Book. Defendants allege that, even in light of Plaintiffs' motion to amend their complaint, the '290 patent will remain a potential barrier to the Defendants' ANDA products being approved. Plaintiffs do not agree with Defendants' position.  More importantly for this Statement, Plaintiffs object to Defendants' insistence to include legal argument here.  Plaintiffs' believe that legal argument should be reserved for the motions that have been filed in this matter and that this Statement should be restricted to facts only.

A *Markman* hearing was held on May 30, 2012, and the Court issued its Claim Construction Order on June 1, 2012.

On May 31, 2012 Watson sent a notice letter pursuant to § 505(j)(2)(B)(ii) of the FDCA advising Supernus, Shire Development, Dr. Arnsten, Dr. Rakic, and Dr. Hunt and others that Watson has amended its ANDA to seek approval to engage in the commercial manufacture, use,

THIRD AMENDED JOINT CASE MANAGEMENT
STATEMENT AND RULE 26(F) REPORT
- 1 -                                          10-CV-05467-RS (MEJ)

TROUTMAN SANDERS LLP
5 PARK PLAZA, STE. 1400
IRVINE, CA 92614

sale, offer for sale and/or importation of additional dosage strengths of generic versions of INTUNIV® prior to the expiration of the '599 and '794 patents.

On July 2, 2012, Plaintiffs filed a motion for leave to request reconsideration of the Claim Construction Order. Defendants anticipate opposing both the request for leave, and, if it were granted, the motion for reconsideration. Those motions are pending.

## II. AMENDMENT OF PLEADINGS AND CONTENTIONS

Also on July 2, 2012, Plaintiffs filed a motion for leave to file a Second Amended Complaint in view of Watson's May 31, 2012 notice letter pursuant to § 505(j)(2)(B)(ii) of the FDCA to add Watson's new proposed products and to remove the '290 patent and its inventors in this case. Neither Defendant anticipates opposing Plaintiffs' request for leave to amend its complaint to address Watson's new dosage strengths or to drop Plaintiffs' claims of infringement regarding the '290 patent. However, both Defendants will oppose any argument that Plaintiffs' dropping of these claims either moots or divests the Court of jurisdiction regarding the Defendants' counterclaims for declarations of non-infringement, invalidity and unenforceability regarding the '290 patent, or their claims for fees and costs relating the '290 patent. Defendants' position is that these counterclaims remain because of the unique regulatory structure that provides the framework for these cases. Plaintiffs disagree and repeat their objection to Defendants' presentation of legal arguments in this Statement.

Both Defendants anticipate responding to any Amended Complaint by filing a counterclaim pursuant to 21 U.S.C. § 355(j)(5)(C)(ii)(I) seeking to require the Plaintiffs to withdraw the submission of '290 patent information pursuant to 21 U.S.C. § 355(j)(5)(D)(i)(I)(bb)(CC). Defendants believe that such counterclaims are appropriate under *Teva Pharms. USA, Inc. v. Sebelius*, 595 F.3d 1303 (D.C. Cir. 2010), because Plaintiffs' voluntary request that the FDA delist the '290 patent may not be deemed sufficient by the FDA to remove the '290 patent as a barrier to the FDA's approval of Defendants' ANDA submissions. Plaintiffs disagree and repeat their objection to Defendants' presentation of legal arguments in this Statement.

THIRD AMENDED JOINT CASE MANAGEMENT
STATEMENT AND RULE 26(F) REPORT
- 2 -                                                    10-CV-05467-RS (MEJ)

TROUTMAN SANDERS LLP
5 PARK PLAZA, STE. 1400
IRVINE, CA 92614

Watson Defendants will not release Plaintiffs' improper assertion of the '290 patent as a basis for their counterclaim for attorneys fees under 35 U.S.C. § 285. Plaintiffs disagree that the '290 patent was improperly asserted and repeat their objection to Defendants' presentation of legal arguments in this Statement.

Both Defendants plan to move to amend their invalidity contentions to identify additional references and defenses under 35 U.S.C. § 112 based on the Court's claim construction ruling. Plaintiffs anticipate opposing those amendments. Plaintiffs and Impax would agree not to oppose their reciprocal motions for leave to amend (Plaintiffs' Complaint and Impax's Invalidity Contentions), but Plaintiffs' will not agree unless Watson releases its claim under 35 U.S.C. § 285 regarding the '290 patent even though Impax is willing to do so. Plaintiffs assert that absent Watson's agreement, an agreement with only Impax is of little value.

### III.  DISCOVERY

The parties conducted a Rule 26(f) Conference on June 20, 2012.

**Status of Discovery.** The parties have initiated written discovery.

**Depositions.** No depositions have been taken in this case. The Parties have stipulated that Plaintiffs shall be entitled to sixteen (16) depositions of fact witnesses, of which no more than eight (8) will be of the Watson Defendants and no more than eight (8) will be of Impax. Impax shall be entitled to eight (8) depositions of fact witnesses; and the Watson Defendants shall be entitled to eight (8) depositions of fact witnesses. The Court has ordered that a presumptive limit of ten (10) hours shall apply to all named inventor depositions in this matter.

**Interrogatories.** No interrogatories have been served in this case. The Parties have stipulated that Plaintiffs may serve no more than ten (10) "joint" interrogatories on the Watson Defendants and Impax.[1] In addition to the joint interrogatories, Plaintiffs may serve no more than ten (10) interrogatories on the Watson Defendants and no more than ten (10) interrogatories on Impax. The Watson Defendants and Impax together may serve no more than ten (10) joint

---

[1] "Joint" interrogatories are defined as interrogatories that are identical irrespective of defendant.

THIRD AMENDED JOINT CASE MANAGEMENT
STATEMENT AND RULE 26(F) REPORT                - 3 -                10-CV-05467-RS (MEJ)

TROUTMAN SANDERS LLP
5 PARK PLAZA, STE. 1400
IRVINE, CA 92614

interrogatories on Plaintiffs. In additional to the joint interrogatories, the Watson Defendants may serve no more than ten (10) interrogatories on Plaintiffs, and Impax may serve no more than ten (10) interrogatories on Plaintiffs.

**Protective Order.** A Stipulated Protective Order was entered by the Court on October 26, 2011.

### IV. SETTLEMENT AND ADR

A second ADR teleconference was held on Tuesday, January 11, 2012 at 11:00 a.m. (PST). A further ADR teleconference with ADR Director G. Daniel Bowling is scheduled for Wednesday, July 11, 2012 at 11:00 a.m. (PST).

Plaintiffs do not believe ADR is appropriate at this time for this action.

Impax would be amenable to an ADR conference at this time, but agree that it would not be appropriate if Plaintiffs are not interested in participating.

Watson agrees with Impax that if Plaintiffs are not interested in participating in ADR, it would not be an appropriate use of judicial resources.

THIRD AMENDED JOINT CASE MANAGEMENT
STATEMENT AND RULE 26(F) REPORT
- 4 -    10-CV-05467-RS (MEJ)

TROUTMAN SANDERS LLP
5 PARK PLAZA, STE. 1400
IRVINE, CA 92614

### V.     SCHEDULING

The parties propose the following schedules based on the Federal Rules of Civil Procedure, Local Rules, and applicable Standing Orders. The proposed schedules reflect the schedule the parties believe would be necessary to address all currently contemplated claims and counterclaims, regardless of how the Court rules with respect to Plaintiffs' motion to amend its complaint, Defendants' motions to amend their invalidity contentions, or Defendants' delisting counterclaims.

| Event | Plaintiffs' Proposed Date | Defendants' Proposed Date |
|---|---|---|
| Mediation | -- | TBD |
| Fact Discovery Cut-off | **January 30, 2013** | **October 12, 2012** |
| Disclosure of Expert Reports [regarding issues on which the party bears burden of proof] | **March 10, 2013** | **November 16, 2012** |
| Rebuttal Expert Reports | **April 10, 2013** | **December 21, 2012** |
| Expert Discovery Cut-off | **May 1, 2013** | **January 18, 2013** |
| Last Day to File Summary Judgment Motions | **June 15, 2013** | **February 8, 2013** |
| Trial (10 or 15 Days) | **Scheduled at the Court's convenience** ||

### B.     THE PARTIES JOINTLY REQUEST THE COURT TO MAKE THE FOLLOWING SUPPLEMENTAL CASE MANAGEMENT ORDER:

The Court hereby adopts the following schedule based on the Federal Rules of Civil Procedure, Local Rules, and applicable Standing Orders.

| Event | Date |
|---|---|
| Fact Discovery Cut-off | |
| Disclosure of Expert Reports [regarding issues on which the party bears burden of proof] | |
| Rebuttal Expert Reports | |
| Expert Discovery Cut-off | |
| Last Day to File Summary Judgment Motions | |
| Trial (10 or 15 Days) | |

|   |   |
|---|---|
| | Respectfully submitted, |
| | TROUTMAN SANDERS LLP |
| Dated: July 5, 2012 | /s/ Joseph R. Robinson |
| | Joseph R. Robinson<br>TROUTMAN SANDERS LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 |
| | *Attorneys for Plaintiffs Shire LLC, Supernus Pharmaceuticals, Amy F.T. Arnsten, Ph.D., Pasko Rakic, M.D., and Robert D. Hunt, M.D* |
| | KNOBBE, MARTENS, OLSON & BEAR LLP |
| Dated: July 5, 2012 | /s/ Benjamin A. Katzenellenbogen |
| | Benjamin A. Katzenellenbogen<br>KNOBBE, MARTENS, OLSON & BEAR LLP<br>2040 Main Street<br>14th Floor<br>Irvine, CA 92614-3641 |
| | *Attorneys for Defendant Impax Laboratories, Inc.* |
| | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| Dated: July 5, 2012 | /s/ Laura Fahey Fritts |
| | Laura Fahey Fritts<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>Two Midtown Plaza, Suite 1500<br>1349 West Peachtree Street, N.W.<br>Atlanta, GA 30309-3996 |
| | *Attorneys for Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.–Florida, Watson Pharma, Inc., and Anda, Inc.* |

- oOo –

**SIGNATURE ATTESTATION**

Pursuant to Civil L. R. 5-1, I hereby attest that concurrence has been obtained from Joseph R. Robinson, Benjamin A. Katzenellenbogen, and Laura Fahey Fritts indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Scott R. Raber
Scott R. Raber

**SUPPLEMENTAL CASE MANAGEMENT ORDER**

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order.

Dated: _____

                              Honorable Richard Seeborg
                         United States District Court Judge