1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

8

SHIRE LLC, et al.,                                  No. C 10-05467 RS

9
                Plaintiffs,
                                                    **CASE MANAGEMENT**
        v.                                          **SCHEDULING ORDER**
10
IMPAX LABORATORIES, INC., et al.,

11

12
                Defendants.
_____/

13

        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management

14

Conference was held on July 12, 2012. After considering the Joint Case Management Statement

15

submitted by the parties and consulting with the attorneys of record and good cause appearing, IT

16

IS HEREBY ORDERED THAT:

17

        1.      DISCOVERY. Fact discovery shall proceed as follows:

18

        A. On or before December 14, 2012, all fact discovery relating to Watson shall be

19

completed.

20

        B. On or before December 21, 2012, all fact discovery relating to Impax and plaintiffs

21

shall be completed.

22

        2.      EXPERT WITNESSES. The disclosure and discovery of expert witness opinions

23

shall proceed as follows:

24

        A. On or before January 18, 2013, the parties shall disclose expert testimony reports

25

regarding issues on which the party bears the burden of proof.

26

        B. On or before February 15, 2013, the parties shall disclose all rebuttal expert testimony

27

and reports.

28

C.  On or before March 15, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3.      FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **February 7, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

4.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than May 9, 2013.

5.      PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before June 13, 2013 counsel shall file a Joint Pretrial Statement.

6.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **June 27, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7.      TRIAL DATE.  Trial shall commence on **July 8, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated:  7/24/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

CASE MANAGEMENT SCHEDULING ORDER