William R. Zimmerman (SBN 195859)
bzimmerman@kmob.com
Sheila N. Swaroop (SBN 203476)
sswaroop@kmob.com
Benjamin A. Katzenellenbogen (SBN 208527)
bkatzenellenbogen@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Colin B. Heideman (SBN 238674)
colin.heideman@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1420 Fifth Avenue, Suite 3600
Seattle, WA 98101
Phone: (206) 405-2000
Facsimile: (206) 405-2001

Attorneys for Defendant
IMPAX LABORATORIES, INC.


Joseph R. Robinson (*Pro Hac Vice*)
joseph.robinson@troutmansanders.com
Heather Morehouse Ettinger (*Pro Hac Vice*)
heather.ettinger@troutmansanders.com
TROUTMAN SANDERS LLP
The Chrysler Building / 405 Lexington Avenue
New York, NY 10174
Phone: (212) 704-6000
Facsimile: (212) 704-6288

Matthew D. Murphey (SBN 194111)
matt.murphey@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Phone: (949) 622-2700
Facsimile: (949) 622-2739

Attorneys for Plaintiffs and Counterdefendants
SHIRE LLC and SUPERNUS PHARMACEUTICALS, INC

No. 10-CV-05467 RS
Joint Stipulation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC and SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br> Defendants. | Civil Action No. 10-CV-05467 RS <br><br> **JOINT STIPULATION TO DISMISS IMPAX'S COUNTERCLAIM REGARDING THE '290 PATENT AND AMY F.T. ARNSTEN, PASKO RAKIC, AND ROBERT D. HUNT; TO AMEND INVALIDITY CONTENTIONS; AND NOT TO APPEAL FINDING OF NON-INFRINGEMENT OF THE '290 PATENT** |
| IMPAX LABORATORIES, INC., <br><br> Counterclaimant, <br> v. <br><br> SHIRE LLC, SUPERNUS PHARMACEUTICALS, INC., AMY F.T. ARNSTEN, PH.D., PASKO RAKIC, M.D., and ROBERT D. HUNT, M.D., <br><br> Counterdefendants. | **Honorable Richard Seeborg** |

- 1 -                                                                    No. 10-CV-05467 RS
                                                                              Joint Stipulation

*1*    WHEREAS, on August 22, 2012, Plaintiffs filed a Second Amended Complaint [Dkt. No. 210] that removed all allegations of infringement of U.S. Patent No. 5,854,290 ("the '290 patent"), including Counts 1-4 for infringement, direct infringement, induced infringement, and contributory infringement and including Prayers for Relief 1 and 4-11. (*Compare* Dkt. No. 19 *with* Dkt. No. 210.);

WHEREAS, on August 20, 2012, the Court granted summary judgment that Impax's proposed ANDA products do not and cannot infringe any claim of the '290 patent. (*See* Dkt No. 208.);

WHEREAS, on March 22, 2012, the '290 patent was dedicated to the public;

WHEREFORE, in view of the dedication of all claims of the '290 patent to the public and the Court's grant of summary judgment of non-infringement regarding the '290 patent, Plaintiffs Shire LLC and Supernus Pharmaceuticals, Inc. (collectively, "Plaintiffs"), Amy F.T. Arnsten, Pasko Rakic, and Robert Hunt (collectively, "'290 Inventors") and Defendant Impax Laboratories, Inc. ("Impax"), through their respective counsel of record, hereby stipulate and agree as follows:

1)    The following, all of which pertain to the '290 patent, are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) and 41(c):

   a)  Impax's First Counterclaim, Declaration of Noninfringement of the '290 Patent, (*see* Impax's Answer to Second Amended Complaint (Dkt No. 212) at ¶¶ 22-23);

   b)  Impax's Fourth Counterclaim, Declaration of Invalidity of the '290 Patent, (*see* Impax's Answer to Second Amended Complaint (Dkt No. 212) at ¶¶ 28-29);

   c)  Impax's Eighth Counterclaim, Declaration of Unenforceability of the '290 Patent, (*see* Impax's Answer to Second Amended Complaint (Dkt No. 212) at ¶¶ 36-45); and

   d)  Impax's Demands for Judgment B, E, and H, (*see* Impax's Answer to Second Amended Complaint (Dkt No. 212)); and

        e)  '290 Inventors Amy F.T. Arnsten, Pasko Rakic, and Robert D. Hunt.

2) Impax will not take any discovery from any party or third party that would be relevant to only claims or counterclaims regarding the '290 patent and will not seek any discovery, whether relevant to the '290 patent or not, from any of the '290 Inventors.

3) The dismissal of Impax's First, Fourth, and Eighth Counterclaims and Demands for Judgment B, E, and H, and the dismissal of the '290 Inventors, is without prejudice to these claims being raised regarding products other than the Impax products presently proposed in ANDA No. 202238 and does not impact Impax's right to seek a finding of exceptional case or an award of fees or costs against Plaintiffs under 35 U.S.C. § 285 arising out of the litigation of the '290 patent.  This is not a judgment that this case is exceptional or that any person is liable for such an award if granted.

4) Plaintiffs will not appeal, or otherwise dispute or contest, the Court's finding that the Impax products presently proposed in ANDA No. 202238 do not infringe the '290 patent, and will not oppose entry of a corresponding final judgment.  (*See* Dkt. No. 208.)

5) Pursuant to Local Rule 7-1, Impax may amend its Invalidity Contentions once more to include additional prior art references discovered after the Court's ruling on claim construction, which were produced to Plaintiffs prior to October 5, 2012, a list of which is attached hereto as Exhibit A.  Impax's Fifth Amended Invalidity Contentions shall comply with the applicable Local Rules regarding form and content and shall be served within 14 days of the Court's Order approving this Stipulation.

        Respectfully submitted,

        KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  October 10, 2012        By:  /s/ *Benjamin A. Katzenellenbogen*
        William R. Zimmerman
        Sheila N. Swaroop
        Benjamin A. Katzenellenbogen
        Colin B. Heideman

        Attorneys for Defendant
        IMPAX LABORATORIES, INC.

TROUTMAN SANDERS LLP

Dated: October 10, 2012           By: /s/ *Joseph R. Robinson*
                                      Joseph R. Robinson
                                      Heather Morehouse Ettinger
                                      Matthew Murphey

                                  Attorneys for Plaintiffs
                                  SHIRE LLC and SUPERNUS
                                  PHARMACEUTICALS, INC

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1, I hereby attest that concurrence in the filing of the foregoing document has been obtained from counsel for Plaintiffs Shire LLC and Supernus Pharmaceuticals, Inc., as indicated by a "conformed" signature (s/).

                                  By: /s/ *Benjamin A. Katzenellenbogen*
                                      Benjamin A. Katzenellenbogen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/15/12                   _____
                                  HONORABLE RICHARD SEEBORG
                                  UNITED STATES DISTRICT JUDGE

14130565