UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, and SUPERNUS PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, WATSON PHARMA, INC., and ANDA, INC.,<br><br>Defendants. | Case No. 10-CV-05467-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |
| AND RELATED COUNTERCLAIMS. | |

TROUTMAN SANDERS LLP
5 PARK PLAZA, STE. 1400
IRVINE, CA 92614

20183677

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO SHORTEN TIME
Case No. 10-CV-05467-RS

Having considered Plaintiffs' Motion to Shorten Time for Defendants to Respond to Plaintiffs' Motion for Relief from Case Management Schedule and for expedited oral argument, said motion is hereby GRANTED.

The Court HEREBY ORDERS that: (1) Defendants Impax and Watson may file their opposition to Plaintiffs' Motion for Relief from Case Management Schedule on or before November 15, 2012; (2) Plaintiffs shall file a reply brief to their Motion for Relief from Case Management Schedule on or before November 19, 2012; and (3) the Court will hear oral argument on Plaintiffs' Motion for Relief from Case Management Schedule on [November 29, 2012 ~~or earlier at the Court's convenience~~], at 1:30 p.m., in Courtroom 3, 17th Floor of the above-entitled Court, located at 450 Golden Gate Ave., San Francisco, CA 94201.

IT IS SO ORDERED.

Dated: 11/13/12

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

TROUTMAN SANDERS LLP
5 PARK PLAZA, STE. 1400
IRVINE, CA 92614

20183677

1

~~[PROPOSED]~~ ORDER GRANTING
PLAINTIFFS' MOTION TO SHORTEN TIME
Case No. 10-CV-05467-RS