UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRE LLC, and SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.–FLORIDA, WATSON PHARMA, INC., and ANDA, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 10-CV-05467-RS <br><br> [PROPOSED] ORDER GRANTING STIPULATED AMENDED CASE MANAGEMENT SCHEDULE AS MODIFIED BY THE COURT |

The Parties having agreed on an amended case management schedule and having shown good cause:

It is hereby ORDERED that:

The Case Management Schedule is hereby amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-off | December 21, 2012 | May 3, 2013 |
| Disclosure of Expert Reports[regarding issues on which the party bears burden of proof] | January 18, 2013 | June 7, 2013 |
| Further Case Management Conference | February 7, 2013 | July 18, 2013 |
| Rebuttal Expert Reports | February 15, 2013 | July 26, 2013 |
| Expert Discovery Cut-off | March 15, 2013 | August 23, 2013 |
| Pretrial Motions | May 9, 2013 | October 18, 2013 |
| Pretrial Statements | June 13, 2013 | November 7, 2013 |
| Pretrial Conference | June 27, 2013 | November 21, 2013 |
| Trial (10 or 15 Days) | July 8, 2013 | February 10, 2014 |

IT IS SO ORDERED.

Dated: 11/16/12

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE